UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JFXD TRX ACQ LLC, d/b/a TRX,<br>  a Florida limited liability company,<br><br>              Plaintiff,<br>    v.<br><br><trx.com>, a domain name,<br><br>      and<br><br>Loo Tze Ming, an individual from Malaysia.<br><br>              Defendants. | C.A. No. 1:23-cv-217-CMH/LRV |

### PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANT "LOO TZE MING" BY ALTERNATIVE MEANS OF SERVICE

Plaintiff JFXD TRX ACQ LLC, d/b/a/ TRX ("Plaintiff" or TRX"), by counsel, and pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure and Local Civil Rule 7, respectfully moves this Court for leave to serve Defendant "Loo Tze Ming" by a combination of (1) electronic mail to localxiy@gmail.com and  (2) electronic mail and first class mail to the attorneys who filed a lawsuit purportedly on behalf of "Loo Tze Ming" in the United States District Court for the District of Arizona, styled *Loo Tze Ming v. Fitness Anywhere LLC*, C.A. No. 2:22-cv-02042 (D. Az.) ("Arizona Lawsuit").  The attorneys who filed the Arizona Lawsuit purportedly on behalf of "Loo Tze Ming" are Sean K. Enos and Jeffrey W. Johnson of Schmeiser, Olsen & Watts, LLP and John Berryhill of John B. Berryhill, LLC.

Plaintiff is not aware of any international agreement that would prohibit service on "Loo Tze Ming" by such alternative means, and Plaintiff respectfully submits that the means of service

requested by Plaintiff herein are reasonably calculated to provide "Loo Tze Ming" notice of the filing and pendency of the above-captioned action.

In further support hereof, Plaintiff submits the accompanying Memorandum of Law and Proposed Order.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter and Order:

1. Permitting Plaintiff, pursuant to Fed. R. Civ. 4 4(f)(3), to serve "Loo Tze Ming" with process by electronic mail to localxiy@gmail.com.

2. Permitting Plaintiff, pursuant to Fed. R. Civ. 4 4(f)(3), to additionally serve "Loo Tze Ming" with process by electronic mail and first-class mail, postage prepaid to his purported counsel of record in the Arizona Lawsuit, specifically:

> Sean K. Enos
> kenos@iplawusa.com
> Jeffrey W. Johnson
> jjohnson@iplawusa.com
> Schmeiser, Olsen & Watts, LLP
> 18 E. University Drive, Suite 101
> Mesa, Arizona 85201
>
> -and-
>
> John Berryhill
> john@johnberryhill.com
> John B. Berryhill LLC
> 204 E. Chester Pike
> First Floor, Suite 3
> Ridley Park, PA 19103

3. Directing the Clerk of Court to issue summonses to "Loo Tze Ming" submitted by Plaintiff in accordance with the alternative means of service approved by the Court.

4. Awarding Plaintiff such other and further relief as the Court deems just and proper.

A proposed Order is being filed with this Motion.

Dated: March 23, 2023

*/s/Charles F. B. McAleer, Jr.*
Charles F.B. McAleer, Jr. (VSB #24430)
Harrison J. Clinton (VSB # 95732)
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Boulevard, Suite 500
Arlington, Virginia 22201
Telephone: (703) 525-4000
Facsimile: (703) 525-2207
Email: cmcaleer@beankinney.com
       hclinton@beankinney.com

OF COUNSEL

*/s/Scott D. Barnett*
Scott D. Barnett (*)
HONIGMAN LLP
39400 Woodward Avenue, Suite 101
Bloomfield Hills, Michigan 48304
Telephone: (248) 566-8300
Facsimile: (248) 566-8315
Email: sbarnett@honigman.com
(*) Admitted *pro hac vice*

*Attorneys for Plaintiff JFXD TRX ACQ LLC d/b/a TRX*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 23rd day of March, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. I will then send the document and a notification of such filing (NEF) to the following registrant of the defendant domain name at the email address provided by the registrant to the registrar of the domain name:

localxiy@gmail.com

*/s/Charles F. B. McAleer, Jr.*
Charles F.B. McAleer, Jr.
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Boulevard, Suite 500
Arlington, Virginia 22201
Telephone: (703) 525-4000
Facsimile: (703) 525-2207
Email: cmcaleer@beankinney.com