IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JFXD TRX ACQ LLC, d/b/a TRX, a Florida limited liability company<br><br>   Plaintiff,<br><br>v.<br><br><trx.com>, a domain name,<br><br>   and<br><br>Loop Tze Ming, an individual from Malaysia<br><br>   Defendants. | No. 1:23-cv-217-CMH-LRV |

**DEFENDANT'S MOTION TO TRANSFER TO THE DISTRICT OF ARIZONA**

COMES NOW Loo Tze Ming[1] by and through undersigned counsel and respectfully moves this Court to transfer the above-captioned matter to the District Court for the District of Arizona, pursuant to 28 U.S.C. §§1406 & 1631. A memorandum of points and authorities and a proposed order are submitted with this motion.

RESPECTFULLY SUBMITTED this 21st day of September, 2023.

            **BYCER & MARION**

         By: _/s/Michael B. Marion_
            Michael B. Marion (Bar No. 035627)
            7220 N. 16th Street, Suite H
            Phoenix, Arizona 85020
            Tel: (602) 944-2277
            michael@bycermarion.com
            *Attorney for Defedant Loo Tze Ming*

---

[1] Plaintiff has misidentified Defendant as "Loop Tze Ming."

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) and copy of this document to all counsel of record who are deemed to have consented to electronic service. A copy of the foregoing was also emailed to the following:

Charles F.B. McAleer, Jr.
Harrison J. Clinton
cmacaleer@beankinney.com
hclinton@beankinney.com
BEAN, KINNEY & KORMAN, P.C.
2311 Wilson Blvd., Suite 500
Arlington, VA 22201

Scott D. Barnett
sbarnett@honigman.com
HONIGMAN LLP
39400 Woodward Ave., Suite 101
Bloomfield Hills, MI 48304

                                                                                     */s/ Caley B. Pesicka*
                                                                              Caley B. Pesicka, Paralegal
                                                                              Bycer & Marion, PLC
                                                                              7220 N. 16th St., Suite H
                                                                              Phoenix, AZ 85020
                                                                              (602) 944-2277
                                                                              caley@bycermarion.com