IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JFXD TRX ACQ LLC, d/b/a TRX, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:23-cv-217 |
| TRX.COM, et al., | ) |
| Defendants. | ) |

**ORDER**

THIS MATTER comes before the Court on Defendant's Motion to Transfer to the District of Arizona. It appearing to the Court that there is not personal jurisdiction over Defendant Ming in Virginia, and there is a similar lawsuit concerning the transfer of trx.com filed in the District of Arizona, it is hereby

ORDERED that the case is TRANSFERRED to the United States District Court for the District of Arizona, Phoenix Division.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
November 6, 2023