Anjali J. Patel (SBN 028138)
Tyler Allen Law Firm, PLLC
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Telephone: (602) 456-0545
Email: Anjali@allenlawaz.com

Alain Villeneuve (pending *pro hac vice*)
Senior Vice-President & General Counsel of TRX
1420 Fifth Avenue, Suite 2200
Seattle 98101, WA
Telephone (312) 404-1569
Email: avilleneuve@trxtraining.com

*Attorneys for Plaintiff JFXD TRX ACQ LLC, dba TRX*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JFXD TRX ACQ LLC, a Florida Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>&lt;trx.com&gt;, a domain name,<br><br>　　and<br><br>Loop Tze Ming, an individual from Malaysia<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-02330-PHX-ROS<br><br>**DECLARATION OF ALAIN VILLENEUVE IN SUPPORT OF REQUEST FOR ENTRY OF A PRELIMINARY INJUNCTION AS TO &lt;TRX.COM&gt;**<br><br>Judge: Honorable Judge Roslyn O. Silver |

**DECLARATION OF ALAIN VILLENEUVE**

**IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Alain Villeneuve, declare:

1.　I, Alain Villeneuve, am Senior Vice-President and General Counsel of TRX, attorney of JFXD TRX ACQ LLC d/b/a TRX ("Plaintiff" or "TRX"). I am an attorney licensed

1

to practice in the States of Illinois and Washington, where I reside. I am also licensed to practice before the 7th Circuit, the Federal Circuit, and UK Courts as a Solicitor. I also am a Patent Attorney licensed to practice before the USPTO.

2. I have also co-authored and published three articles related to the Trademark Modernization Act of 2020 (TMA) in 2021.

3. I submit this declaration in support of TRX's Request for a Preliminary Injunction for the transfer of the URL <trx.com> at issue in this case. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

4. I personally drafted and filed on October 19, 2022, a brief against the Respondent / owner of record of the URL <trx.com> at the FORUM®, the branch of ICANN for domain name dispute resolution. A copy is attached as Attachment A to this declaration. (Forum Claim Number: FA 221002016615). As part of this brief, evidence of bad faith included a screen shot from the "wayback" archive dating to March 30, 2021 where the URL <trx.com> was up for sale for 1,200,000 Euros and a page from March 13, 2022, where the URL <trx.com> was generally up for sale.

5. Attached as Attachment B is a copy of the decision received on November 11, 2022, finding bad faith on the part of "au tuu" and noting the Respondent had failed to appear or respond.

6. Attached as Attachment C is a copy of the WHOIS® database printed on January 23, 2022, for the URL <trx.com> showing "au tuu" of the "Iceland" street and "Iceland" city was listed as Registrant Contact, Administrative Contact, and Technical Contact.

7. Attached as Attachment D is a copy of the WHOIS® database printed on November 15, 2023, also for the URL <trx.com> showing "au tuu" of the "Iceland" street and "Iceland" city still listed as Registrant, Administrative, and Technical contact.

8. TRX sells fitness equipment under the famous brand TRX®. This brand is one of the best known fitness brands worldwide. In the U.S. alone, TRX owns fifteen fully registered marks on different goods and services. These include: U.S. Reg. Nos. 3,384,871

(TRX), 3,202,696 (TRX), 4,018,159 (TRX), 3,925,283 (TRX TRAINING CENTER & Design), 4,422,454 (TRX CORE), 4,459,672 (TRX TRAINING ZONE), 4,345,798 (TRX TRAINING CENTER), 4,027,129 (TRX FORCE), 4,542,811 (TRX), 4,583,899 (TRX MAKE YOUR BODY YOUR MACHINE), 4,731,160 (TRX), 4,998,892 (TRX), 6,139,690 (TRX M BODY STRAP INTO THE MOVEMENT & Design), 6,049,742 (TRX ROCKER), and 6,720,002 (TRX LIVE).

9.  The earliest incontestable registration of the TRX brands dates back to 2007 as U.S. Reg. No. 3,202,696. A copy of the current certificate of registration is attached as Attachment E. It is provided along with the TESS printout of the USPTO website as evidence the mark is live as of this day. For fifteen years now, TRX has been using openly and continuously in commerce TRX® and the brand is incontestable.

10. The previous owners (Fitness Anywhere Inc. and then Fitness Anywhere LLC) were victims of a tsunami of counterfeiters and cyber-pirates and infringers. My personal research on the public website database of FORUM® reveals that the previous owners filed: FA Inc. v. Mode Athletics, Case 1320667, FA Inc. v. Pamela Docekai, Case 1330913, FA Inc. v. Fitness Angwhere, Case 1330909, FA Inc. v. 8288234 234234, Case 1330904, FA Inc. v. Banner Frend, Case 1330918, FA Inc. v. Jose Gomes, Case 1333903, FA Inc. v. Bleue Clires, Case 1333904, FA Inc. v. liu Shaoqi, Case 1347344, FA Inc. v. Simon Onil, Case 1372341, FA Inc. v. Private Registration, Case 1372339, FA Inc. v. Private Registration, Case 1372344, FA Inc. v. Jack Chiang, Case 1374816, FA LLC v. Darwin Shultz, Case 1382370, FA LLC v. Jianfang Cheng, Case 1386521, FA LLC v. Sha hao aka, Case 1390206, FA LLC v. Jack chiang, Case 1395271, FA LLC v. Jack Chiang, Case 1396861, FA LLC v. zhenchun LIN, Case 1396864, FA LLC v. Meng Li, Case 1396862, FA LLC v. Jack Chiang, Case 1419195, FA LLC v. Ivan Ivanov, Case 1924543, FA LLC v. Ivan Ivanov. Case 1937269. I personally managed and filed the cases against Ivan Ivanov on behalf of the previous owners.

11. In June 2022, Fitness Anywhere LLC, was forced to a Chapter 11 in the case of Fitness Anywhere LLC (8:22-bk-10949), California Central Bankruptcy Court. The case is now in Chapter 7. As part of the Chapter 11 purchase, JFXD TRX ACQ LLC acquired

3

substantially all assets, all IP, all claims and even business licenses, naming rights, and all document required to progressively transfer ownership in the USA and abroad of the large portfolio of brands and patents of TRX.

12. I was outside IP counsel for Fitness Anywhere LLC at my previous lawfirm. On August 25, 2022, JFXD TRX ACQ LLC acquired via Chapter 11 the brand and all IP. As part of my past and current work for TRX, I am engaged in a battle against counterfeits, infringers, cyber-pirates. Since October 2022, for example, using the Redpoints® leading enforcement portal, we have received notice of 31,000 infringements worldwide and have taken down 20,500 of these in the past 10 months.

13. To help understand TRX for those who do not frequent a gym, I often offer images from the CNN® piece where Justice Ruth Bader Ginsburg at the age of 85 and a cancer survivor was using the TRX. Attachment F is a copy of an article from BarBend® titled "See Ruth Ginsburg Crush a TRX Workout.

14. TRX even owns TRX in 64 countries plus all of Europe including Malaysia. For example, Attachment G is a copy of the TRX certificate in Malaysia, a copy of the Facebook® group of Malaysians who used TRX¬Æ and a printout of gyms in Malaysia who advertise the products of TRX.

15. To help quantify the fame of the TRX brand, only in the United States, the TRX GO product on Amazon has 10,528 ratings with an average of 4.8/5 stars. The online TRX Training Club App has well over 20,000 ratings and a score of 4.6/5 stars. The product is found in almost every gym in the world including the gym of the Court. As part of Annex C to the Attachment A of the Forum® brief, TRX explained: "we offer online printouts of websites from (a) Nigeria, (b) Madagascar, (c) Iceland, or even (d) Irak where TRX is used, advertised, and a symbol of quality. Id. A copy of the international distributor list which includes countries outside of the already numerous list of registered countries such as Colombia, Cyprus, Egypt, Hong Kong, Kazakhstan, Lebanon, UAE, Bahrain, Turkey, to name a few."

16. The website "estibot" estimates the website at $42,000 USD. At Attachment H, the reason given is that "trx receives a significant amount of search per month on Google."

The same website has comparable values listed as llb.com at $37,328, iha.com at $38.500, eok.com at $33,337, and fdv.com at $35,000, and yeb.com at $38,000.

17. Defendant did not file or serve a response to the Amended Complaint. Because Defendant (<trx.com>) is a domain name, Defendant is not an infant or incompetent person, the Servicemembers Civil Relief Act does not apply.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2023 in Seattle, Washington.

DATED this 20th Day of November, 2023
Alain Villeneuve
Senior Vice-President, General Counsel

By: _____

Alain Villeneuve (*pro hac vice* pending)
*Attorneys for Plaintiff JFXD TRX ACQ LLC d/b/a TRX*