JFXD TRX ACQ LLC dba TRX
Alain Villeneuve (admitted pro hac vice)
1420 Fifth Avenue, Suite 2200
Seattle 98101, WA
Telephone (312) 404-1569
Email: avilleneuve@trxtraining.com

Anjali J. Patel SBN 028138
Tyler Allen Law Firm, PLLC
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
602-904-0765 cell
602-456-0545 main
www.allenlawaz.com

Attorneys for Plaintiff JFXD TRX ACQ LLC, dba TRX

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JFXD TRX ACQ LLC, a Florida limited liability<br><br>Plaintiff,<br><br>v.<br><br>trx.com, et al.,<br><br>Defendants. | Case No. 2:23-cv-02330-PHX-ROS<br><br>**STIPULATION FOR TELEPHONIC APPEARANCE**<br><br>Judge: Honorable Roslyn O. Silver |

On January 4th, 2024 at 2:00 PM PST, the parties called via video conference and hereby stipulate and request counsel admitted *pro hac vice* (Mr. Alain Villeneuve) for

1

Plaintiff JFXD TRX ACQ, LLC to request permission to appear telephonically for Rule 16 Case Management Conference on the newly specified hearing date of January 12th, 2024. Local counsel (Anjali Patel) is able to be physically present at the conference, if required by the Court.

Dated: This 7th of January, 2024.

| | |
|---|---|
| **JFXD TRX ACQ, LLC**<br>**dba TRX**<br>By */s/ Alain Villeneuve*<br><br>1420 5th Avenue, Suite 2200<br>Seattle, WA 98101<br>Tel: (312) 404-1569<br>Email: avilleneuve@trxtraining.com<br><br>*Pro Hac Attorney for Plaintiff JFXD TRX ACQ LLC & Senior Vice-President & General Counsel of TRX*<br><br>Anjali J. Patel SBN 028138<br>Tyler Allen Law Firm, PLLC<br>4201 North 24th Street, Suite 200<br>Phoenix, AZ 85016<br>602-904-0765 cell<br>602-456-0545 main<br>www.allenlawaz.com | **BYCER & MARION**<br>By: */s/ Michael B. Marion with permission*<br><br>Michael B. Marion (Bar No. 035627)<br>7220 N. 16th Street, Suite H<br>Phoenix, Arizona 85020<br>Tel: (602) 944-2277<br>michael@bycermarion.com<br>MOTOSALAS LAW, PLLC<br><br>Kenneth Motolenich Salas (Bar No. 027499)<br>16210 North 63rd Street<br>Scottsdale, AZ 85254<br>ken@motosalaslaw.com<br><br>*Attorneys for Defendants <trx.com> and Loo Tze Ming* |

2
STIPULATION FOR TELEPHONIC APPEARANCE                                CASE NO. 2:23-CV-02330

CERTIFICATE OF SERVICE

I hereby certify on January 7th, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Michael B. Marion

BYCER & MARION

7220 N. 16th Street, Suite H

Phoenix, Arizona 85020

michael@bycelmarion.com

Attorney for Defendant Loo Tze Ming

_____