# EXHIBIT A

1/25/24, 3:23 PM  Dan & GoDaddy join forces. Amsterdam, The Netherlands, 28 June… | by Dan.com | Dan.com | Medium

Case 2:23-cv-02330-ROS   Document 84-1   Filed 01/25/24   Page 2 of 6

# Dan & GoDaddy join forces

Dan.com · Follow

Published in Dan.com · 2 min read · Jun 28, 2022

👏 59    💬 6                    🔖    ▶    ⬆



Dan joins Godaddy

**Amsterdam, The Netherlands, 28 June 2022** — Dan.com, Today we are thrilled to announce we entered into a definitive agreement with GoDaddy to bring Dan's innovative products and engine to one of the most respected



In the short term, you can expect to see Dan's customizable for-sale pages made available to GoDaddy customers, and, the very popular LTO (Lease to Own) model will be offered at GoDaddy.

At Dan, the most requested distribution network integration will finally happen. Soon, we'll join the Afternic DLS network creating the most liquid and seamless domain secondary market experience.

*"When Paul and I started flirting about working together, the seed was planted and grew as we discovered our ideas aligned about how to take the domain secondary market forward."* — Reza Sardeha, Dan.com founder

We expect to add scale to our Dan.com operations and will keep customers updated. What we know for sure is the great team that made Dan.com an

1/25/24, 3:23 PM                                   Dan & GoDaddy join forces. Amsterdam, The Netherlands, 28 June… | by Dan.com | Dan.com | Medium

Case 2:23-cv-02330-ROS   Document 84-1   Filed 01/25/24   Page 3 of 6

amazing company intends to continue working to help domain customers after the deal closes. We've always put our customers first and that won't change.

> *"We are beyond thrilled to welcome Dan.com's team of proven innovators to GoDaddy's Aftermarket team. Their massively popular sales lander and fulfillment platforms will fit beautifully with Afternic's broad distribution network while accelerating further optimizations and enhancements as we create a best-in-class integrated investor experience."* — Paul Nicks, President of Domains, GoDaddy

We'll reveal more plans as we formulate them, and we can't wait for the Dan journey to accelerate faster than ever before. Exciting times ahead!

With kind regards,

Reza Sardeha on behalf of Dan.com

**About Dan.com**
Launched in 2013, Dan has reinvented domain trading from start to end by making domain trading easier and accessible to all. Open to buyers and sellers alike, Dan offers easy, fast, and secure domain ownership transfers. The company has 17 million domains listed, processed over 100,000 secondary market domain transfers, and hosts 2.5 million domain for sale pages.



### Written by Dan.com

1.6K Followers · Editor for Dan.com

Follow

A new chapter in domains

---

**More from Dan.com and Dan.com**

1/25/24, 3:23 PM                    Dan & GoDaddy join forces. Amsterdam, The Netherlands 20 June… | by Dan.com | Dan.com | Medium

Case 2:23-cv-02330-ROS   Document 84-1   Filed 01/25/24   Page 4 of 6



 in Dan.com

### Your Own Domain For Sale Page

Setting up a domain For Sale page is easier than it seems. By simply using our…

2 min read · Aug 24, 2016

618   13



 in Dan.com

### How do I transfer my domain?

Congratulations on acquiring a domain name on the secondary market! It's now time to…

2 min read · Aug 24, 2016

139   38



 in Dan.com

### Start promoting your domains and sell faster!

You have the perfect domain but aren't using it anymore? Start promoting your domains…

2 min read · Aug 24, 2016

157   11





### Dan Product Update #10

At Dan, we continue to develop and build a leading platform for domain name sellers. A…

3 min read · Sep 29, 2023

58

See all from Dan.com    See all from Dan.com

## Recommended from Medium



 Paul Rose



 Zulie Rane in Zulie Writes

### I Found 3 Passive Income Ideas Anyone Can Start

Build your First or Next Passive Income Stream Today

9 min read · Nov 3, 2023

13K    262

### A Complete Beginner's Guide on How to Earn by Writing Articles

This is for you if you have never earned a penny in your life from writing — but you wan…

✦    10 min read · Dec 17, 2023

15.7K    344

---

Lists

  Staff Picks
565 stories · 667 saves

  Stories to Help You Level-Up at Work
19 stories · 435 saves

  Self-Improvement 101
20 stories · 1249 saves

  Productivity 101
20 stories · 1149 saves

---



 Unbecoming

### 10 Seconds That Ended My 20 Year Marriage

It's August in Northern Virginia, hot and humid. I still haven't showered from my…

✦ · 4 min read · Feb 16, 2022

74K    1050



 Scott Galloway

### 2024 Predictions

Each year, we review/make predictions re the past/coming year. Most years, we hit more…

11 min read · Jan 5

10.6K    144

---



 smoul     in Practice in Public

### How to be in the top 1% in 2024

8 habits to help you be a better version

7 min read · Dec 15, 2023

21K    400



Scott-Ryan Abt     in Pitfall

### Bye Bye, Spotify

And see ya later, all you subscription services in my little empire

✦ · 4 min read · Aug 19, 2023

18.9K    444

See more recommendations