AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __of Arizona__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>CV-23-2330-PHX-ROS | DATE FILED<br>11/7/2023 | U.S. DISTRICT COURT<br>of Arizona |
|---|---|---|
| PLAINTIFF<br>JFXD TRX ACQ LLC dba TRX a Florida Company | | DEFENDANT<br>1) URL trx.com<br>2) Loo Tze Ming, an individual from Malaysia |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,384,871 | 2/19/2008 | JFXD TRX ACQ LLC |
| 2 | 3,202,696 | 1/23/2007 | JFXD TRX ACQ LLC |
| 3 | 4,018,159 | 8/30/2011 | JFXD TRX ACQ LLC |
| 4 | 3,925,283 | 3/1/2011 | JFXD TRX ACQ LLC |
| 5 | 4,422,454 | 10/22/2013 | JFXD TRX ACQ LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT   Order entered on 2/26/2024 dismissing the amended complaint without leave to amend.

| CLERK<br>Debra D Lucas | (BY) DEPUTY CLERK<br>*Rebecca E Kubze* | DATE<br>2/27/2024 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____of Arizona_____ on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>62 | DATE FILED<br>11/7/2023 | U.S. DISTRICT COURT<br>of Arizona |
|---|---|---|
| PLAINTIFF<br>JFXD TRX ACQ LLC dba TRX a Florida Company | | DEFENDANT<br>1) URL trx.com<br>2) Loo Tze Ming, an individual from Malaysia |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,459,672 | 12/31/2013 | JFXD TRX ACQ LLC |
| 2 | 4,345,798 | 6/4/2013 | JFXD TRX ACQ LLC |
| 3 | 4,027,129 | 9/13/2011 | JFXD TRX ACQ LLC |
| 4 | 4,542,811 | 6/3/2014 | JFXD TRX ACQ LLC |
| 5 | 4,583,899 | 8/12/2014 | JFXD TRX ACQ LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**

AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____of Arizona_____ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>62 | DATE FILED<br>11/7/2023 | U.S. DISTRICT COURT<br>of Arizona |
|---|---|---|
| PLAINTIFF<br>JFXD TRX ACQ LLC dba TRX a Florida Company | | DEFENDANT<br>1) URL trx.com<br>2) Loo Tze Ming, an individual from Malaysia |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,731,160 | 5/5/2015 | JFXD TRX ACQ LLC |
| 2 | 4,998,892 | 7/12/2016 | JFXD TRX ACQ LLC |
| 3 | 6,139,690 | 9/1/2020 | JFXD TRX ACQ LLC |
| 4 | 6,049,742 | 5/5/2020 | JFXD TRX ACQ LLC |
| 5 | 6,720,002 | 5/2/2022 | JFXD TRX ACQ LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**