Kenneth M. Motolenich-Salas (Bar No. 027499)
MotoSalas Law, PLLC
16210 North 63rd Street
Scottsdale, AZ 85254
Tel: (202) 257-3720
E-mail:   ken@motosalaslaw.com

Michael B. Marion (Bar No. 035627)
**BYCER & MARION**
7220 N. 16th Street, Suite H
Phoenix, Arizona 85020
Tel: (602) 944-2277
E-mail:   michael@bycermarion.com
*Attorneys for Defendants trx.com and Loo Tze Ming*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JFXD TRX ACQ LLC, d/b/a TRX, a Florida limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br><trx.com>, a domain name,<br><br>　　and<br><br>Loo Tze Ming, an individual from Malaysia,<br><br>　　　　Defendant. | No. 2:23-CV-02330-PHX-ROS<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR TEN (10) DAY EXTENSION OF TIME TO SUBMIT MOTION FOR ATTORNEY'S FEES**<br><br>**(First Request)** |

Defendants trx.com and Loo Tze Ming, by and through undersigned counsel, hereby respectfully request a ten (10) day extension of time to submit a motion for attorney's fees. In support of such motion, Defendants state as follows:

1. On February 26, 2024, this Court issued an Order dismissing this case with prejudice. (Doc. 88.)

2. Under LRCiv 54.2, Defendants have fourteen (14) days to file a motion for attorney's fees, making the response due on March 11, 2024.

3. On February 27, 2024 and pursuant to LRCiv 54.2, Defendants communicated

via email with Plaintiff and requested compensation of attorney fees incurred to such date.

4. On February 28, 2024, Plaintiff declined.

5. In replying to Plaintiff and with the knowledge that a motion for attorney fees would be pursued, the undersigned requested an extension of time of approximately **ten (10) days**, from March 11, 2024 to March 21, 2024. This is due to the fact that the undersigned has a preplanned family visit from March 9-15, 2024 to New York City to tour colleges with his daughter.

6. The undersigned believes that such an extension will allow for a proper and thorough presentation of the facts supporting Defendants' request that this Court declare the case exceptional and award Defendants' their fees.

7. Plaintiff's counsel agreed to the extension.

8. This is the first such request and is made in good faith and not for delay.

As such, for the foregoing reasons, Defendants respectfully request that this Court extend the deadline to submit its motion for attorney's fees from March 11, 2024 to March 21, 2024. A proposed form of Order is filed concurrently herewith.

RESPECTFULLY SUBMITTED this 28th day of February, 2024.

MotoSalas Law, PLLC:

By:/s/Kenneth M. Motolenich-Salas
Kenneth M. Motolenich-Salas (Bar No. 027499)
MotoSalas Law, PLLC
16210 North 63rd Street
Scottsdale, AZ 85254
Tel:  202-257-3720
E-mail:   ken@motosalaslaw.com

Michael B. Marion (Bar No. 035627)
BYCER & MARION
7220 N. 16th Street, Suite H
Phoenix, Arizona 85020
Tel: (602) 944-2277
E-mail:   michael@bycermarion.com
*Attorneys for Defendants trx.com and Loo Tze Ming*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February, 2024, I electronically transmitted the foregoing document and all exhibits thereto to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Kenneth M. Motolenich-Salas*