# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

JFXD TRX ACQ, a Florida limited liability company

Name(s) of counsel (if any):

Alain Villeneuve (Bar No. 58664)

Address: 1420 5th Ave, Suite 2200, Seattle, Washington 98101

Telephone number(s): (312) 404.1569

Email(s): avilleneuve@trxtraining.com, legal@trxtraining.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

trx.com, Loo Tze Ming

Name(s) of counsel (if any):

Michael B. Marion (Bar No. 035627)

Address: 7220 N. 16th Street, Suite H Phoenix, Arizona 85020

Telephone number(s): (602) 944.2277

Email(s): michael@bycermarion.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                  *1*                             New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                           *New 12/01/2018*