# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JFXD TRX ACQ LLC,<br><br>      Plaintiff,<br><br>v.<br><br>trx.com, et al.,<br><br>      Defendants. | No. CV-23-02330-PHX-ROS<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion for Ten Day Extension of Time to Submit Responsive Memorandum to Defendants' Motion for Attorney's Fees (First Request) (Doc. 97). As the Parties agree, and good cause appearing,

**IT IS ORDERED** Plaintiffs' Motion for Ten Day Extension (Doc. 97) is **GRANTED**. Plaintiff shall have through **April 15, 2024**, to respond to the motion for fees.

Dated this 27th day of March, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge