

Alain Villeneuve <avilleneuve@trxtraining.com>

## Fwd: eTicket Itinerary and Receipt for Confirmation MK9N0D

**Kai Lo** <tkklo66@gmail.com>  Thu, Apr 11, 2024 at 8:35 AM
To: Alain Villeneuve <avilleneuve@trxtraining.com>

---------- Forwarded message ---------
From: **United Airlines** <Receipts@united.com>
Date: Sun, Oct 22, 2023 at 8:09 PM
Subject: eTicket Itinerary and Receipt for Confirmation MK9N0D
To: <TKKLO66@gmail.com>



Sun, Oct 22, 2023

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# MK9N0D

| Flight 1 of 4 UA8718 | Class: Business (P) |
|---|---|
| Tue, Feb 13, 2024 | Wed, Feb 14, 2024 |
| **01:50 PM** | **09:00 AM** |
| Seattle, WA, US (SEA) | Frankfurt, DE (FRA) |

Flight Operated by Lufthansa.

If this is an originating flight on your itinerary, please check in at the LUFTHANSA ticket counter.

| Flight 2 of 4 UA8744 | Class: Business (P) |
|---|---|
| Wed, Feb 14, 2024 | Wed, Feb 14, 2024 |
| **10:55 AM** | **12:45 PM** |
| Frankfurt, DE (FRA) | Rome, IT (FCO) |

Flight Operated by Lufthansa.

If this is an originating flight on your itinerary, please check in at the LUFTHANSA ticket counter.

| Flight 3 of 4 UA9301 | Class: Business (P) |
|---|---|
| Tue, Feb 27, 2024 | Tue, Feb 27, 2024 |
| **06:40 AM** | **08:50 AM** |
| Athens, GR (ATH) | Frankfurt, DE (FRA) |

Flight Operated by Lufthansa.

If this is an originating flight on your itinerary, please check in at the LUFTHANSA ticket counter.

| Flight 4 of 4 UA8717 | Class: Business (P) |
|---|---|
| Tue, Feb 27, 2024 | Tue, Feb 27, 2024 |
| **10:10 AM** | **11:50 AM** |
| Frankfurt, DE (FRA) | Seattle, WA, US (SEA) |

Flight Operated by Lufthansa.

If this is an originating flight on your itinerary, please check in at the LUFTHANSA ticket counter.

Traveler Details

VILLENEUVE/ALAIN

| eTicket number: **0162336582359** | Seats: **SEA-FRA -----** |
| Frequent Flyer: **UA-XXXXX986 Premier Gold** | **FRA-FCO -----** |
| | **ATH-FRA -----** |
| | **FRA-SEA -----** |

LO/TZUKAI

| eTicket number: **0162336582353** | Seats: **SEA-FRA -----** |
| Frequent Flyer: **UA-XXXXX067 Premier 1K®** | **FRA-FCO -----** |
| | **ATH-FRA -----** |
| | **FRA-SEA -----** |

Purchase Summary

| Method of payment: | **Miscellaneous Document** |
| Date of purchase: | **Mon, Oct 23, 2023** |

| Airfare: | **1775.00** |
| U.S. Transportation Tax: | **42.20** |
| Germany Passenger Service Charge: | **50.80** |
| Germany Airport Security Charge: | **21.20** |
| September 11th Security Fee: | **5.60** |
| International Surcharge: | **1800.00** |
| U.S. APHIS User Fee: | **3.83** |

| | |
|---|---:|
| U.S. Customs User Fee: | 6.97 |
| U.S. Immigration User Fee: | 7.00 |
| Greece Pax Terminal Facilities Charge: | 13.40 |
| Greece Security Charge: | 5.30 |
| Greece Airport Development Tax: | 12.70 |
| U.S. Passenger Facility Charge: | 4.50 |
| Total Per Passenger: | 3748.50 USD |
| **Total:** | **7497.00 USD** |

## Payment Info

Remaining value of your previous ticket numbers 0162323154062, 0162323154059 was applied to this purchase.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

### Alain Villeneuve

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Tue, Feb 13, 2024 | 8718 | Seattle, WA, US (SEA) to Frankfurt, DE (FRA) | 12272 | 1534 | 1 |
| Wed, Feb 14, 2024 | 8744 | Frankfurt, DE (FRA) to Rome, IT (FCO) | 1432 | 179 | 1 |
| Tue, Feb 27, 2024 | 9301 | Athens, GR (ATH) to Frankfurt, DE (FRA) | 2704 | 338 | 1 |
| Tue, Feb 27, 2024 | 8717 | Frankfurt, DE (FRA) to Seattle, WA, US (SEA) | 12208 | 1526 | 1 |
| MileagePlus accrual totals: | | | 28616 | 3577 | 4 |

### Tzukai Lo

| Date | Flight | From/To | Award Miles | PQP | PQF |
|---|---|---|---|---|---|
| Tue, Feb 13, 2024 | 8718 | Seattle, WA, US (SEA) to Frankfurt, DE (FRA) | 16874 | 1534 | 1 |
| Wed, Feb 14, 2024 | 8744 | Frankfurt, DE (FRA) to Rome, IT (FCO) | 1969 | 179 | 1 |
| Tue, Feb 27, 2024 | 9301 | Athens, GR (ATH) to Frankfurt, DE (FRA) | 3718 | 338 | 1 |
| Tue, Feb 27, 2024 | 8717 | Frankfurt, DE (FRA) to Seattle, WA, US (SEA) | 16786 | 1526 | 1 |
| MileagePlus accrual totals: | | | 39347 | 3577 | 4 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
| --- | --- | --- | --- | --- |
| Tue, Feb 13, 2024<br>Seattle, WA, US (SEA)<br>to Rome, IT (FCO - Fiumicino) | 0 USD | 0 USD | 70lbs(32kg) - 62in(158cm) | 70lbs(32kg) - 62in(158cm) |
| Tue, Feb 27, 2024<br>Athens, GR (ATH)<br>to Seattle, WA, US (SEA) | 0 USD | 0 USD | 70lbs(32kg) - 62in(158cm) | 70lbs(32kg) - 62in(158cm) |

In compliance with U.S. Department of Transportation regulations, checked baggage policies for your entire itinerary are determined by Deutsche Lufthansa AG. Visit united.com/baggage for more information.

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring this eTicket Receipt along with photo identification, proof of citizenship, passport and/or visa to the ticket lobby for check-in.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.
- International taxes and fees may be collected at your departure airport.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

- united.com restricted items page
- FAA website Pack Safe page
- TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices l United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage