Lowyat.NET forums Advertisement

Lowyat.NET Kopitiam Garage Sales

Lowyat.NET Rules and Regulations FAQ HelpSearchMembersCalendar

Welcome Guest ( Log In | Register )

PRICE DROP   PRICE DROP   PRICE DROP   PRICE DROP   PRICE DROP   PRICE DROP   PRICE

▷ **Lowyat.NET** -> **Garage Sales Helpdesk** -> **Dispute Resolution Corner**

ōLiv - Seattle Apartments
Find Your Perfect Off Campus Apartment Near the University of Washington. ōLiv Seattle

Bottom                                    ↑ Bump Topic 💬 Add Reply 📶 RSS Feed 💬 New Topic 📊 New Poll

Outline · [ Standard ] · Linear+

**drogbaCl**, Loo Tze Ming where is my RM98

heidy

New Member
★
Junior Member
6 posts

Joined: May 2012

[FEMALE]

▫ Oct 11 2012, 10:17 PM, updated 11y ago

Forumer you are complaining against: drogbaCl

Item being sold/bought: A standard 1st World Genting hotel room

Original thread link: http://forum.lowyat.net/index.php?showtopic=2459596&hl=

Date of transaction: Sept 20th

Details of the complaint :
Well, here goes:

Saw his link on the 17th Sept and PM'ed this guy to enquire on a room on the 6th of Oct at Genting. Agreed upon the price of RM98 and proceeded to bank in to his account on the 20th Sept. After receiving the money he informed me that the room has been confirmed. Gave him my email and phone and asked him to send me the details of the booking but was not done. Did not suspect anything and because the time frame was still long, did not pressed on.

Oct 1st, I enquired about the status of the room. No reply until Oct 3.

Oct 3rd, he told me that he has been trying to contact me through phone (I have not received any phone calls / message / emails) but did not state why he has been trying to contact me.

Replied him on Oct 4th to ask him why, and only got a reply on Oct 5th that my room (if it ever existed) was canceled. On the 5th. When I had made all my plans to go up from Singapore to KL on the 6th. 😡

Oct 6th, decided to forgive and forget, and gave him my bank account to bank in back my RM98 that I banked in.

However, this bugger decided to MIA from that day onwards 😒


Please take note:

114179541754
loo tze ming .
0189884661

This guy's pride is worth RM98. Come on. Do the right thing and bank it back to me. You ruined my vacation, please dont ruin your image and pride. Thanks.

EDIT: okay, found this
Guess my money has gone down the drain. Sigh.

Share on [FB] [TW]   | Track this topic | Print this topic
Show posts by this member only | Post #1

This post has been edited by **heidy**: Oct 11 2012, 10:23 PM

✉ PM    ❗ Report ⬆ Top                                                                                   QUOTE 💬Quote ↩Reply

**Hilarious Winds Notes**
Here is a collection of wi... that might make you laug...
pensandpatron.com

**stevanistelrooy**


Ten seconds you won't believe what's gonna happen.



□ Oct 11 2012, 10:41 PM          Show posts by this member only | Post #2
I still have his picture with me with some addtional info 😊

P/s: IC with full address and clear pic
I also have his picture where he was previously detained by police as well

This post has been edited by **stevanistelrooy**: Oct 11 2012, 10:44 PM

✉ PM                    ❗ Report ⬆ Top                                   QUOTE 💬Quote ↩Reply

**heidy**

New Member
⭐

□ Oct 11 2012, 10:50 PM                        Show posts by this member only | Post #3
Hmm, could you send me the info? If he does not refund me that money lets make him famous once again. sigh. should have done my homework by researching his name. 🤕

✉ PM      ❗ Report ⬆ Top                                                              QUOTE 💬Quote ↩Reply

**drogbaCl**

New Member
⭐
Junior Member
19 posts

Joined: May 2012

□ Oct 12 2012, 02:27 PM                        Show posts by this member only | Post #4
in the previous msg i did ask for ur account , and i cant online , u can check my online date.
and as mention i try to contact ur hp aso.
u can check with genting regarding my card , with my ic no, due to some problem they have banned my card. mean all booking i make throught my genting card online is no more.

http://forum.lowyat.net/index.php?showtopi...hl=loo+tze+ming
u can check if i wan to scam ur money i wont use back my own name mbb account
2nd i wont not settle this guy case after so long

refund i need to repay due to genting card case ---- m3lv / heidy
--- > erry- will meet his fren later in genting, his room is book through bday. so is not cancel

This post has been edited by **drogbaCl**: Oct 12 2012, 02:39 PM

✉ PM      ❗ Report ⬆ Top                                                              QUOTE 💬Quote ↩Reply

**munkeyflo**

Blooop bloop bloop
[Staff]

□ Oct 12 2012, 03:20 PM                        Show posts by this member only | Post #5
drogbaCl, is the handphone number you got correct? Cannot be everytime you try to contact also cannot get thru. Maybe you could show some prove that you did indeed tried to contact TS.

Oh and lots of people use the same account number to scam others. That's why its always advisable to google up the account number and name of the person you are going to bank money into.

✉ PM      ❗ Report ⬆ Top                                                              QUOTE 💬Quote ↩Reply

**heidy**
□ Oct 12 2012, 03:41 PM                                                 Show posts by this member only | Post #6

New Member

Junior Member
6 posts

Joined: May 2012

QUOTE(munkeyflo @ Oct 12 2012, 03:20 PM)
drogbaCl, is the handphone number you got correct? Cannot be everytime you try to contact also cannot get thru. Maybe you could show some prove that you did indeed tried to contact TS.

Oh and lots of people use the same account number to scam others. That's why its always advisable to google up the account number and name of the person you are going to bank money into.

Oh, the phone number is correct. And he has my email right there too. If he really wanted to contact me, he could have done so. Instead of spoiling my whole trip to KL.

Sigh. How the heck to find a replacement room at Genting on the 5th when you're going over the next day.

Anyway he PM-ed me that he will do a refund. Just do it and I'll consider it closed. What's done is done.

---

So this guy has not refunded me yet. 🤔 Yet another broken promise. Sigh. RM98, worth tarnishing your name on that pittance?

Added on October 14, 2012, 11:50 am

This post has been edited by **heidy**: Oct 14 2012, 11:50 AM

📧 PM
heidy
New Member

⚠️ Report ⬆️ Top

➕QUOTE 💬 Quote ↩️ Reply

☐ Oct 16 2012, 10:31 PM   Show posts by this member only | Post #7
Still no refund. I wonder if i still will see my money back

📧 PM
SUSpgkia8

NO AVATAR SELECTED

Getting Started

⚠️ Report ⬆️ Top   ➕QUOTE 💬 Quote ↩️ Reply

☐ Oct 17 2012, 04:18 AM   Show posts by this member only | Post #8
Even genting ban him as he says, what do you expect?

📧 PM
victorian





Look at all my stars!!!

⚠️ Report ⬆️ Top   ➕QUOTE 💬 Quote ↩️ Reply

☐ Oct 17 2012, 04:40 PM   Show posts by this member only | Post #9
Whoa, was about to book a Hotel from him. Close one

📧 PM
heidy
New Member

⚠️ Report ⬆️ Top   ➕QUOTE 💬 Quote ↩️ Reply

☐ Oct 20 2012, 02:22 PM                Show posts by this member only | Post #10
Sigh. No refund received. No actions done by mods or anything. Not even a dispute tag. Seriously.

📧 PM                ⚠️ Report ⬆️ Top                                      ➕QUOTE 💬 Quote ↩️ Reply

Sun Auto Tire and Service

Sun Auto Tire & Service

**stevanistelrooy**

Ten seconds you won't believe what's gonna happen.

VIP
2,450 posts

Joined: Sep 2005

Oct 20 2012, 07:51 PM — Show posts by this member only | Post #11



your history will haunt you until this day...

PM | Report ↑ Top | QUOTE Quote ↩ Reply

Big save on Temu
Temu

[Enter Keywords] [Search Topic]

« Next Oldest · **Dispute Resolution Corner** · Next Newest »

Top  Add Reply  Options

[|---- Dispute Resolution Corner ▼] [Go]

**Change to:**            0.0205sec    0.07    6 queries    GZIP Disabled
[Mobile Version] | **Lo-Fi Version**        Time is now: 3rd October 2023 - 04:09 AM

All Rights Reserved 2002- 2020 Vijandren Ramadass (~ unite against racism ~)
Powered by Invision Power Board © 2023  IPS, Inc.

