Lowyat.NET forums    Advertisement

Lowyat.NET    Kopitiam    Garage Sales

Lowyat.NET Rules and Regulations    FAQ    Help    Search    Members    Calendar

**Welcome Guest** ( Log In | Register )

◢ Lowyat.NET -> Garage Sales Helpdesk -> Dispute Resolution Corner

| PRICE DROP | PRICE DROP | PRICE DROP | PRICE DROP | PRICE DROP | PRICE DROP | PRICE DROP | PRICE DROP |
|---|---|---|---|---|---|---|---|

Bottom

⬆ Bump Topic    🔒 Topic Closed    📶 RSS Feed    💬 New Topic    📊 New Poll

Outline · [ Standard ] · Linear+

**[WTF]crazysell3r is a conman▨▨19/9,Loo Enter Jail**, Dispute solved. thread closed! :)

Share on 📘 🐦 | Track this topic | Print this topic

**solarwing**

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐

🖂 PM    ⓘ Report ⬆ Top

📧 May 12 2008, 06:02 PM, updated 15y ago    Show posts by this member only | Post #1

Dispute solved. thread closed! 😊

This post has been edited by **solarwing**: Oct 15 2008, 01:17 AM

＋ QUOTE    🗨 Quote ↩ Reply

| PRICE DROP | PRICE DROP | PRICE DROP | PRICE DROP | PRICE DROP |
|---|---|---|---|---|

Big discount on Temu
Temu

**sub_noob**

On my way
⭐⭐⭐⭐

🖂 PM    ⓘ Report ⬆ Top

📧 May 12 2008, 07:01 PM    Show posts by this member only | Post #2

Inform him about this thread..

＋ QUOTE    🗨 Quote ↩ Reply

**fruitie**

Rise and Shine

🔴 Staff

Staff
67,178 posts

📧 May 12 2008, 07:07 PM    Show posts by this member only | Post #3

He is still actively online here, PM him to come over here to explain himself.

**Rule #1: Do not ever bank in to Newbie and he is with 0 post. Always opt for C.O.D. method.**

Please get my point clear here, I'm not saying all Newbies are conman, but taking precaution steps are necessary.

This note is on Garage Sales and Bulk Orders sub-forum, and it serves as a reminder:
You are reminded that the banking in of money to the account of somebody you do not know in the expectation of shipment is extremely risky and should not be practiced.

Joined: Sep 2005
From: KL/Bangkok

This post has been edited by **fruitie**: May 12 2008, 07:08 PM



✉ PM   ⓘ Report ⬆ Top

solarwing



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your
Life TO LIFE"



🔲 May 12 2008, 07:18 PM                    Show posts by this member only | Post #4
QUOTE(sub_noob @ May 12 2008, 07:01 PM)
Inform him about this thread..

inform him got use?even he online he also won't reply my msg and even phone him he also close his fon up! how do i know
where he stay? can i get his address & info through the maybank?will maybank give me?anyone try before? 😕

---

QUOTE(fruitie @ May 12 2008, 07:07 PM)                                        Added on May 12 2008, 7:21 pm
**He is still actively online here, PM him to come over here to explain himself.**

**Rule #1: Do not ever bank in to Newbie and he is with 0 post. Always opt for C.O.D. method.**

**Please get my point clear here, I'm not saying all Newbies are conman, but taking precaution steps are necessary.**

**This note is on Garage Sales and Bulk Orders sub-forum, and it serves as a reminder:**
<span style="color:red">**You are reminded that the banking in of money to the account of somebody you do not know in the expectation of
shipment is extremely risky and should not be practiced.**</span>

ya i know, but now regret already 😊
anyone know the fellow help me hunting him!

This post has been edited by **solarwing**: May 12 2008, 07:21 PM



✉ PM   ⓘ Report ⬆ Top

fruitie



Rise and Shine

**Staff**

Staff
67,178 posts

Joined: Sep 2005
From: KL/Bangkok

🔲 May 12 2008, 07:22 PM                    Show posts by this member only | Post #5
QUOTE(solarwing @ May 12 2008, 07:18 PM)
inform him got use?even he online he also won't reply my msg and even phone him he also close his fon up! how do i know where he
stay? can i get his address & info through the maybank?will maybank give me?anyone try before? 😕

**Yes, you can get information from Maybank provided you have a police report with you. In short you need to lodge a police
report only his details can be revealed to you.**

**You have to inform him about this thread, he wants to come here or not, it's up to him. If he still doesn't appear here for more
than 3 days despite still actively login to LYN, I'll help to request a dispute tag from the Admin.**

This post has been edited by **fruitie**: May 12 2008, 07:24 PM



✉ PM   ⓘ Report ⬆ Top

solarwing



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your
Life TO LIFE"

🔲 May 12 2008, 07:32 PM                    Show posts by this member only | Post #6
QUOTE(fruitie @ May 12 2008, 07:22 PM)
**Yes, you can get information from Maybank provided you have a police report with you. In short you need to lodge a
police report only his details can be revealed to you.**

**You have to inform him about this thread, he wants to come here or not, it's up to him. If he still doesn't appear here
for more than 3 days despite still actively login to LYN, I'll help to request a dispute tag from the Admin.**

ok already inform him. cant help me search through him?
dam* busy for the final exam suddenly come out this case! 😡 😡

make me no mood study. 😡 😳



✉ PM   ⓘ Report ⬆ Top

blinky

🔲 May 12 2008, 08:50 PM                    Show posts by this member only | Post #7

NO AVATAR
SELECTED

Relax, just trust me.
★★★★★

With a Lowyat.net ID like that and you still dared to deal with him? 😑

On a more serious note, I advise you to take it as a lesson. Not to dampen your spirits, but figures amounting to few thousands couldn't even be resolved, what more a few hundred.

Try to practice COD more. 🙂

✉ PM   ⓘ Report ↑ Top

---

**solarwing**

🖼 INTEL INSIDE / IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
★★★★★
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

MALE | FOLDING.MY

🔲 May 12 2008, 09:52 PM   Show posts by this member only | Post #8

QUOTE(blinky @ May 12 2008, 08:50 PM)
With a Lowyat.net ID like that and you still dared to deal with him? 😑

On a more serious note, I advise you to take it as a lesson. Not to dampen your spirits, but figures amounting to few thousands couldn't even be resolved, what more a few hundred.

Try to practice COD more. 🙂

is too late to said all this now. i will searching he rite now. will pay a visit to his house after get his address.
Waste my time & energy to find for this useless people! 😡 😡

✉ PM   ⓘ Report ↑ Top   QUOTE 🗨 Quote ↩ Reply

---

**hudsons993**

🖼 ANDY 14

New Member
★
Newbie
0 posts

Joined: Feb 2008
From: Penang

MALE | KERANAMU.MY

🔲 May 13 2008, 02:21 AM   Show posts by this member only | Post #9

woii!!
i also got cheated by him..
keep calling him but off d phone!!
oledi bank-in rm560 for sony w55 camera!!
date: 820pm 11-5-2008
but will give him 1 week for the postage!!
if still not arrived..
report to the police!!!!! 😡 😡 😡

This post has been edited by **hudsons993**: May 13 2008, 02:37 AM

✉ PM   ⓘ Report ↑ Top   QUOTE 🗨 Quote ↩ Reply

---

**solarwing**

🖼 INTEL INSIDE / IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
★★★★★
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

MALE | FOLDING.MY

🔲 May 13 2008, 03:02 AM   Show posts by this member only | Post #10

QUOTE(hudsons993 @ May 13 2008, 02:21 AM)
woii!!
i also got cheated by him..
keep calling him but off d phone!!
oledi bank-in rm560 for sony w55 camera!!
date: 820pm 11-5-2008
but will give him 1 week for the postage!!
if still not arrived..
report to the police!!!!! 😡 😡 😡

Another ppl being cheated 😡 😡 .
Is time to take action!
Those stay near PJ SS2 HELP US HUNTING HIM!
This useless fellow, CONMAN!

✉ PM   ⓘ Report ↑ Top   QUOTE 🗨 Quote ↩ Reply



**soggie**


NO AVATAR
SELECTED

Braindead
★★★★★★★★
Senior Member
3,872 posts

Joined: Jan 2003
From: 10001011010101

 MALE

◻ May 13 2008, 03:53 AM                    Show posts by this member only | Post #11

Again I must reiterate something.

Why do you guys keep giving him time? 1 week? If he doesn't call you or anything, then report police already. What are you guys waiting for?

You're holding onto a false hope that the item might be delayed. But if he is not accountable for that, then it is your right to assume the worst and take the appropriate action.

Stop whining here and say giving time lar this and that lar. Go make a police report first, then goto Maybank get his details. After that, post his details here if he still dun reply and we'll send his details out in mass email. Without his details we cant kantooi him ler.

Go go go!!!

✉ PM    ⓘ Report ⬆ Top                                      [QUOTE] Quote Reply

---

**solarwing**


intel inside
IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
★★★★★★★
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

MALE
FOLDING.MY

◻ May 13 2008, 04:49 AM                    Show posts by this member only | Post #12

QUOTE(soggie @ May 13 2008, 03:53 AM)
Again I must reiterate something.

Why do you guys keep giving him time? 1 week? If he doesn't call you or anything, then report police already. What are you guys waiting for?

You're holding onto a false hope that the item might be delayed. But if he is not accountable for that, then it is your right to assume the worst and take the appropriate action.

Stop whining here and say giving time lar this and that lar. Go make a police report first, then goto Maybank get his details. After that, post his details here if he still dun reply and we'll send his details out in mass email. Without his details we cant kantooi him ler.

Go go go!!!

**Bro, you thought we have so much time to handle this kind , now we have final exam and we don't have so much time to handle this fellow, make me no mood to study when this kind of case turning out, and how we know the fellow scam us like that. we cant predict it. SO after my exam i will lodge a report, this kind of fellow really make me** waste my time + energy. **after get his address i sure pay a visit to his house!** 😡 😡

**But i dunno whether his address will show his own house location or not, if can meet up with his parent then is good, let them know they got this kind of son,** son of the bi***. **If cant get him i really don't have much idea about this conman.** 😡
😡 😡

**Any lyn member can join us together find this conman house, coz dunno where the location at KL, furthermore i need waste my expenses + time come from malacca to KL to hunting this conman.** 😡 😡 😡 😡

Lastly, make me cant sleep well!!! 

This post has been edited by **solarwing**: May 13 2008, 04:52 AM

✉ PM    ⓘ Report ⬆ Top                                      [QUOTE] Quote Reply

---

**blessedvillain**

Certified LYN Hacker (C)
★★★★★
Senior Member
847 posts

Joined: Jan 2005
FOLDING.MY

◻ May 13 2008, 06:45 AM                    Show posts by this member only | Post #13

QUOTE(solarwing @ May 13 2008, 04:49 AM)
**Bro, you thought we have so much time to handle this kind useless fellow conman, now we have final exam and we don't have so much time to handle this fellow, make me no mood to study when this kind of case turning out, and how we know the fellow scam us like that. we cant predict it. SO after my exam i will lodge a report, this kind of fellow really make me** waste my time + energy. **after get his address i sure pay a visit to his house!** 😡 😡

**But i dunno whether his address will show his own house location or not, if can meet up with his parent then is good, let them know they got this kind of son,** son of the bi***. **If cant get him i really don't have much idea about this conman.** 😡 😡 😡

**Any lyn member can join us together find this conman house, coz dunno where the location at KL, furthermore i need waste my expenses + time come from malacca to KL to hunting this conman.** 😡 😡 😡 😡 😡

Lastly, make me cant sleep well!!! 😡 😡 😡 😡

good....next time, conman will target those "busy" students who are having exams, so they can cheat them and run away....

reporting to police only takes the most 1hr. Go to a smaller police station.

✉ PM    ⓘ Report ⬆ Top                                      [QUOTE] Quote Reply

---

**ahpoh**

◻ May 13 2008, 12:18 PM                    Show posts by this member only | Post #14

i actually call this person wanted to buy this hardisk 2.5

but the problem is i say i want to cod he already act wired, he say no such person.
and he speak malay to me, and does not seem understand english and i felt that he is so blur.

Casual
⭐⭐⭐

✉ PM    ❶ Report ↑ Top

[+ QUOTE] ↩ Quote ↩ Reply

**solarwing**

INTEL INSIDE
IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

[MALE]
[FOLDING.MY]

☐ May 13 2008, 12:31 PM                          Show posts by this member only | Post #15
QUOTE(ahpoh @ May 13 2008, 12:18 PM)
i actually call this person wanted to buy this hardisk 2.5

but the problem is i say i want to cod he already act wired, he say no such person.
and he speak malay to me, and does not seem understand english and i felt that he is so blur.

got typo error for that phone number. that one i also call before, not the conman.

⊞

—————————————————————————————————————————
QUOTE(solarwing @ May 13 2008, 12:31 PM)               Added on May 13, 2008, 12:57 pm
got typo error for that phone number. that one i also call before, not the conman.

**the conman still active in this morning.**
**i think he don't want to reply any pm from us already.** 😕

This post has been edited by **solarwing**: May 13 2008, 12:57 PM

⊞

✉ PM    ❶ Report ↑ Top

[+ QUOTE] ↩ Quote ↩ Reply

**klifex**

Enthusiast
⭐⭐⭐⭐
Senior Member
847 posts

Joined: Nov 2004

[MALE]

☐ May 13 2008, 02:52 PM                          Show posts by this member only | Post #16
QUOTE(solarwing @ May 13 2008, 12:31 PM)
got typo error for that phone number. that one i also call before, not the conman.

—————————————————————————————————————————
                                                        Added on May 13, 2008, 12:57 pm
**the conman still active in this morning.**
**i think he don't want to reply any pm from us already.** 😕

⊞

hey solarwing...
i'm deeply sorry about this, i'm myself COD with that guy to avoid scam. Actually, i had a deal with him since last monday, but because i
was outstation and unable to meet him personally, i asked my brother to COD with him. It was until saturday night he met up with my lil
bro @ PJ area.
he told my brother that he will be going to johor until this friday.

however, the harddisk wasn't turn out to be as good as you think. the casing was not properly fixed up, the screws is not the right one for
the aluminium casing,(yet he told my bro that he purposely take out to show me the harddisk..what a lie, it;s actually the casing cannot
close up in actual fact) while the cable itself is very loose and the harddisk often get disconnected due to poor cable connection.

i can't help you, i felt a bit cheat too, but what to do...i not free to come back...anyway, i'll get one external casing which cost around
RM30-40...that's makes no differences from getting a new unit from lowyat...haha...damn sad. 😞

✉ PM    ❶ Report ↑ Top

[+ QUOTE] ↩ Quote ↩ Reply

**soggie**

NO AVATAR
SELECTED

Braindead
⭐⭐⭐⭐⭐
Senior Member
3,872 posts

Joined: Jan 2003
From: 10001011010101

[MALE]

☐ May 13 2008, 02:59 PM                          Show posts by this member only | Post #17
QUOTE(solarwing @ May 13 2008, 04:49 AM)
**Bro, you thought we have so much time to handle this kind <span style="color:red">useless fellow conman</span>, now we have final exam and we don't have so
much time to handle this fellow, make me no mood to study when this kind of case turning out, and how we know the fellow scam
us like that. we cant predict it. SO after my exam i will lodge a report, this kind of fellow really make me <span style="color:red">waste my time + energy.</span>
after get his address i sure pay a visit to his house!** 😡 😠

**But i dunno whether his address will show his own house location or not, if can meet up with his parent then is good, let them
know they got this kind of son, <span style="color:red">son of the bi\*\*\*.</span> If cant get him i really don't have much idea about this conman.** 😡 😡 😠

**Any lyn member can join us together find this conman house, coz dunno where the location at KL, furthermore i need waste my
expenses + time come from malacca to KL to hunting this conman.** 😡 😡 😠 😠 😠

<span style="color:blue">**Lastly, make me cant sleep well!!!**</span> 😡 😠 😠

⊞

Like I said, if you're really pissed off about this conman, then make a police report first. WIth that report you're free to do a lot of stuff,
and that stuff is faxing it to maybank to request for the conman's identity. This can be done is less than half a day. Faster kau tim then we
can wallop him mar. Otherwise, wait a few more weeks, our stim also gone already.

Ganbateh on your exams lar. In the meantime, everytime when I shit I will write his nick on the tissue paper and use it to wipe my butt.

✉ PM    ❶ Report ↑ Top

[+ QUOTE] ↩ Quote ↩ Reply

solarwing



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""



Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring
your Life TO LIFE"



☐ May 13 2008, 03:07 PM | Show posts by this member only | Post #18

QUOTE(klifex @ May 13 2008, 02:52 PM)
hey solarwing...
i'm deeply sorry about this, i'm myself COD with that guy to avoid scam. Actually, i had a deal with him since last monday, but because i was outstation and unable to meet him personally, i asked my brother to COD with him. It was until saturday night he met up with my lil bro @ PJ area.
he told my brother that he will be going to johor until this friday.

however, the harddisk wasn't turn out to be as good as you think. the casing was not properly fixed up, the screws is not the right one for the aluminium casing.(yet he told my bro that he purposely take out to show me the harddisk..what a lie, it;s actually the casing cannot close up in actual fact) while the cable itself is very loose and the harddisk often get disconnected due to poor cable connection.

i can't help you, i felt a bit cheat too, but what to do...i not free to come back...anyway, i'll get one external casing which cost around RM30-40...that's makes no differences from getting a new unit from lowyat...haha...damn sad. 😓

**Bro, provide me the conman h/p number for the 017 ASAP!**
😡 😡

---

QUOTE(soggie @ May 13 2008, 02:59 PM)                                   Added on May 13, 2008, 3:09 pm
Like I said, if you're really pissed off about this conman, then make a police report first. WIth that report you're free to do a lot of stuff, and that stuff is faxing it to maybank to request for the conman's identity. This can be done is less than half a day. Faster kau tim then we can wallop him mar. Otherwise, wait a few more weeks, our stim also gone already.

Ganbateh on your exams lar. In the meantime, everytime when I shit I will write his nick on the tissue paper and use it to wipe my butt.

**let's go wallop him together la.** 😊
**if u stay KL come we go meet the conman together.**
**my stim still hot now. make me involve a lot of things!**

This post has been edited by **solarwing:** May 13 2008, 03:09 PM

🛈 Report ⬆Top                                                    [+QUOTE] Quote Reply

---

soggie

NO AVATAR
SELECTED

Braindead

Senior Member
3,872 posts

Joined: Jan 2003
From: 1000101101010101



✉ PM

☐ May 13 2008, 03:33 PM | Show posts by this member only | Post #19

QUOTE(solarwing @ May 13 2008, 03:07 PM)
**Bro, provide me the conman h/p number for the 017 ASAP!**
😡 😡

---

Added on May 13, 2008, 3:09 pm

**let's go wallop him together la.** 😊
**if u stay KL come we go meet the conman together.**
**my stim still hot now. make me involve a lot of things!**

Eh dun like that. Wallop here wallop there pulak. Why you so violent? Your teacher didn't tell you got law say we cannot simply wallop people wan meh? Cannot, cannot. But then, who knows? When walking across the street can get bang by car... when eating can accidentally eat poison... when walking underneath an apartment can putih putih kena hit on the head by flower pot...

Dun la wallop him. But then again, we cannot prevent "accidents" from happening now once in a while right? 😊 😊 😊 😊

😆 😆 😆

🛈 Report ⬆Top                                                    [+QUOTE] Quote Reply

---

hungheykwun



Regular

Senior Member
1,058 posts

Joined: Sep 2005
From: Subang

FEMALE

✉ PM

☐ May 13 2008, 03:36 PM | Show posts by this member only | Post #20

QUOTE(soggie @ May 13 2008, 03:33 PM)
Eh dun like that. Wallop here wallop there pulak. Why you so violent? Your teacher didn't tell you got law say we cannot simply wallop people wan meh? Cannot, cannot. But then, who knows? When walking across the street can get bang by car... when eating can accidentally eat poison... when walking underneath an apartment can putih putih kena hit on the head by flower pot...

Dun la wallop him. But then again, we cannot prevent "accidents" from happening now once in a while right? 😊 😊 😊 😊

😆 😆 😆

wa initially i wanted to buy the hdd frm him, lucky din. sori for yr bad luck

🛈 Report ⬆Top                                                    [+QUOTE] Quote Reply

---

solarwing                              ☐ May 13 2008, 03:48 PM | Show posts by this member only | Post #21



**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring
your Life TO LIFE"



QUOTE(soggie @ May 13 2008, 03:33 PM)
Eh dun like that. Wallop here wallop there pulak. Why you so violent? Your teacher didn't tell you got law say we cannot simply wallop people wan meh? Cannot, cannot. But then, who knows? When walking across the street can get bang by car... when eating can accidentally eat poison... when walking underneath an apartment can putih putih kena hit on the head by flower pot...

Dun la wallop him. But then again, we cannot prevent "accidents" from happening now once in a while right? 🙂 🙂 🙂 🙂 🙂

😂 😂 😂

what to do. no need give face to this kind of conman. but if he bigger than me i scare i not dare to wallop him 😅
anyway, those are **staff,moderator,elite and lyn member** pls give a hand, Did u all want this kind of cases increase? seems like no action being take by lyn member? nobody can assists me?
JUST WANNA SHOUT: 😠

📧 PM
blackpc

 Report ↑ Top

**QUOTE** 🔗 Quote ↩ Reply

▫ May 13 2008, 04:27 PM                                                     Show posts by this member only | Post #22

QUOTE(solarwing @ May 13 2008, 03:48 PM)
what to do. no need give face to this kind of conman. but if he bigger than me i scare i not dare to wallop him 😅
anyway, those are **staff,moderator,elite and lyn member** pls give a hand, Did u all want this kind of cases increase? seems like no action being take by lyn member? nobody can assists me?
JUST WANNA SHOUT: 😠

The Slow & The
Curious
⭐⭐⭐⭐⭐
Senior Member
2,377 posts

Joined: Nov 2004
From: Bangi/Kajang/KL

the moderators and staffs already warn all of us here prior to any trade;

**1. Lowyat.NET is not responsible for any transactions conducted here.**

**You are reminded that the banking in of money to the account of somebody you do not know in the expectation of shipment is extremely risky and should not be practiced.**

Those were copied from garage sales.

So dont try to blame the mods or staffs. You were reminded to do COD only. Other than that, it's at your own risk.

You cant expect the mods to go and knock the door of the conmen's house. They are not cops. Furthermore, this is not a full fledge trading website.

You want to give time to the conmen, that's up to you. Rather than wasting your time making noise here trying to blame other parties, better move your ass and report to the police station and then find the details at the bank. You lost your money, you cant expect others to try and recover the money for you.

And dont talk cock about trying to wallop the conmen blah blah blah. I've listened to these threats since like forever, and trust me, no one whacks anyone, even if they knew who the conmen were.

Stop wasting your time. Please. 🙂

 Report ↑ Top

**QUOTE** 🔗 Quote ↩ Reply

📧 PM
soggie

NO AVATAR
SELECTED

Braindead
⭐⭐⭐⭐⭐
Senior Member
3,872 posts

Joined: Jan 2003
From: 10001011010101

▫ May 14 2008, 04:14 AM                                                     Show posts by this member only | Post #23

QUOTE(blackpc @ May 13 2008, 04:27 PM)
the moderators and staffs already warn all of us here prior to any trade;

  1. Lowyat.NET is not responsible for any transactions conducted here.
You are reminded that the banking in of money to the account of somebody you do not know in the expectation of shipment is extremely risky and should not be practiced.

Those were copied from garage sales.

So dont try to blame the mods or staffs. You were reminded to do COD only. Other than that, it's at your own risk.

You cant expect the mods to go and knock the door of the conmen's house. They are not cops. Furthermore, this is not a full fledge trading website.

You want to give time to the conmen, that's up to you. Rather than wasting your time making noise here trying to blame other parties, better move your ass and report to the police station and then find the details at the bank. You lost your money, you cant expect others to try and recover the money for you.

And dont talk cock about trying to wallop the conmen blah blah blah. I've listened to these threats since like forever, and trust me, no one whacks anyone, even if they knew who the conmen were.

Stop wasting your time. Please. 🙂

About the walloping, please do understand that it was meant as a joke. We have laws in this country and there's no point in breaking it to get back at such a scum. I would rather do something more... satisfying.

✉ PM     ❗ Report ⬆ Top                                          QUOTE 🔊 Quote ↩ Reply

blackpc                    ◻ May 14 2008, 09:09 AM          Show posts by this member only | Post #24



QUOTE(soggie @ May 14 2008, 04:14 AM)
About the walloping, please do understand that it was meant as a joke. We have laws in this country and there's no point in breaking it to get back at such a scum. I would rather do something more... satisfying.

No worries dude. I wasnt talking about u specifically, but it was directed to all of the people involved/posted in this section before. My point is; Jangan cakap besar, jangan cakap banyak, jangan buang masa. Terus pegi report polis. At least it is something than nothing. And please, dont blame the mods, staffs, lyn member or anyone else for that matter.

His quote;
**» Click to show Spoiler - click again to hide... «**

The Slow & The
Curious

Senior Member
2,377 posts


     🙂 🙂 🙂

Joined: Nov 2004
From: Bangi/Kajang/KL      This post has been edited by **blackpc**: May 14 2008, 09:10 AM

[MALE]

---

✉ PM     ❗ Report ⬆ Top                                          QUOTE 🔊 Quote ↩ Reply

solarwing                  ◻ May 14 2008, 09:31 AM          Show posts by this member only | Post #25



QUOTE(blackpc @ May 14 2008, 09:09 AM)
No worries dude. I wasnt talking about u specifically, but it was directed to all of the people involved/posted in this section before. My point is; Jangan cakap besar, jangan cakap banyak, jangan buang masa. Terus pegi report polis. At least it is something than nothing. And please, dont blame the mods, staffs, lyn member or anyone else for that matter.

His quote;
**» Click to show Spoiler - click again to hide... «**

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts
Joined: Jul 2007         🙂 🙂 🙂 
From: Western Digital "Bring
your Life TO LIFE"         just need those ppl stay around KL if they can helplng me, if cant help sudah. tat's all.

[MALE]
[FOLDING.MY]

---

✉ PM     ❗ Report ⬆ Top                                          QUOTE 🔊 Quote ↩ Reply

a13solut3                  ◻ May 14 2008, 09:38 AM          Show posts by this member only | Post #26



QUOTE(solarwing @ May 14 2008, 09:31 AM)
just need those ppl stay around KL if they can helplng me, if cant help sudah. tat's all.

You telling people to help you hunt without any detail? Who to hunt? Walk randomly in SS2 and catch anybody and assume he is the conman?

Whiner FTW!
⭐⭐⭐⭐⭐

---

✉ PM     ❗ Report ⬆ Top                                          QUOTE 🔊 Quote ↩ Reply

temptation1314             ◻ May 14 2008, 10:33 AM     Show posts by this
                                                      member only | Post #27



🙂 Why can't go lodge a report in police station first?
You yourself is wanted criminal ar? 😄 😊ʳ₈

Specials : 1,000,000 Spam Post Attack
⭐⭐⭐⭐⭐

---

✉ PM          ❗ Report ⬆ Top          QUOTE 🔊 Quote ↩ Reply

blackpc                    ◻ May 14 2008, 02:06 PM          Show posts by this member only | Post #28



**The Slow & The Curious**
⭐⭐⭐⭐⭐
Senior Member
2,377 posts

Joined: Nov 2004
From: Bangi/Kajang/KL



✉ PM        ⓘ Report ⬆ Top

QUOTE(temptation1314 @ May 14 2008, 10:33 AM)
🙋 Why can't go lodge a report in police station first?
You yourself is wanted criminal ar? 😑 😑

finally someone smart enough to get my point. Really appreciate it man. Susah cakap dgn org x faham bahasa. 😂 😂 😂 

---

solarwing



**aR u LoOkInG fOr mE ?""**
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"



✉ PM        ⓘ Report ⬆ Top

May 14 2008, 10:02 PM                    Show posts by this member only | Post #29

QUOTE(temptation1314 @ May 14 2008, 10:33 AM)
🙋 Why can't go lodge a report in police station first?
You yourself is wanted criminal ar? 😑 😂

**NEW INFO:**
**Another H/p No: 0173562402 ( Provided by lyn member, klifex )**
**A Police Report Had Been Lodge on 14 May 2008**
**For this h/p Number:**
**0173562402**

**Name: Loo Tze Ming**
**Address: 43, JALAN 21/31 SEA PART, PJ SELANGOR, PETALING JAYA.**
**IC No: 850815-07-5141**

**Suprising is both person are different, Maybe they are friend or what ever, Let see after the police visit ur house then what u going to say.**

**» Click to show Spoiler - click again to hide... «**

This post has been edited by **solarwing**: May 14 2008, 10:03 PM

ⓘ Report ⬆ Top                    🔲 QUOTE 💬 Quote ⬆ Reply

---

b00n



**delusional**
〔 VIP 〕
VIP
9,137 posts

Joined: Jun 2007
From: Wouldn't be around much, pls PM other mods.

✉ PM        ⓘ Report ⬆ Top

May 15 2008, 12:56 PM                    Show posts by this member only | Post #30

How are you so sure that these 2 guys Chin Wei Hua & Loo Tze Ming are conman.

You only know the nick that you dealt with and the bank account.

There had been countless times Conman A tricked Victim B (in this case might be you) to bank in to Victim C (in this case might be those 2). Thus Victim C receive the money and send whatever Conman A requested.
This is just a hypothesis; so since you had the number and address, have you verified it with those guys before accusing them as Conman?!...

If you've spoken with the conman, surely you'll recognise the voice if you call up those numbers. That's one way of verifying though.

Disclaimer: I'm not saying those 2 are confirmed conman or not. Just a point to think about. Btw, don't know any of those listed here.

🔲 QUOTE 💬 Quote ⬆ Reply

---

solarwing



**aR u LoOkInG fOr mE ?""**
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring

May 15 2008, 01:10 PM                    Show posts by this member only | Post #31

QUOTE(b00n @ May 15 2008, 12:56 PM)
How are you so sure that these 2 guys Chin Wei Hua & Loo Tze Ming are conman.

You only know the nick that you dealt with and the bank account.

There had been countless times Conman A tricked Victim B (in this case might be you) to bank in to Victim C (in this case might be those 2). Thus Victim C receive the money and send whatever Conman A requested.
This is just a hypothesis; so since you had the number and address, have you verified it with those guys before accusing them as Conman?!...

If you've spoken with the conman, surely you'll recognise the voice if you call up those numbers. That's one way of verifying though.
Disclaimer: I'm not saying those 2 are confirmed conman or not. Just a point to think about. Btw, don't know any of those listed here.

your Life TO LIFE"



ya i know those case. but what i phone is those 2 number already out of service, at first i can confirm the 016 number is those con me, and after i get through more information, i get another 017 number where this number the conman deal with another fellow,lyn id is klifex, so i call this number, at first he did't pick up, but after try few days, this phone number already out of service.

So what i need more information is their address, as i know, for 016 number, it stay at ss2, Pj. And for 017 number, he stay at sea part, pj. both stay at same area and maybe is fren or wat ever.

so let me visit the conman in sea part there then i can know for his another fren.

Anyway report had made. So wait & see for further information. 😊

---

📧 **PM**

DiGi

NO AVATAR
SELECTED

Casual
⭐⭐⭐
Junior Member
324 posts

Joined: May 2008
From: Kelantan, Perai Mobile: 0166666660

ⓘ Report ↑ Top

□ May 15 2008, 01:26 PM

QUOTE(solarwing @ May 14 2008, 09:31 AM)
just need those ppl stay around KL if they can helplng me, if cant help sudah. tat's all.

so arrogant even i can help i wont help. We dont owe you our life. Learn to be humble and alot of people will help you.

This post has been edited by **DiGi**: May 15 2008, 01:26 PM

🔲 QUOTE  💬 Quote ↩ Reply

Show posts by this member only | Post #32

---

📧 **PM**

solarwing



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

□ May 15 2008, 01:29 PM

QUOTE(DiGi @ May 15 2008, 01:26 PM)
so arrogant even i can help i wont help. We dont owe you our life. Learn to be humble and alot of people will help you.

nvm..is ok.

Show posts by this member only | Post #33

🔲 QUOTE  💬 Quote ↩ Reply

---

📧 **PM**

general_odin

general_odin

aka **ExterM1nat3r**

no work, no money
⭐⭐⭐⭐⭐

ⓘ Report ↑ Top

□ May 15 2008, 02:38 PM    Show posts by this member only | Post #34

wow... came across this forumer Before... but didnt get anything from me...
damm shit conman...
launch a police report man...

🔲 QUOTE  💬 Quote ↩ Reply

---

📧 **PM**

solarwing



IDIOT OUTSIDE

aR u LoOkInG fOr mE
?""
⭐⭐⭐⭐⭐

□ May 15 2008, 05:55 PM

QUOTE(general_odin @ May 15 2008, 02:38 PM)
wow... came across this forumer Before... but didnt get anything from me...
damm shit conman...
launch a police report man...

Anyway, police report had been made. but the maybank did't allowed me to take the conman detail! so how is it?
😟

🔲 QUOTE  💬 Quote ↩ Reply

Show posts by this member only | Post #35

---

📧 **PM**

fruitie

Rise and Shine

🔴 **Staff** 🔴

Staff
67,178 posts

Joined: Sep 2005
From: KL/Bangkok

ⓘ Report ↑ Top

□ May 15 2008, 06:11 PM

QUOTE(solarwing @ May 15 2008, 05:55 PM)
Anyway, police report had been made. but the maybank did't allowed me to take the conman detail! so how is it? 😄

I've pm-ed you the possible procedures that can be taken for your case.

🔲 QUOTE  💬 Quote ↩ Reply

Show posts by this member only | Post #36



✉ PM   ⓘ Report ↑ Top   [+QUOTE] 💬 Quote ↩ Reply

solarwing

□ May 15 2008, 06:19 PM   Show posts by this member only | Post #37

QUOTE(fruitie @ May 15 2008, 06:11 PM)
**I've pm-ed you the possible procedures that can be taken for your case.**

will do so. thx.

IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

✉ PM   ⓘ Report ↑ Top   [+QUOTE] 💬 Quote ↩ Reply

howeijie

□ May 15 2008, 08:49 PM   Show posts by this member only | Post #38

QUOTE(solarwing @ May 14 2008, 10:02 PM)
**NEW INFO:**
**Another H/p No: 0173562402 ( Provided by lyn member, klifex )**
**A Police Report Had Been Lodge on 14 May 2008**
**For this h/p Number:**
**0173562402**

**Name: Loo Tze Ming**
**Address: 43, JALAN 21/31 SEA PART, PJ SELANGOR, PETALING JAYA.**
**IC No: 850815-07-5141**

On my way

Senior Member
530 posts

Joined: Mar 2006
From: Malacca and Kuala Lumpur or
Petaling Jaya

**Suprising is both person are different, Maybe they are friend or what ever, Let see after the police visit ur house then what u going to say.**

**» Click to show Spoiler - click again to hide... «**



IF i not mistaken, the address is Section 21 Petaling Jaya, NOT SS2.

And the place is call "SEA PARK" NOT "Sea Part".

The place is somewhere near Paramount LRT station, PJ.

Try Use Wikimapia to find the location of the street.

✉ PM   ⓘ Report ↑ Top   [+QUOTE] 💬 Quote ↩ Reply

solarwing

□ May 15 2008, 09:21 PM   Show posts by this member only | Post #39

QUOTE(howeijie @ May 15 2008, 08:49 PM)
IF i not mistaken, the address is Section 21 Petaling Jaya, NOT SS2.

And the place is call "SEA PARK"  NOT "Sea Part".

The place is somewhere near Paramount LRT station, PJ.

Try Use Wikimapia to find the location of the street.

IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

This case involve 2 person, 1 at SS2 and 1 at sea park.



✉ PM   ⓘ Report ↑ Top   [+QUOTE] 💬 Quote ↩ Reply

klifex

□ May 15 2008, 11:35 PM   Show posts by this member only | Post #40

well, good luck with the number i gave you.
all the best to hunt the person down

well, good luck with the number i gave you. Added on May 15, 2008, 11:35 pm
all the best to hunt the person down

Enthusiast

This post has been edited by **klifex**: May 15, 2008, 11:35 PM

✉ PM        ❗ Report ⬆ Top        ➕ QUOTE  ❝ Quote ↩ Reply

solarwing



**aR u LoOkInG fOr mE ?""**
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"



⬜ May 15 2008, 11:52 PM                    Show posts by this member only | Post #41
QUOTE(klifex @ May 15 2008, 11:35 PM)
well, good luck with the number i gave you.
all the best to hunt the person down

---

well, good luck with the number i gave you.                    Added on May 15, 2008, 11:35 pm
all the best to hunt the person down

**thanks for the information u provided. but now the number cant contact anymore, hope with the address i can find through it!**

---

✉ PM        ❗ Report ⬆ Top        ➕ QUOTE ❝ Quote ↩ Reply

klifex                                    Show posts by this member only | Post #42



Enthusiast
⭐⭐⭐⭐⭐

⬜ May 16 2008, 01:53 AM
QUOTE(solarwing @ May 15 2008, 11:52 PM)
**thanks for the information u provided. but now the number cant contact anymore, hope with the address i can find through it!**

HAHAHA...so fast he cut the line....z.z.z.
i think he is really avoiding u all..

---

✉ PM        ❗ Report ⬆ Top        ➕ QUOTE ❝ Quote ↩ Reply

solarwing



**aR u LoOkInG fOr mE ?""**
⭐⭐⭐⭐⭐

⬜ May 16 2008, 02:13 AM    Show posts by this member only | Post #43
QUOTE(klifex @ May 16 2008, 01:53 AM)
HAHAHA...so fast he cut the line....z.z.z.
i think he is really avoiding u all..

**lol, if u free help us look through the house can?**

---

✉ PM        ❗ Report ⬆ Top        ➕ QUOTE ❝ Quote ↩ Reply

hudsons993                                    Show posts by this member only | Post #44

New Member
⭐
Newbie
0 posts

Joined: Feb 2008
From: Penang

⬜ May 16 2008, 03:03 AM
wai..
i gonna make report tomolo..
and go ask his add at maybank!!
xbley thn lo ini olang..
wa mau stdy pn byk kacau..
cilake tul!!

bdwy, i noe sumone who work in maybank (kl area)..
but didnt hv his no... 😒
try my best to find him!!!

---

✉ PM        ❗ Report ⬆ Top        ➕ QUOTE ❝ Quote ↩ Reply

solarwing                                    Show posts by this member only | Post #45

⬜ May 16 2008, 03:23 AM



**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"



QUOTE(hudsons993 @ May 16 2008, 03:03 AM)
wai..
i gonna make report tomolo..
and go ask his add at maybank!!
xbley thn lo ini olang..
wa mau stdy pn byk kacau..
cilake tul!!

bdwy, i noe sumone who work in maybank (kl area)..
but didnt hv his no... 🙂
try my best to find him!!!

**Finally u appear here after i handle so much or things! i thought u don't want ur RM 560
Me also Exam and come toward to settle this conman.
make me cant concentrate, wait the police go kantooi sama dia.**

✉ PM          ❗ Report↑ Top          ➕ QUOTE 🔗 Quote ↩ Reply

---

**hudsons993**          🗓 May 16 2008, 04:14 PM   Show posts by this member only | Post #46



New Member
⭐
Newbie
0 posts

Joined: Feb 2008
From: Penang



i went to make report dis morning..
and went to maybank..
cant get his add lo..
only police were allowed to get his add!!
damn!!!

but the policeman do call the maybank..
maybank said that his IC no. or Acc. (if not mistaken) is from Sarawak..
he may b works around KL area..

bdw, police said that they will investigate dis case since got 2 "mangsa"
dis case will be sent to PJ head ofice..
they will trace the location where he cash-out and etc..

✉ PM          ❗ Report↑ Top          ➕ QUOTE 🔗 Quote ↩ Reply

---

**solarwing**          🗓 May 16 2008, 04:23 PM   Show posts by this member only | Post #47



**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

QUOTE(hudsons993 @ May 16 2008, 04:14 PM)
i went to make report dis morning..
and went to maybank..
cant get his add lo..
only police were allowed to get his add!!
damn!!!

but the policeman do call the maybank..
maybank said that his IC no. or Acc. (if not mistaken) is from Sarawak..
he may b works around KL area..

bdw, police said that they will investigate dis case since got 2 "mangsa"
dis case will be sent to PJ head office..
they will trace the location where he cash-out and etc..

**Now is 3 Mangsa la..
If from sarawak then is hard to go find, shall leave to police to investigate him.**

✉ PM          ❗ Report↑ Top          ➕ QUOTE 🔗 Quote ↩ Reply

---

**nimrod2**          🗓 May 18 2008, 07:45 PM          Show posts by this member only | Post #48

**NO AVATAR SELECTED**

the imba one
⭐⭐⭐⭐⭐⭐
Senior Member
2,521 posts

Joined: Jan 2006
From: UrbanSubangJaya

so cham u two. who's the third mangsa?

funny with all the phone line registrations that the <u>government implemented</u>,

# it is still so hard to find the damn owner of the line?!

🙁

anyway, good luck to u guys. hope u get your money back
and
if that feller did con u, he get what he deserves. (**like being banged by a car or poisoned to death!**)



✉ PM    ⬆ Report ⬆ Top

QUOTE ⟩⟩ Quote ↩ Reply

solarwing



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"



☐ May 18 2008, 08:51 PM

QUOTE(nimrod2 @ May 18 2008, 07:45 PM)
so cham u two. who's the third mangsa?

funny with all the phone line registrations that the government implemented,

# it is still so hard to find the damn owner of the line?!

😞

anyway, good luck to u guys. hope u get your money back

and

if that feller did con u, he get what he deserves. (**like being banged by a car or poisoned to death!**)

**3rd person still no appear utill now yet but he pm me and tell me his problem, maybe due to his money amount so small!**
**cant contact their number already** 😊 **, u got any idea to help us find the conman?** 🤔

✉ PM    ⬆ Report ⬆ Top

QUOTE ⟩⟩ Quote ↩ Reply

hudsons993



New Member
☆

Newbie
0 posts

Joined: Feb 2008
From: Penang

☐ May 19 2008, 07:16 AM   Show posts by this member only | Post #50

hurm..
cant do anything for now..
police will do the rest..
hopefully they give their BEST!!!

only pray to god..
HE can help us punished the CRAZYSELL3R
accident putus kaki sebelah..
kalau mati terus pn xpe..
  

✉ PM    ⬆ Report ⬆ Top

QUOTE ⟩⟩ Quote ↩ Reply

beginner

Casual
⭐⭐⭐
Junior Member
374 posts

Joined: Jan 2003
From: Peninsular Malaysia



☐ May 19 2008, 02:30 PM   Show posts by this member only | Post #51

actually this fella already got case in dispute center so long, how come u guys didnt realize?

http://forum.lowyat.net/topic/616910

after you've lodged a police report, bring over a copy of the report to maybank, and talk to the staff. they will give u the particulars if they're helpful.

✉ PM    ⬆ Report ⬆ Top

QUOTE ⟩⟩ Quote ↩ Reply

solarwing



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007

☐ May 19 2008, 09:42 PM   Show posts by this member only | Post #52

QUOTE(beginner @ May 19 2008, 02:30 PM)
actually this fella already got case in dispute center so long, how come u guys didnt realize?

http://forum.lowyat.net/topic/616910

after you've lodged a police report, bring over a copy of the report to maybank, and talk to the staff. they will give u the particulars if they're helpful.

**nevermind, tmr i will go through mmu and search for his final exam detail, will come over to him and ask him.**
**see what his respond later on.**



From: Western Digital "Bring your Life TO LIFE"



✉ PM          ⓘ Report↑ Top                              [+ QUOTE] 🗨 Quote ↩ Reply

**owikh84**              ☐ May 19 2008, 09:51 PM    Show posts by this member only | Post #53
Name: LOO TZE MING
Student ID: 1031117703
Course: Bachelor of Engineering(Honours)Electronics majoring in Computer
Source: google.com 😀

i7 Clan

[Elite]

✉ PM          ⓘ Report↑ Top          [+ QUOTE] 🗨 Quote ↩ Reply

**albertwkm**            ☐ May 19 2008, 09:53 PM    Show posts by this member only
                                                          Post #54

NO AVATAR    我也有向CHIN WEI HUA 买了Motorola E6 ,卖价是RM550
SELECTED     从7号过帐到今天还没收到货..... 😡 😡

New Member
⭐

✉ PM          ⓘ Report↑ Top          [+ QUOTE] 🗨 Quote ↩ Reply

**Shengz**              ☐ May 19 2008, 10:00 PM              Show posts by this member only | Post #55
                        QUOTE(solarwing @ May 19 2008, 09:42 PM)
On my way    **nevermind, tmr i will go through mmu and search for his final exam detail, will come over to him and ask him. see what his
⭐⭐⭐⭐⭐    respond later on.**
Senior Member
667 posts     QUOTE(owikh84 @ May 19 2008, 09:51 PM)                                          [+]
              Name: LOO TZE MING
Joined: Jul 2005  Student ID: 1031117703
              Course: Bachelor of Engineering(Honours)Electronics majoring in Computer
              Source: google.com 😀
[MALE]                                                                                        [+]
              Make sure the conman have no chance to graduate. 😄

✉ PM          ⓘ Report↑ Top                              [+ QUOTE] 🗨 Quote ↩ Reply

**solarwing**           ☐ May 19 2008, 10:01 PM              Show posts by this member only | Post #56
                        QUOTE(albertwkm @ May 19 2008, 09:53 PM)
[intel inside]  我也有向CHIN WEI HUA 买了Motorola E6 ,卖价是RM550
              从7号过帐到今天还没收到货..... 😡 😡                                               [+]
IDIOT OUTSIDE
              **ok this fellow, albertwkm is a victim too, he already explain his case to me. He had been conned by chin wei hua, to
aR u LoOkInG fOr mE ?""  buy Motorola E6 cost RM550. payment made on 7may 08 but still no received any item until now.**
⭐⭐⭐⭐⭐⭐
Senior Member  QUOTE(owikh84 @ May 19 2008, 09:51 PM)                        Added on May 19, 2008, 10:04 pm
1,161 posts    Name: LOO TZE MING
              Student ID: 1031117703
Joined: Jul 2007  Course: Bachelor of Engineering(Honours)Electronics majoring in Computer
From: Western Digital "Bring your  Source: google.com 😀
Life TO LIFE"                                                                                 [+]
              thanks for your information!
[MALE]
[FOLDING.MY]   This post has been edited by **solarwing**: May 19 2008, 10:04 PM

✉ PM          ⓘ Report↑ Top                              [+ QUOTE] 🗨 Quote ↩ Reply

**mikehwy**             ☐ May 20 2008, 01:00 AM    Show posts by this member only |
                                                          Post #57



**10k Club**
⭐⭐⭐⭐⭐⭐⭐
All Stars
17,077 posts

Joined: Mar 2005

QUOTE(albertwkm @ May 19 2008, 09:53 PM)
我也有向CHIN WEI HUA 买了Motorola E6 ,卖价是RM550
从7号过帐到今天还没收到货..... 😡 😡

I think we are talking about the same person here >>

pm from TM_MING: -

hey, May 14 2008, 04:39 PM
soli i went outstation last month , cant contact u abt e6
u still interested to cod ?

he, May 14 2008, 06:35 PM
bro u still wan e6?

hi, May 14 2008, 11:14 PM
bro . i got moto e6 are u still interested ??

Re:hi, May 14 2008, 11:18 PM
condition 99% no scratch.
bought around chinese new year
md ori set
wif box and full package ,
u offer me ur price

Re:hi, May 15 2008, 07:18 PM
wat ur phone nmbr?

good luck to you, whatever happens next ya.

✉ PM    ⓘ Report ↑ Top         Quote ↩ Reply

---

solarwing



**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

▯ May 20 2008, 12:07 PM                Show posts by this member only | Post #58

QUOTE(mikehwy @ May 20 2008, 01:00 AM)
I think we are talking about the same person here >>

pm from TM_MING: -

hey, May 14 2008, 04:39 PM
soli i went outstation last month , cant contact u abt e6
u still interested to cod ?

he, May 14 2008, 06:35 PM
bro u still wan e6?

hi, May 14 2008, 11:14 PM
bro . i got moto e6 are u still interested ??

Re:hi, May 14 2008, 11:18 PM
condition 99% no scratch.
bought around chinese new year
md ori set
wif box and full package ,
u offer me ur price

Re:hi, May 15 2008, 07:18 PM
wat ur phone nmbr?

good luck to you, whatever happens next ya.

**This fellow no dare to pick up my phone, just dare to sms only, but din't give me any appropriate anwer yet..**

✉ PM    ⓘ Report ↑ Top        QUOTE ↩ Quote ↩ Reply

---

feilong

NO AVATAR
SELECTED

New Member
⭐
Newbie
0 posts

Joined: May 2008

▯ May 21 2008, 01:17 AM        Show posts by this member only | Post #59

guys, give u a tips

- track this guy by epf
- track this guy by maxis/digi

you can talk to epf pay them some $$ you can get his employer detail, think 30 is enough



✉ PM                ⓘ Report ↑ Top         ➕ QUOTE 🔸 Quote ↩ Reply

solarwing                    ▢ May 21 2008, 01:23 AM   Show posts by this member only | Post #60
                             QUOTE(feilong @ May 21 2008, 01:17 AM)
                             guys, give u a tips

                             - track this guy by epf
                             - track this guy by maxis/digi

                             you can talk to epf pay them some $$ you can get his
                             employer detail, think 30 is enough

**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""      **Already know he stay at where after track his h/p.
⭐⭐⭐⭐⭐                     Don't u think this really waste our time+energy+money go to meet this kind of ppl.
Senior Member               I dunno what explanation will give by him if meet up with him.**
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

---

                ✉ PM        ⓘ Report ↑ Top              ➕ QUOTE 🔸 Quote ↩ Reply

zefflodo                     ▢ May 21 2008, 04:24 AM   Show posts by this member only | Post #61
😞                           haiz sad so many con case around 😞 i also getting less confidence d...

Getting Started              actually should we blame our bank-in system/procedure?? 😠 😠
⭐⭐
Junior Member                good luck TS in hunting...
101 posts

Joined: Dec 2006

---

                ✉ PM        ⓘ Report ↑ Top              ➕ QUOTE 🔸 Quote ↩ Reply

nimrod2                      ▢ May 21 2008, 06:18 AM   Show posts by this member only | Post #62
                             QUOTE(zefflodo @ May 21 2008, 04:24 AM)
NO AVATAR                    actually should we blame our bank-in system/procedure?? 😠 😠
SELECTED
                             no la please. all the mods and admins warned already. only never listen mar.
the imba one
⭐⭐⭐⭐⭐                     if u do cod, **where got such problem occur wan?**
Senior Member
2,521 posts                  😞

Joined: Jan 2006
From: UrbanSubangJaya

---

                ✉ PM        ⓘ Report ↑ Top              ➕ QUOTE 🔸 Quote ↩ Reply

solarwing                    ▢ May 21 2008, 03:27 PM   Show posts by this member only | Post #63
                             QUOTE(nimrod2 @ May 21 2008, 06:18 AM)
                             no la please. all the mods and admins warned already. only never listen mar.

**IDIOT OUTSIDE**          if u do cod, **where got such problem occur wan?**

aR u LoOkInG fOr mE ?""      😞
⭐⭐⭐⭐⭐
Senior Member               **It is impossbile for us to cod every place rite? if he really want con us what to do?**
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

---

                ✉ PM        ⓘ Report ↑ Top              ➕ QUOTE 🔸 Quote ↩ Reply

stevanistelrooy             ▢ May 21 2008, 06:56 PM    Show posts by this member only | Post #64



TM_Ming and crazysell3r have been assigned with dispute tag until their current dispute solved.

Ten seconds you won't believe what's gonna happen.



✉ **PM**                    ⓘ Report↑ Top                    [+ QUOTE] 🔗 Quote↩ Reply

solarwing                ⬚ May 21 2008, 09:07 PM | Show posts by this member only | Post #65



QUOTE(stevanistelrooy @ May 21 2008, 06:56 PM)
TM_Ming and crazysell3r have been assigned with dispute tag until their current dispute solved.

**ok noted. But i think they won't appear already to come over solve their problem.**
**Deceive so manp ppl $$ still dare come here?**

IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

✉ **PM**              ⓘ Report↑ Top          [+ QUOTE] 🔗 Quote↩ Reply

Erica[Jin]              ⬚ May 21 2008, 09:24 PM | Show posts by this member only | Post #66



got some news from cari chinese forum saying he is living in sea park.

If you can read chinese, go here:
Cari Chinese thread

If need my translation, feel free to PM me.
Hope it'll help you.

Getting Started
⭐⭐

✉ **PM**              ⓘ Report↑ Top          [+ QUOTE] 🔗 Quote↩ Reply

solarwing              ⬚ May 21 2008, 11:23 PM | Show posts by this member only | Post #67

QUOTE(Erica[Jin] @ May 21 2008, 09:24 PM)
got some news from cari chinese forum saying he is living in sea park.

If you can read chinese, go here:
Cari Chinese thread

If need my translation, feel free to PM me.
Hope it'll help you.

IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"



**lol bro, u blind already? that one is i post up la..**
**who dunno he live at sea park, i think u not read on 1st post!** 😡

✉ **PM**              ⓘ Report↑ Top          [+ QUOTE] 🔗 Quote↩ Reply

shymx                ⬚ May 22 2008, 11:32 AM | Show posts by this member only |
                     Post #68

Chill dude , he was trying to help u =.=

Casual                Btw , he just ... Joined: April 2008
⭐⭐⭐

Junior Member        Clearly COD is preferred ...
379 posts

Joined: Aug 2007      This post has been edited by **shymx**: May 22 2008, 11:37 AM

✉ **PM**              ⓘ Report↑ Top          [+ QUOTE] 🔗 Quote↩ Reply

solarwing              ⬚ May 22 2008, 07:31 PM | Show posts by
                     this member only | Post #69



**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"



QUOTE(shymx @ May 22 2008, 11:32 AM)
Chill dude , he was trying to help u =.=

Btw , he just ... Joined: April 2008

Clearly COD is preferred ...

**thx for the info.**

✉ PM          ⓘ Report↑ Top   [QUOTE] 💬 Quote↩ Reply

---

shymx

Casual
⭐⭐⭐

□ May 22 2008, 08:44 PM          Show posts by this member only | Post #70
Neway , hope u`ll get back ur money .. scammers shud be taught a lesson that they will never forget.

✉ PM          ⓘ Report↑ Top          [+ QUOTE] 💬 Quote↩ Reply

---

solarwing

**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"



□ May 22 2008, 09:12 PM          Show posts by this member only | Post #71
QUOTE(shymx @ May 22 2008, 08:44 PM)
Neway , hope u`ll get back ur money .. scammers shud be taught a lesson that they will never forget.

**i think is hard, but will try our best!** 🙂

This post has been edited by solarwing: May 22 2008, 09:13 PM

✉ PM          ⓘ Report↑ Top          [+ QUOTE] 💬 Quote↩ Reply

---

SUSlauyah



ViSiToR
⭐⭐⭐⭐
Senior Member
811 posts

Joined: Jan 2003
From: Equine Park

□ May 23 2008, 02:12 AM          Show posts by this member only | Post #72
QUOTE(solarwing @ May 21 2008, 11:23 PM)
**lol bro, u blind already? that one is i post up la..**
**who dunno he live at sea park, i think u not read on 1st post!** 😡

well, with this kind of attitude, no wonder not much peoples give a shit bout u.

and if you have no time to do COD, this is the risk you have to bear. its your choice. Its already stated in the forum heading that you shall not bank in to other, and you blame the mod summore. probly you the the thats blind?

✉ PM          ⓘ Report↑ Top          [+ QUOTE] 💬 Quote↩ Reply

---

solarwing



**IDIOT OUTSIDE**

□ May 23 2008, 03:57 AM          Show posts by this member only | Post #73
QUOTE(lauyah @ May 23 2008, 02:12 AM)
well, with this kind of attitude, no wonder not much peoples give a shit bout u.

and if you have no time to do COD, this is the risk you have to bear. its your choice. Its already stated in the forum heading that you shall not bank in to other, and you blame the mod summore. probly you the the thats blind?

that is my choice then, i dun my repeat my Q&A to those who not willing understand my situation. 😊

aR u LoOkInG fOr mE ?""

✉ PM

**fruitie**

Rise and Shine

**Staff**

ⓘ Report ↑ Top

🔲 QUOTE 🔊 Quote ↩ Reply

☐ May 23 2008, 04:27 AM   Show posts by this member only | Post #74

QUOTE(solarwing @ May 21 2008, 11:23 PM)
**lol bro, u blind already? that one is i post up la..**
**who dunno he live at sea park, i think u not read on 1st post!** 😡

**Please act maturely and politely with your words.**

✉ PM

**solarwing**

intel inside
IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

ⓘ Report ↑ Top

🔲 QUOTE 🔊 Quote ↩ Reply

☐ May 23 2008, 05:00 AM   Show posts by this member only | Post #75

QUOTE(fruitie @ May 23 2008, 04:27 AM)
**Please act maturely and politely with your words.**

**ok noted!** 🙄

✉ PM

**klifex**

Enthusiast

ⓘ Report ↑ Top

🔲 QUOTE 🔊 Quote ↩ Reply

☐ May 23 2008, 04:40 PM   Show posts by this member only | Post #76

hi my friend...
sorry about what you all been tru...
so, what's the progress now??? have the police take any action?
really wish these conmen go jail and get rotan...

✉ PM

**solarwing**

intel inside
IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

MALE
FOLDING.MY

ⓘ Report ↑ Top

🔲 QUOTE 🔊 Quote ↩ Reply

☐ May 23 2008, 05:35 PM   Show posts by this member only | Post #77

QUOTE(klifex @ May 23 2008, 04:40 PM)
hi my friend...
sorry about what you all been tru...
so, what's the progress now??? have the police take any action?
really wish these conmen go jail and get rotan...

**I think police won't take action, maybe few year later?**
**so i need ur help currently to be my witness.**

✉ PM

**hudsons993**

New Member

ⓘ Report ↑ Top

🔲 QUOTE 🔊 Quote ↩ Reply

☐ May 23 2008, 10:39 PM   Show posts by this member only | Post #78

gerr...
police also cannot help... 🙄
might take a while for them to find him..
really must go there again n push them..
sigh~



✉ PM    ⓘ Report ↑ Top    [+ QUOTE] „Quote ↩ Reply

**solarwing**

**IDIOT OUTSIDE**

**aR u LoOkInG fOr mE ?""**
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

[MALE]
[FOLDING.MY]

☐ May 23 2008, 11:46 PM    Show posts by this member only | Post #79

QUOTE(hudsons993 @ May 23 2008, 10:39 PM)
gerr...

police also cannot help.. 🐤

might take a while for them to find him..
really must go there again n push them..
sigh~

**What to do..**
**Anyway, i finish my exam already..**
**U ready already tell me..**

---

✉ PM    ⓘ Report ↑ Top    [+ QUOTE] „Quote ↩ Reply

**ulwan25**

**Look at all my stars!!**
⭐⭐⭐⭐⭐⭐
Senior Member
2,054 posts

Joined: Oct 2007
From: Johor Bahru, Johor

[MALE]

☐ May 24 2008, 01:35 PM    Show posts by this member only | Post #80

QUOTE(solarwing @ May 24 2008, 12:46 AM)
**What to do..**
**Anyway, i finish my exam already..**
**U ready already tell me..**

hey mate. chill out, be cool, smart, intelligent people, learn from mistakes. astala vista baby 😊

P.S.: in part of ur sig, u should put crazysell3r, not some names. people will not recognize him. cause i can say Chaw Roti Canai is crazysell3r 🔨

well, u got ur card oledi. so, i got the enjoyment there. btw, track this guy, i'll allow you to kill him 😮

---

✉ PM    ⓘ Report ↑ Top    [+ QUOTE] „Quote ↩ Reply

**solarwing**

**IDIOT OUTSIDE**

**aR u LoOkInG fOr mE ?""**
⭐⭐⭐⭐⭐⭐⭐

☐ May 29 2008, 12:29 AM    Show posts by this member only | Post #81

**new info updates..**

---

✉ PM    ⓘ Report ↑ Top    [+ QUOTE] „Quote ↩ Reply

**hudsons993**

[ANDY 14]

New Member
⭐
Newbie
0 posts

Joined: Feb 2008
From: Penang

[MALE]
[KERANAMU.MY]

☐ May 29 2008, 01:33 AM    Show posts by this member only | Post #82

*"Hey Guys, this number 0162734566 what we have deal/contact with this fellow from beginning actually is register under Loo Tze ming after check through Digi Centre, overall, this conman is either use other people account to conned our money. so what's next...?"*

**wut the f@k**
**i think the master mind is LOO TZE MING..**
**he used his frenz to blind us!!!**
**even his mother also komplot wit him!!**
**bull$-hit!!**

This post has been edited by **hudsons993**: May 29 2008, 01:33 AM

✉ PM    ⓘ Report ⬆ Top      🔲 QUOTE 🗦🗧 Quote ↩ Reply

klifex

📷 May 29 2008, 12:35 PM      Show posts by this member only | Post #83

hey, actually i know a bit about finance law...
i have my own lawyer, i told him a bit about the situation here...

Money which is banked into an account with an unknown origin, or money which is received in bank from a unknown/mistransaction, can be refund by bank with the evidence of.
1. receipient admit the money is unknown origin.(or he doesnt know the source)
2. the person who bank the money have the proof of transaction.
3. lodge a police report
4. solve this problem with the bank.

You don't need to go and find the person yourself, police and bank can settle this issue for you as long as you have the proof of transaction( anyway, this is the how you use the receipt of transaction when you want to undo something).
money with an unknown origin can be classified as bribe...

if he admit that he posted out the items, he must have proof of postage(trace number etc)..if he failed to provide proof, then you can claim back all your money, or at least, dun let the bad guy to have to money, frozen his account until investigations done.

so, i guess i'll choose to frozen his bank account until he strave to dead...hahha

**Enthusiast**
⭐⭐⭐⭐⭐
Senior Member
847 posts

Joined: Nov 2004



---

✉ PM    ⓘ Report ⬆ Top      🔲 QUOTE 🗦🗧 Quote ↩ Reply

solarwing

📷 May 29 2008, 12:54 PM      Show posts by this member only | Post #84

QUOTE(klifex @ May 29 2008, 12:35 PM)
hey, actually i know a bit about finance law...
i have my own lawyer, i told him a bit about the situation here...

Money which is banked into an account with an unknown origin, or money which is received in bank from a unknown/mistransaction, can be refund by bank with the evidence of.
1. receipient admit the money is unknown origin.(or he doesnt know the source)
2. the person who bank the money have the proof of transaction.
3. lodge a police report
4. solve this problem with the bank.

You don't need to go and find the person yourself, police and bank can settle this issue for you as long as you have the proof of transaction( anyway, this is the how you use the receipt of transaction when you want to undo something).
money with an unknown origin can be classified as bribe...

if he admit that he posted out the items, he must have proof of postage(trace number etc)..if he failed to provide proof, then you can claim back all your money, or at least, dun let the bad guy to have to money, frozen his account until investigations done.

so, i guess i'll choose to frozen his bank account until he strave to dead...hahha

**Is it have to lodge another report?how about previous report had been made?**
**Shall i report to the DAP?**

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your
Life TO LIFE"



---

✉ PM    ⓘ Report ⬆ Top      ➕ QUOTE 🗦🗧 Quote ↩ Reply

klifex

📷 May 29 2008, 01:19 PM      Show posts by this member only | Post #85

QUOTE(solarwing @ May 29 2008, 12:54 PM)
**Is it have to lodge another report?how about previous report had been made?**
**Shall i report to the DAP?**

as far as i know, every bank have their own finance consultant. They can help you in issuing a wrong transaction which may help you to claim the money back.
try to check out with the bank which u transfered your money...
get back the money is a priority...
or at least, get his account frozen and investigate...haha... this will keep him starved for a few weeks to months...(i'm so bad)
that's my lawyer told me... good luck.

**Enthusiast**
⭐⭐⭐⭐⭐
Senior Member
847 posts

Joined: Nov 2004



---

✉ PM    ⓘ Report ⬆ Top      ➕ QUOTE 🗦🗧 Quote ↩ Reply

solarwing

📷 May 29 2008, 05:59 PM      Show posts by this member only | Post #86

QUOTE(klifex @ May 29 2008, 01:19 PM)
as far as i know, every bank have their own finance consultant. They can help you in issuing a wrong transaction which may help you to claim the money back.
try to check out with the bank which u transfered your money...
get back the money is a priority...
or at least, get his account frozen and investigate...haha... this will keep him starved for a few weeks to months...(i'm so bad)
that's my lawyer told me... good luck.





aR u LoOkInG fOr mE ?""



Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life
TO LIFE"

ok thanks for ur info. will make it soon.

✉ PM          ⓘ Report ⬆ Top          QUOTE 🔗Quote ↩ Reply

---

**dragon88**

NO AVATAR
SELECTED

New Member
☆
Newbie
0 posts

Joined: May 2008

▱ May 29 2008, 07:16 PM                                     Show posts by this member only | Post #87
QUOTE(klifex @ May 29 2008, 12:35 PM)
hey, actually i know a bit about finance law...
i have my own lawyer, i told him a bit about the situation here...

Money which is banked into an account with an unknown origin, or money which is received in bank from a unknown/mistransaction, can be refund by bank with the evidence of.
1. receipient admit the money is unknown origin.(or he doesnt know the source)
2. the person who bank the money have the proof of transaction.
3. lodge a police report
4. solve this problem with the bank.

You don't need to go and find the person yourself, police and bank can settle this issue for you as long as you have the proof of transaction( anyway, this is the how you use the receipt of transaction when you want to undo something).
money with an unknown origin can be classified as bribe..

if he admit that he posted out the items, he must have proof of postage(trace number etc)..if he failed to provide proof, then you can claim back all your money, or at least, dun let the bad guy to have money, frozen his account until investigations done.

so, i guess i'll choose to frozen his bank account until he strave to dead...hahha

ic..but right...the recipient can say that we owe him money or we bet football.he lost so pay the money..or watever soft of reason can be used wo..so at the end no use also..haih...yea, if that conman keluar the wang liao,.how to pay back oh?freeze account also useless leh...ask ur lawyer see got better way a not to counter this situation..

This post has been edited by **dragon88**: May 29 2008, 07:20 PM

✉ PM          ⓘ Report ⬆ Top          QUOTE 🔗Quote ↩ Reply

---

**solarwing**



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐

▱ May 29 2008, 07:37 PM                                     Show posts by this member only | Post #88
QUOTE(dragon88 @ May 29 2008, 07:16 PM)
ic..but right...the recipient can say that we owe him money or we bet football.he lost so pay the money..or watever soft of reason can be used wo..so at the end no use also..haih...yea, if that conman keluar the wang liao,.how to pay back oh?freeze account also useless leh...ask ur lawyer see got better way a not to counter this situation..

**U just join on May 2008 already had dispute tag, so fast..
what is ur problem then?**

✉ PM          ⓘ Report ⬆ Top          QUOTE 🔗Quote ↩ Reply

---

**klifex**



Enthusiast
⭐⭐⭐⭐
Senior Member
847 posts

Joined: Nov 2004

▱ May 29 2008, 08:46 PM                                     Show posts by this member only | Post #89
well, my lawyer says, if you know your account has money with unknown origin, yet you choose to use it, it is consider illegal..
what the proof of telling it's illegal money? just show them the sms you received from the guy which direct you to bank into the bank account, the guy's name, and all the details you obtain including the phone number ownerships.
with multiple people involved in this case, it's a very strong evidence to says the origin of the money is "illegal".
just tell all the others to show the same proofs, receipts of money transaction...
i'm sure you can frozen the account within a week.

account will be suspended immediately after investigation starts/or as soon as evidence enough to support the origin of money is illegal or mistransaction. (even if he say bet bola, you also need to show proof of payment right? because all these need proof, which verbal is not use as evidence)
there will be no early notice for this, that's why the receipient wont have enough time to transfer the money. (if not, everyone will do the same before the account get frozen, then what for to froze the account? get me?)

This post has been edited by **klifex**: May 29 2008, 08:50 PM

✉ PM          ⓘ Report ⬆ Top          QUOTE 🔗Quote ↩ Reply

---

**lthock**

▱ Jun 1 2008, 01:34 PM                                     Show posts by this member only | Post #90



**On my way**
⭐⭐⭐⭐

WTF...wat kind of mother does that??? acted like nothing happeds?? F~!
tell her when ur son inside rotting in jail...dun come and beg to drop the charge 💰😄💰

✉ PM | ❗Report ⬆Top

⊞ QUOTE 🔊Quote ↩Reply

hanissyazwan

☐ Jun 2 2008, 02:50 AM | Show posts by this member only | Post #91



QUOTE(solarwing @ May 29 2008, 08:37 PM)
**U just join on May 2008 already had dispute tag, so fast..**
**what is ur problem then?**

**DARK ULTIMATE**
⭐⭐⭐⭐⭐
Senior Member
1,180 posts

Joined: Apr 2007
From: Pasir Gudang. Johor

he is a lam chang nam(beware of him)
http://forum.lowyat.net/index.php?showtopi...post&p=17623026

more about
**lam cham nam..**
http://forum.lowyat.net/index.php?showtopic=604383&hl=lam
http://forum.lowyat.net/index.php?showtopic=486747&hl=lam
http://forum.lowyat.net/index.php?showtopic=669021&hl=lam
http://forum.lowyat.net/topic/464122

This post has been edited by **hanissyazwan**: Jun 2 2008, 02:53 AM

✉ PM | ❗Report ⬆Top

⊞ QUOTE 🔊Quote ↩Reply

solarwing

☐ Jun 2 2008, 02:21 PM | Show posts by this member only | Post #92



**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

QUOTE(hanissyazwan @ Jun 2 2008, 02:50 AM)
he is a lam chang nam(beware of him)
http://forum.lowyat.net/index.php?showtopi...post&p=17623026

more about
**lam cham nam..**
http://forum.lowyat.net/index.php?showtopic=604383&hl=lam
http://forum.lowyat.net/index.php?showtopic=486747&hl=lam
http://forum.lowyat.net/index.php?showtopic=669021&hl=lam
http://forum.lowyat.net/topic/464122

**Thx for reminding.**

✉ PM | ❗Report ⬆Top

⊞ QUOTE 🔊Quote ↩Reply

G_KeN

☐ Jun 3 2008, 09:53 PM | Show posts by this member only | Post #93

so, how's the progress?? have u ask the police about their investigations? (u know, MALAYSIAN policemen.. must be reminded always)..

~~Cheers love <3~~
⭐⭐⭐⭐⭐

✉ PM | ❗Report ⬆Top

⊞ QUOTE 🔊Quote ↩Reply

solarwing

☐ Jun 3 2008, 10:41 PM | Show posts by this member only | Post #94

QUOTE(G_KeN @ Jun 3 2008, 09:53 PM)
so, how's the progress?? have u ask the police about their investigations? (u know, MALAYSIAN policemen.. must be reminded always)..

**Ask already . still not in process. waiting for news.** 🙋

**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

✉ PM | ❗Report ⬆Top

⊞ QUOTE 🔊Quote ↩Reply

**hudsons993**

New Member
⭐

Jun 7 2008, 02:43 AM | Show posts by this member only | Post #95

hmm..
waiting 4 police to investigate this case.......
not sure if they manage to settle our problems..
damn!!
hwa...my $$$$$$...
😀 😩

✉ PM          ⓘ Report ↑ Top    ➕ QUOTE  ⤸ Quote ↩ Reply

---

**solarwing**

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

Jun 7 2008, 03:57 AM | Show posts by this member only | Post #96

QUOTE(hudsons993 @ Jun 7 2008, 02:43 AM)
hmm..
waiting 4 police to investigate this case.......
not sure if they manage to settle our problems..
damn!!
hwa...my $$$$$$...
😀 😩

**what to do..somebody** 😠

✉ PM          ⓘ Report ↑ Top    ➕ QUOTE  ⤸ Quote ↩ Reply

---

**ulwan25**

Look at all my stars!!
⭐⭐⭐⭐⭐⭐⭐

Jun 8 2008, 07:50 AM | Show posts by this member only | Post #97

QUOTE(solarwing @ Jun 7 2008, 04:57 AM)
**what to do..somebody** 😠

crime just like a dust these dayz. they just don't wanna kiss their moms 😠

✉ PM          ⓘ Report ↑ Top    ➕ QUOTE  ⤸ Quote ↩ Reply

---

**solarwing**

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

Jun 8 2008, 10:28 PM | Show posts by this member only | Post #98

QUOTE(ulwan25 @ Jun 8 2008, 07:50 AM)
crime just like a dust these dayz. they just don't wanna kiss their moms 😠

aiyo 😠 .. let police investigate it then.

✉ PM          ⓘ Report ↑ Top    ➕ QUOTE  ⤸ Quote ↩ Reply

---

**knighty**

NO AVATAR
SELECTED

Getting Started
⭐⭐

Jun 9 2008, 06:03 AM | Show posts by this member only | Post #99

...that's pretty sad.
Not sure if it's a coincidence, but my classmate in primary school was Loo Tze Ming too and he stays in sea park...

✉ PM          ⓘ Report ↑ Top    ➕ QUOTE  ⤸ Quote ↩ Reply

---

**solarwing**

Jun 9 2008, 01:43 PM | Show posts by this member only | Post #100



IDIOT OUTSIDE

QUOTE(knighty @ Jun 9 2008, 06:03 AM)
...that's pretty sad.
Not sure if it's a coincidence, but my classmate in primary school was Loo Tze Ming too and he stays in sea park...

any detail to provide to me? 😕

aR u LoOkInG fOr mE ?"""
⭐⭐⭐⭐⭐

✉ PM          ❶ Report⬆ Top                                    QUOTE ❩❩ Quote↩ Reply



ynneb25          ⬜ Jun 10 2008, 02:30 PM          Show posts by this member only | Post #101

QUOTE(solarwing @ Jun 9 2008, 01:43 PM)
any detail to provide to me? 😕

i m going to sea park later to buy dinner 😋 anybody wanna tag along? 🍴🍜🍴

Does ur eye hurt? :P
⭐⭐⭐⭐⭐

✉ PM          ❶ Report⬆ Top                            QUOTE ❩❩ Quote↩ Reply

solarwing          ⬜ Jun 10 2008, 03:02 PM          Show posts by this member only | Post #102

QUOTE(ynneb25 @ Jun 10 2008, 02:30 PM)
i m going to sea park later to buy dinner 😋 anybody wanna tag along? 🍴🍜🍴

**Then u go to look through the fellow house?**



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?"""
⭐⭐⭐⭐⭐

✉ PM          ❶ Report⬆ Top                            QUOTE ❩❩ Quote↩ Reply

ynneb25          ⬜ Jun 10 2008, 04:06 PM          Show posts by this member only | Post #103

QUOTE(solarwing @ Jun 10 2008, 03:02 PM)
**Then u go to look through the fellow house?**

if time permits i can drive past the place and post up pictures of the house and stuff 🙂

IF you want/needed....do let me know 😳

This post has been edited by **ynneb25**: Jun 10 2008, 04:25 PM



Does ur eye hurt? :P
⭐⭐⭐⭐⭐
Senior Member
708 posts

Joined: May 2005
From: PJ

MOLE

✉ PM          ❶ Report⬆ Top                            QUOTE ❩❩ Quote↩ Reply

solarwing          ⬜ Jun 10 2008, 10:30 PM          Show posts by this member only | Post #104

QUOTE(ynneb25 @ Jun 10 2008, 04:06 PM)
if time permits i can drive past the place and post up pictures of the house and stuff 🙂

IF you want/needed....do let me know 😳

is ok. u can do that. but please help take the picture of the fellow.



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?"""
⭐⭐⭐⭐⭐

✉ PM          ❶ Report⬆ Top                            QUOTE ❩❩ Quote↩ Reply

ynneb25          ⬜ Jun 11 2008, 12:03 AM          Show posts by this member only | Post #105



Does ur eye hurt? :P

QUOTE(solarwing @ Jun 10 2008, 10:30 PM)
is ok. u can do that. but please help take the picture of the fellow.

if possible 🙂
i was in the area and i roughly know where the location of the guy's house is...if only i had this http://forum.lowyat.net/topic/581250 😎



✉ PM    ⓘ Report ⬆ Top

solarwing



aR u LoOkInG fOr mE ?""

✉ PM

ynneb25

**+ QUOTE** 🗨 Quote ↩ Reply
Show posts by this member only | Post #106

☐ Jun 12 2008, 06:01 PM

QUOTE(ynneb25 @ Jun 11 2008, 12:03 AM)
if possible 🙂
i was in the area and i roughly know where the location of the guy's house is...if only i had this http://forum.lowyat.net/topic/581250 😎

haha 😎



ⓘ Report ⬆ Top

**+ QUOTE** 🗨 Quote ↩ Reply
Show posts by this member onl

☐ Jun 18 2008, 06:30 PM
I have good news and bad news.....

the good news is i finally got a picture:





Does ur eye hurt? :P

Senior Member
708 posts

Joined: May 2005
From: PJ

 MALE

the bad news is that it doesn't really help ur case 😄

This post has been edited by **ynneb25**: Jun 18 2008, 07:55 PM

✉ PM    ⓘ Report ⬆ Top

**+ QUOTE** 🗨 Q

solarwing



**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"



⬜ Jun 18 2008, 06:47 PM    Show posts by this member only | Post #108

QUOTE(ynneb25 @ Jun 18 2008, 06:30 PM)
I have good news and bad news.....

the good news is i finally got a picture:
 user posted image
the bad news is that it doesn't really help ur case 😊

Where the picture?can send to me via pm?

✉ PM          ① Report⤴ Top          QUOTE  Quote↩ Reply

---

ynneb25



Does ur eye hurt? :P

⭐⭐⭐⭐⭐
Senior Member
708 posts

Joined: May 2005
From: PJ



✉ PM          ① Report⤴ Top

⬜ Jun 18 2008, 07:43 PM    Show posts by this member only | Post #109

wait for imageshack to load 🌼

---

QUOTE(ynneb25 @ Jun 18 2008, 07:43 PM)    Added on June 18, 2008, 7:56 PM

wait for imageshack to load 🌼

---

ok...changed it to photobucket

This post has been edited by **ynneb25**: Jun 18 2008, 07:56 PM

QUOTE  Quote↩ Reply

---

solarwing



**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"



⬜ Jun 19 2008, 12:28 AM  Show posts by this member only | Post #110

QUOTE(ynneb25 @ Jun 18 2008, 07:43 PM)
wait for imageshack to load 🌼

---

Added on June 18, 2008, 7:56 pm

ok...changed it to photobucket

**I went to the house before, ya is the house as ur picture.
I though u get the person picture** 😊

✉ PM          ① Report⤴ Top          QUOTE  Quote↩ Reply

---

ynneb25



Does ur eye hurt? :P

⭐⭐⭐⭐⭐
Senior Member
708 posts

⬜ Jun 19 2008, 12:34 AM    Show posts by this member only | Post #111

well, like i said....thats the bad news 😊

anyways TM_Ming works in aoneplus as a comp technician as he stated here

Maybe you could call Aoneplus? http://www.aoneplus.com/cms/

there's a forumer working in aone plus also if i am not mistaken...

Digital

Also, since he is an MMU student, try calling MMU

This post has been edited by **ynneb25**: Jun 19 2008, 01:02 AM



Joined: May 2005
From: PJ

✉ PM    ⓘ Report  ⬆ Top

solarwing

**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

⬚ Jun 19 2008, 03:03 AM    Show posts by this member only | Post #112

QUOTE(ynneb25 @ Jun 19 2008, 12:34 AM)
well, like i said....thats the bad news 😔

anyways TM_Ming works in aoneplus as a comp technician as he stated here

Maybe you could call Aoneplus? http://www.aoneplus.com/cms/

there's a forumer working in aone plus also if i am not mistaken...

Digitral

Also, since he is an MMU student, try calling MMU

**He not a MMU student.**

✉ PM    ⓘ Report  ⬆ Top    + QUOTE  ” Quote  ↩ Reply

ynneb25

Does ur eye hurt? :P

⬚ Jun 19 2008, 09:42 AM    Show posts by this member only | Post #113

oops my bad...read wrongly 😔

✉ PM    ⓘ Report  ⬆ Top  + QUOTE  ” Quote  ↩ Reply

solarwing

**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

⬚ Jun 20 2008, 07:35 PM    Show posts by this member only | Post #114

QUOTE(ynneb25 @ Jun 19 2008, 09:42 AM)
oops my bad...read wrongly 😔

Still investigate...

✉ PM    ⓘ Report  ⬆ Top  + QUOTE  ” Quote  ↩ Reply

ynneb25

Does ur eye hurt? :P

⬚ Jun 20 2008, 07:50 PM  Show posts by this member only | Post #115

any news bout him working at aoneplus?

✉ PM    ⓘ Report  ⬆ Top  + QUOTE  ” Quote  ↩ Reply

solarwing

⬚ Jun 20 2008, 08:08 PM    Show posts by this member only | Post #116



**IDIOT OUTSIDE**

QUOTE(ynneb25 @ Jun 20 2008, 07:50 PM)
any news bout him working at aoneplus?

i no ask..maybe u can get from ur help? 😛

aR u LoOkInG fOr mE ?""

✉ PM   ⓘ Report ↑ Top   ➕ QUOTE ❞❞ Quote ↩ Reply



ynneb25

Does ur eye hurt? :P

☐ Jun 20 2008, 08:49 PM          Show posts by this member only | Post #117
its possible he works in aoneplus coz they got a branch in ss2....so...anyway i already asked digitral...hope he can help...

✉ PM   ⓘ Report ↑ Top                     ➕ QUOTE ❞❞ Quote ↩ Reply

solarwing

☐ Jun 21 2008, 01:47 AM          Show posts by this member only | Post #118
QUOTE(ynneb25 @ Jun 20 2008, 08:49 PM)
its possible he works in aoneplus coz they got a branch in ss2....so...anyway i already asked digitral...hope he can help...



**IDIOT OUTSIDE**

ok thx for helping 🙇

anyway will offer a <span style="color:red">reward RM100</span> for those who help over after get the money.

aR u LoOkInG fOr mE ?""

✉ PM   ⓘ Report ↑ Top                     ➕ QUOTE ❞❞ Quote ↩ Reply

ynneb25

☐ Jun 22 2008, 02:33 AM          Show posts by this member only | Post #119
QUOTE(solarwing @ Jun 21 2008, 01:47 AM)
ok thx for helping 🙇

anyway will offer a <span style="color:red">reward RM100</span> for those who help over after get the money.

already PMed Digitral but got no reply (eventho he was online...) anyways, will give him few days allowance to reply...if got no reply, he prolly knows the person and u would prolly have to call Aone for real.


Does ur eye hurt? :P

✉ PM   ⓘ Report ↑ Top                     ➕ QUOTE ❞❞ Quote ↩ Reply

solarwing

☐ Jun 22 2008, 03:14 PM          Show posts by this member only | Post #120
QUOTE(ynneb25 @ Jun 22 2008, 02:33 AM)
already PMed Digitral but got no reply (eventho he was online...) anyways, will give him few days allowance to reply...if got no reply, he prolly knows the person and u would prolly have to call Aone for real.

I also pm him but also no reply..anyway the Aone located at where ya?



**IDIOT OUTSIDE**

aR u LoOkInG fOr mE
?""

✉ PM   ⓘ Report ↑ Top                     ➕ QUOTE ❞❞ Quote ↩ Reply

ynneb25

☐ Jun 22 2008, 03:22 PM          Show posts by this member only | Post #121
QUOTE(solarwing @ Jun 22 2008, 03:14 PM)
I also pm him but also no reply..anyway the Aone located at where ya?

ss2 (near McDs) same row as computerwar....few blocks away from Shalini&Lee Clinic and Tea Pot Cafe. I'll try to find a map of it later

Does ur eye hurt? :P

✉  PM   ⓘ  Report ↑ Top                      ❞❞ Quote ↩ Reply

solarwing



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐

✉ PM    ⓘ Report ⬆ Top

☐ Jun 22 2008, 03:29 PM    Show posts by this member only | Post #122

QUOTE(ynneb25 @ Jun 22 2008, 03:22 PM)
ss2 (near McDs) same row as computerwar....few blocks away from Shalini&Lee Clinic and Tea Pot Cafe. I'll try to find a map of it later

ARghh..need travel from mlk - KL again.. can help over? 😛

⊞ QUOTE 🙶 Quote ↩ Reply

---

ynneb25



Does ur eye hurt? :P

⭐⭐⭐⭐⭐

✉ PM    ⓘ Report ⬆ Top

☐ Jun 22 2008, 03:33 PM    Show posts by this member only | Post #123

QUOTE(solarwing @ Jun 22 2008, 03:29 PM)
ARghh..need travel from mlk - KL again.. can help over? 😛

don't need to personally go therela...u can just call this number (+603-7876 5959) and ask whether he still works there or not....coz apparently from his previous posts, he works there part-time or something like that. Once u confirm he works there, then only the whole gang go down and see him and settle the dispute face to face 🙂. Oh, btw the police station is just roughly 40 steps away from that shop.....

⊞ QUOTE 🙶 Quote ↩ Reply

---

solarwing



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐

✉ PM    ⓘ Report ⬆ Top

☐ Jun 22 2008, 03:48 PM    Show posts by this member only | Post #124

QUOTE(ynneb25 @ Jun 22 2008, 03:33 PM)
don't need to personally go therela...u can just call this number (+603-7876 5959) and ask whether he still works there or not....coz apparently from his previous posts, he works there part-time or something like that. Once u confirm he works there, then only the whole gang go down and see him and settle the dispute face to face 🙂. Oh, btw the police station is just roughly 40 steps away from that shop.....

near the sea park police station there? coz i go there b4 when go find him..

⊞ QUOTE 🙶 Quote ↩ Reply

---

ynneb25



Does ur eye hurt? :P

⭐⭐⭐⭐⭐

✉ PM    ⓘ Report ⬆ Top

☐ Jun 22 2008, 07:18 PM    Show posts by this member only | Post #125

QUOTE(solarwing @ Jun 22 2008, 03:48 PM)
near the sea park police station there? coz i go there b4 when go find him..

er.....is that the one near the BHP? If it is, then its VERY near

⊞ QUOTE 🙶 Quote ↩ Reply

---

solarwing



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐

✉ PM    ⓘ Report ⬆ Top

☐ Jun 22 2008, 07:49 PM    Show posts by this member only | Post #126

QUOTE(ynneb25 @ Jun 22 2008, 07:18 PM)
er.....is that the one near the BHP? If it is, then its VERY near

Dunno o..near threre got a Kfc restaurant..many shop at there..swt..

⊞ QUOTE 🙶 Quote ↩ Reply

---

ynneb25



☐ Jun 22 2008, 09:53 PM    Show posts by this member only | Post #127

QUOTE(solarwing @ Jun 22 2008, 07:49 PM)
Dunno o..near threre got a Kfc restaurant..many shop at there..swt..

yea...i think it should be the one



Does ur eye hurt? :P

✉ PM        ⓘ Report ↑ Top        [QUOTE] 🗨 Quote ↩ Reply

solarwing        Jun 22 2008, 10:30 PM    Show posts by this member only | Post #128

IDIOT OUTSIDE

QUOTE(ynneb25 @ Jun 22 2008, 09:53 PM)
yea...i think it should be the one

**ok thx a lot bro.** 🐢

aR u LoOkInG fOr mE ?""

✉ PM        ⓘ Report ↑ Top [QUOTE] 🗨 Quote ↩ Reply

ynneb25        Jun 23 2008, 08:09 PM        Show posts by this member only | Post #129

QUOTE(solarwing @ Jun 22 2008, 10:30 PM)
**ok thx a lot bro.** 🐢

bad news....Digitral does not know Chin Wei Hua or Loo Tze Ming....anyway, just giving Aoneplus a call...

Does ur eye hurt? :P

✉ PM        ⓘ Report ↑ Top        [QUOTE] 🗨 Quote ↩ Reply

solarwing        Jun 23 2008, 08:10 PM        Show posts by this member only | Post #130

IDIOT OUTSIDE

QUOTE(ynneb25 @ Jun 23 2008, 08:09 PM)
bad news....Digitral does not know Chin Wei Hua or Loo Tze Ming....anyway, just giving Aoneplus a call...

**ok thx for the info.. will try call it soon.**

aR u LoOkInG fOr mE ?""

✉ PM        ⓘ Report ↑ Top        [QUOTE] 🗨 Quote ↩ Reply

hudsons993        Jun 26 2008, 01:47 AM Show posts by this member only | Post #131

ANDY 14

hey!
long time no c!
ahahah
nwy, got a news for u..
our case has been sent to IPD Bukit Aman
hopefully they will handle this case ASAP!!
😎

New Member
⭐

✉ PM        ⓘ Report ↑ Top [QUOTE] 🗨 Quote ↩ Reply

solarwing        Jun 26 2008, 05:57 AM        Show posts by this member only | Post #132

IDIOT OUTSIDE

QUOTE(hudsons993 @ Jun 26 2008, 01:47 AM)
hey!
long time no c!
ahahah
nwy, got a news for u..
our case has been sent to IPD Bukit Aman
hopefully they will handle this case ASAP!!
😎

aR u LoOkInG fOr mE ?""
Senior Member
1,161 posts

**ok.. hope they will investigate it asap.** 🙂

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

[MALE]
[FOLDING.MY]



✉ PM                    ⓘ Report ↑ Top    [QUOTE] ❞ Quote ↩ Reply

**stormyz**

Jun 27 2008, 04:43 PM  Show posts by this member only | Post #133

all da best in getting ur money back..

Thread Killer
⭐⭐⭐⭐⭐

✉ PM                    ⓘ Report ↑ Top  [QUOTE] ❞ Quote ↩ Reply

**solarwing**

Jun 27 2008, 07:29 PM  Show posts by this member only | Post #134

QUOTE(stormyz @ Jun 27 2008, 04:43 PM)
all da best in getting ur money back..

hopefully~ 😊

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

✉ PM                    ⓘ Report ↑ Top  [QUOTE] ❞ Quote ↩ Reply

**ynneb25**

Jun 28 2008, 10:58 PM                    Show posts by this member only | Post #135

QUOTE(solarwing @ Jun 27 2008, 07:29 PM)
hopefully~ 😊

dude...called Aoneplus yet? I ate next to their shop yesterday 😄 saw a few of their workers 'lepaking' outside 😄

Does ur eye hurt? :P
⭐⭐⭐⭐⭐

✉ PM                    ⓘ Report ↑ Top                    [QUOTE] ❞ Quote ↩ Reply

**solarwing**

Jun 29 2008, 09:11 PM                    Show posts by this member only | Post #136

QUOTE(ynneb25 @ Jun 28 2008, 10:58 PM)
dude...called Aoneplus yet? I ate next to their shop yesterday 😄 saw a few of their workers 'lepaking' outside 😄

no call yet 😊 ..wait i free then will do it.

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

✉ PM                    ⓘ Report ↑ Top                    [QUOTE] ❞ Quote ↩ Reply

**d3vilzzzz**

Jul 1 2008, 05:11 PM                    Show posts by this member only | Post #137

OMG!!...dis loo tze ming fella use to be in the same secondary school with me!!

[d3vilzzzz]
⭐⭐⭐⭐⭐

✉ PM                    ⓘ Report ↑ Top                    [QUOTE] ❞ Quote ↩ Reply

**solarwing**

Jul 1 2008, 06:44 PM                    Show posts by this member only | Post #138

QUOTE(d3vilzzzz @ Jul 1 2008, 05:11 PM)
OMG!!...dis loo tze ming fella use to be in the same secondary school with me!!

any info to provide?

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

✉ PM                    ⓘ Report ↑ Top                    [QUOTE] ❞ Quote ↩ Reply

mikro

NO AVATAR
SELECTED

Casual
⭐⭐⭐
Junior Member
486 posts

Joined: Dec 2005
From: Subang Jaya

MALE

📧 PM

Jul 8 2008, 10:29 PM

Show posts by this member only | Post #139

Wah Aone plus so not laku now till the worker all lepak outside 😵

Last time i used to buy stuff and ask them to service my computer but later realise they overcharge me alot and thing also very expensive (different around rm 30-rm 50 ringgit compare to low yat 🙄) so now i just go to low yat there to buy 😋

Anyway i stil got the sticker and the phone number is different from the number provided:

PJ SS 2 Aone plus branch 7874 5164

This phone number is as thier service hotline when I baught my com from them back in 2003 😊

Hope it helps 😄😄

🔺 Report ⬆ Top

QUOTE  💬 Quote ↩ Reply

---

solarwing

INTEL INSIDE
IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your
Life TO LIFE"

MALE
FOLDING.MY

📧 PM

Jul 9 2008, 12:07 AM

Show posts by this member only | Post #140

QUOTE(mikro @ Jul 8 2008, 10:29 PM)
Wah Aone plus so not laku now till the worker all lepak outside 😵

Last time i used to buy stuff and ask them to service my computer but later realise they overcharge me alot and thing also very expensive (different around rm 30-rm 50 ringgit compare to low yat 🙄) so now i just go to low yat there to buy 😋

Anyway i stil got the sticker and the phone number is different from the number provided:

PJ SS 2 Aone plus branch  7874 5164

This phone number is as thier service hotline when I baught my com from them back in 2003 😊

Hope it helps 😄😄

is it 03-7874 5164? 😊😊

thx for helping. 😊😊

🔺 Report ⬆ Top

QUOTE  💬 Quote ↩ Reply

---

Invince_Z

!M4 !3eY0nC! 1337!!!!
⭐⭐⭐⭐⭐⭐

📧 PM

Jul 20 2008, 07:23 PM

Show posts by this member only | Post #141

hi solarwing. how come u got cheated? sumore they cheat nice person like you. 😡 😡

🔺 Report ⬆ Top

QUOTE  💬 Quote ↩ Reply

---

solarwing

INTEL INSIDE
IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

📧 PM

Jul 20 2008, 08:25 PM

Show posts by this member only | Post #142

QUOTE(Invince_Z @ Jul 20 2008, 07:23 PM)
hi solarwing. how come u got cheated? sumore they cheat nice person like you. 😡 😡

unlucky.. 🙁 hope can find him out 1 day. 😡 😡

🔺 Report ⬆ Top

QUOTE  💬 Quote ↩ Reply

---

Invince_Z

!M4 !3eY0nC! 1337!!!!
⭐⭐⭐⭐⭐⭐

📧 PM

Jul 20 2008, 11:48 PM

Show posts by this member only | Post #143

wish u luck bro. fast2 settle, y need to con? gheezzz...





✉ PM

solarwing

**IDIOT INSIDE**
**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

⚠ Report ⬆ Top   QUOTE 🗨 Quote ↩ Reply

Jul 21 2008, 01:39 AM   Show posts by this member only | Post #144

QUOTE(Invince_Z @ Jul 20 2008, 11:48 PM)
wish u luck bro. fast2 settle, y need to con? gheezzz...

hard to settle..waiting police to investigate.. 😊

---

✉ PM

fantasy1989

Look at all my stars!!

⚠ Report ⬆ Top   QUOTE 🗨 Quote ↩ Reply

Jul 26 2008, 03:01 AM   Show posts by this member only | Post #145

still cant get him?

---

✉ PM

solarwing

**IDIOT INSIDE**
**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

⚠ Report ⬆ Top   QUOTE 🗨 Quote ↩ Reply

Jul 26 2008, 03:17 AM   Show posts by this member only | Post #146

QUOTE(fantasy1989 @ Jul 26 2008, 03:01 AM)
still cant get him?

ya.. 😡

---

✉ PM

jam_lennon

Look at all my stars!!

⚠ Report ⬆ Top   QUOTE 🗨 Quote ↩ Reply

Jul 26 2008, 07:31 PM   Show posts by this member only | Post #147

since you know her mom house, y dont you pay a visit again during night time? something around 8pm and make the thing out loud so let her neighbor know about this?

---

✉ PM

solarwing

**IDIOT INSIDE**
**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

⚠ Report ⬆ Top   QUOTE 🗨 Quote ↩ Reply

Jul 26 2008, 09:20 PM   Show posts by this member only | Post #148

QUOTE(jam_lennon @ Jul 26 2008, 07:31 PM)
since you know her mom house, y dont you pay a visit again during night time? something around 8pm and make the thing out loud so let her neighbor know about this?

i dun1 later we get caught to police station. just let the police investigate it..we have no time to serve him..

---

✉ PM

vin^

CL-W0012

⚠ Report ⬆ Top   QUOTE 🗨 Quote ↩ Reply

Jul 28 2008, 04:06 AM   Show posts by this member only | Post #149

already 2 months.. police also no news ??

Getting Started


✉ PM
solarwing


IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

ⓘ Report ⬆ Top  ➕ QUOTE  🗩 Quote ↩ Reply

☐ Jul 28 2008, 08:25 AM    Show posts by this member only | Post #150

QUOTE(vin^ @ Jul 28 2008, 04:06 AM)
already 2 months.. police also no news ??

still investigate..
u know la our country.. 🙁

---

✉ PM
jam_lennon



Look at all my stars!!
⭐⭐⭐⭐⭐

ⓘ Report ⬆ Top  ➕ QUOTE  🗩 Quote ↩ Reply

☐ Jul 28 2008, 11:30 AM                              Show posts by this member only | Post #151

have you follow up the case with police? i mean you call to police and ask
last week i heard from radio, you have the rights to follow up your case after 40days from the report date, but police oso have their rights
to keep the confidential (maybe they're on the right track to crack it etc)

anyway, i wish conman could read this thread, we could track to your parent house, if you still have a lil conscience, go get a proper job...
solarwing is a nice guy, if i were him, i will make noisy outside of the house, make all the neighbor know they have such a son

---

✉ PM
solarwing


IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your
Life TO LIFE"



ⓘ Report ⬆ Top  ➕ QUOTE  🗩 Quote ↩ Reply

☐ Jul 28 2008, 12:13 PM                          Show posts by this member only | Post #152

QUOTE(jam_lennon @ Jul 28 2008, 11:30 AM)
have you follow up the case with police? i mean you call to police and ask
last week i heard from radio, you have the rights to follow up your case after 40days from the report date, but police oso have
their rights to keep the confidential (maybe they're on the right track to crack it etc)

anyway, i wish conman could read this thread, we could track to your parent house, if you still have a lil conscience, go get a
proper job... solarwing is a nice guy, if i were him, i will make noisy outside of the house, make all the neighbor know they
have such a son

no follow up..just received the police letter last 2 weeks..remind me to provide any information regerding the conman. i try to
get some detail about the conman but the police said is confidential. 🙁 so nth i can do with it. 😮

Thanks ur support bro. 🙇

---

✉ PM
mrpac_187


fcuk

Getting Started
⭐⭐

ⓘ Report ⬆ Top  ➕ QUOTE  🗩 Quote ↩ Reply

☐ Jul 31 2008, 06:00 PM                          Show posts by this member only | Post #153

QUOTE(solarwing @ Jul 28 2008, 12:13 PM)
no follow up..just received the police letter last 2 weeks..remind me to provide any information regerding the conman. i try to get some
detail about the conman but the police said is confidential. 🙁  so nth i can do with it. 😮

Thanks ur support bro. 🙇

good luck bro 🙂

---

✉ PM
solarwing


IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

ⓘ Report ⬆ Top  ➕ QUOTE  🗩 Quote ↩ Reply

☐ Aug 1 2008, 12:41 PM    Show posts by this
member only | Post #154

QUOTE(mrpac_187 @ Jul 31 2008, 06:00 PM)
good luck bro 🙂

thanks..

✉ PM

lamsterz

NO AVATAR
SELECTED

Getting Started
⭐⭐

ⓘ Report ⬆ Top  ➕ QUOTE ❞ Quote ↩ Reply

☐ Aug 21 2008, 06:47 PM        Show posts by this member only | Post #155

guys, if u need any help let me know. im from pj area. mabye i can help u locate this fella

---

✉ PM

solarwing

INTEL INSIDE
IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

ⓘ Report ⬆ Top                              ➕ QUOTE ❞ Quote ↩ Reply

☐ Aug 21 2008, 07:01 PM                        Show posts by this member only | Post #156

QUOTE(lamsterz @ Aug 21 2008, 06:47 PM)
guys, if u need any help let me know. im from pj area. mabye i can help u locate this fella

i need ur help, i heard somebody said he work at aoneplus as a comp technician near pj there..can help me check out? or try go through his houese directly and pull him out laaa 😄

---

✉ PM

aspire2oo6

Banned
⭐⭐⭐⭐⭐⭐⭐

ⓘ Report ⬆ Top                              ➕ QUOTE ❞ Quote ↩ Reply

☐ Aug 22 2008, 08:09 AM    Show posts by this member only | Post #157

just camp @ his house there

---

✉ PM

solarwing

INTEL INSIDE
IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

ⓘ Report ⬆ Top ➕ QUOTE ❞ Quote ↩ Reply

☐ Aug 22 2008, 09:41 AM    Show posts by this member only | Post #158

QUOTE(aspire2oo6 @ Aug 22 2008, 08:09 AM)
just camp @ his house there

dun give such useless idea pls.. 😄

---

✉ PM

chchyong89

Shit·······

shittie mittie
⭐⭐⭐⭐⭐

ⓘ Report ⬆ Top  ➕ QUOTE ❞ Quote ↩ Reply

☐ Aug 27 2008, 10:24 AM    Show posts by this member only | Post #159

QUOTE(solarwing @ Aug 27 2008, 09:41 AM)
dun give such useless idea pls.. 😄

three months d lo.. after that stupid.. remember snap one photo and post here ^^

---

✉ PM

solarwing

INTEL INSIDE
IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

ⓘ Report ⬆ Top         ➕ QUOTE ❞ Quote ↩ Reply

☐ Aug 27 2008, 12:54 PM    Show posts by this member only | Post #160

QUOTE(chchyong89 @ Aug 27 2008, 10:24 AM)
three months d lo.. after see that stupid.. remember snap one photo and post here ^^

just let the polivce investigate it.. those got photo come post it out..come on~



✉ PM
⊙ Report ⬆ Top    ➕ QUOTE  ❝ Quote ↩ Reply

**Axell**

Sep 2 2008, 08:45 AM    Show posts by this member only | Post #161

still didn't have any news about the conman bro?

Looking for FL
⭐⭐⭐⭐⭐

✉ PM
⊙ Report ⬆ Top    ➕ QUOTE  ❝ Quote ↩ Reply

**solarwing**

Sep 2 2008, 02:06 PM    Show posts by this member only | Post #162

QUOTE(Axell @ Sep 2 2008, 08:45 AM)
still didn't have any news about the conman bro?

dun have. 😄

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

✉ PM
⊙ Report ⬆ Top    ➕ QUOTE  ❝ Quote ↩ Reply

**gastacopz**

Sep 13 2008, 04:07 PM    Show posts by this member only | Post #163

pity for u bro.hope u get ur refund soon.

P/s- im oso been conned on the net b4, luckily, managed to get back my money. 😎

BR,
gastacopz

Newbie
⭐⭐⭐⭐⭐

✉ PM
⊙ Report ⬆ Top    ➕ QUOTE  ❝ Quote ↩ Reply

**solarwing**

Sep 13 2008, 04:25 PM    Show posts by this member only | Post #164

QUOTE(gastacopz @ Sep 13 2008, 04:07 PM)
pity for u bro.hope u get ur refund soon.

P/s- im oso been conned on the net b4, luckily, managed to get back my money. 😎

BR,
gastacopz

everything will settle soon..

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

✉ PM
⊙ Report ⬆ Top    ➕ QUOTE  ❝ Quote ↩ Reply

**phone_sales**

Sep 15 2008, 03:29 PM    Show posts by this member only | Post #165

why u keep on bump the thread....no use wan lahzzzz....@.@

NO AVATAR
SELECTED

New Member
⭐

✉ PM
⊙ Report ⬆ Top    ➕ QUOTE  ❝ Quote ↩ Reply

**solarwing**

Sep 15 2008, 04:34 PM    Show posts by this member only | Post #166



IDIOT OUTSIDE

QUOTE(phone_sales @ Sep 15 2008, 03:29 PM)
why u keep on bump the thread....no use wan lahzzzz....@.@

coz this case still investigating, hope lyn ppl around will help toward or give some detail, and i am spread this news to all lyn member.

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐⭐

✉ PM         ⓘ Report⬆ Top                                    ➕ QUOTE 🔇Quote↩ Reply

jerseybuyer          ⬚ Sep 16 2008, 05:08 PM | Show posts by this member only |
                     Post #167

Getting Started      QUOTE(phone_sales @ Sep 15 2008, 03:29 PM)
⭐⭐                  why u keep on bump the thread....no use wan lahzzzz....@.@

                     phonesale .. related to tis guy ? ??
                     joined august ..

✉ PM         ⓘ Report⬆ Top         ➕ QUOTE 🔇Quote↩ Reply

solarwing             ⬚ Sep 16 2008, 05:20 PM   Show posts by this
                      member only | Post #168



IDIOT OUTSIDE          QUOTE(jerseybuyer @ Sep 16 2008, 05:08 PM)
                       phonesale .. related to tis guy ? ??
                       joined august ..

aR u LoOkInG fOr mE ?""    hi, anything can help u through?
⭐⭐⭐⭐⭐⭐

✉ PM         ⓘ Report⬆ Top    ➕ QUOTE 🔇Quote↩ Reply

CoBrA06               ⬚ Sep 16 2008, 09:37 PM  Show posts by this
                      member only | Post #169



                       this case already settle ??
                       really interested to know..
                       already read from page 1 to 9.. 😊
Casual                 very pity u looo 😎
⭐⭐⭐

✉ PM         ⓘ Report⬆ Top  ➕ QUOTE 🔇Quote↩ Reply

solarwing              ⬚ Sep 16 2008, 09:39 PM   Show posts by this member only
                       | Post #170

IDIOT OUTSIDE          QUOTE(CoBrA06 @ Sep 16 2008, 09:37 PM)
                       this case already settle ??
                       really interested to know..
                       already read from page 1 to 9.. 😊
                       very pity u looo 😎

aR u LoOkInG fOr mE ?""   just get some new information, anyway no time serve him..
⭐⭐⭐⭐⭐⭐

✉ PM         ⓘ Report⬆ Top         ➕ QUOTE 🔇Quote↩ Reply

phone_sales           ⬚ Sep 17 2008, 05:31 AM    Show posts by this member only | Post
                      #171

NO AVATAR             QUOTE(jerseybuyer @ Sep 16 2008, 05:08 PM)
SELECTED              phonesale .. related to tis guy ? ??
                      joined august ..

New Member            lols....u damn clever ah....not related 2 u ah...??u oso joined august....
⭐



✉ **PM**

solarwing

**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?"""
⭐⭐⭐⭐⭐

ⓘ **Report** ⬆ **Top** ➕ QUOTE ⟩⟩ Quote ↩ Reply

Show posts by this member only | Post #172

☐ Sep 17 2008, 02:02 PM

QUOTE(phone_sales @ Sep 17 2008, 05:31 AM)
lols....u damn clever ah....not related 2 u ah...??u oso joined august....

pls DUN spam at my thread!
THIS jerseybuyer is a CONMAN as WELL, he involve in the case, still dare to create new acc appear my thread. 😡 😡

---

✉ **PM**

huakenny

Casual
⭐⭐⭐

ⓘ **Report** ⬆ **Top** ➕ QUOTE ⟩⟩ Quote ↩ Reply

Show posts by this member only | Post #173

☐ Sep 21 2008, 07:43 PM

bro,

u updated in 1st post tat the fella jailed for 7 days...so how's ur refund? kawtim?

---

✉ **PM**

akecema

Casual
⭐⭐⭐

Junior Member
422 posts

Joined: Mar 2005

♂ MALE

ⓘ **Report** ⬆ **Top** ➕ QUOTE ⟩⟩ Quote ↩ Reply

☐ Sep 21 2008, 08:23 PM

Show posts by this member only | Post #174

QUOTE(huakenny @ Sep 21 2008, 07:43 PM)
bro,

u updated in 1st post tat the fella jailed for 7 days...so how's ur refund? kawtim?

7day only for rm1k???
my salary for a month about rm1k lo
if only 7 day i wanna be a cheater
a month jail i can cheated about rm4k

---

✉ **PM**

solarwing

**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?"""
⭐⭐⭐⭐⭐

Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life
TO LIFE"

♂ MALE
🔴 FOLDING.MY

ⓘ **Report** ⬆ **Top** ➕ QUOTE ⟩⟩ Quote ↩ Reply

☐ Sep 21 2008, 08:44 PM

Show posts by this member only | Post #175

QUOTE(huakenny @ Sep 21 2008, 07:43 PM)
bro,

u updated in 1st post tat the fella jailed for 7 days...so how's ur refund? kawtim?

is hard to explain all now since this case is very complicated.
wait the conman get out from jail then he will give me a call and discuss it.
anyway from those who i help get ur money, pls give some reward since the process is very hard for me to get the conman
+ i need to pay somebody money to get the conman detail. 😊 🙏

QUOTE(akecema @ Sep 21 2008, 08:23 PM)                                   Added on September 21, 2008, 8:46 pm
7day only for rm1k???
my salary for a month about rm1k lo
if only 7 day i wanna be a cheater
a month jail i can cheated about rm4k

i see him i also pity with that guys and wanna settle at outside with him without go to police station. 😊

This post has been edited by **solarwing**: Sep 21 2008, 08:46 PM

---

✉ **PM**

abubin

NO AVATAR
SELECTED

10k Club
⭐⭐⭐⭐⭐⭐⭐

ⓘ **Report** ⬆ **Top** ➕ QUOTE ⟩⟩ Quote ↩ Reply

☐ Sep 22 2008, 04:45 PM

Show posts by this member only | Post #176

Let this be a warning to other conmen. They should have thought about this before they try to con people.

Let's hope the real conmen will be caught.



**solarwing**

intel inside
IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

✉ PM    ⓘ Report ↑ Top                      ⊞ QUOTE 🔎 Quote ↩ Reply

☐ Sep 22 2008, 05:03 PM                 Show posts by this member only | Post #177
QUOTE(abubin @ Sep 22 2008, 04:45 PM)
Let this be a warning to other conmen. They should have thought about this before they try to con people.

Let's hope the real conmen will be caught.

Sure this conman Loo Tze Ming Still dun want appear here after came out from jail?
I think u still conned outside lyn ppl much much more. 😡
Dun try to play fool with me, i already mention what i will let u deserve it.

---

✉ PM    ⓘ Report ↑ Top                      ⊞ QUOTE 🔎 Quote ↩ Reply

**klifex**

Enthusiast
Senior Member
847 posts

Joined: Nov 2004

☐ Sep 23 2008, 02:24 AM                 Show posts by this member only | Post #178
QUOTE(solarwing @ Sep 22 2008, 05:03 PM)
Sure this conman Loo Tze Ming Still dun want appear here after came out from jail?
I think u still conned outside lyn ppl much much more.
Dun try to play fool with me, i already mention what i will let u deserve it.

hi solarwing, i'm glad that you finally solve this problem and catch that guy...
it's been almost half a year, should have let him stay longer in the lokap... 😌
payback time yeah..

btw, pm me your email..i want the photo of this guy, ask my brother whether he saw this guy before or not...: 😌

This post has been edited by **klifex**: Sep 23 2008, 02:31 AM

---

✉ PM    ⓘ Report ↑ Top                      ⊞ QUOTE 🔎 Quote ↩ Reply

**solarwing**

intel inside
IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

☐ Sep 23 2008, 03:09 PM                 Show posts by this member only | Post #179
QUOTE(klifex @ Sep 23 2008, 02:24 AM)
hi solarwing, i'm glad that you finally solve this problem and catch that guy...
it's been almost half a year, should have let him stay longer in the lokap... 😌
payback time yeah..

btw, pm me your email..i want the photo of this guy, ask my brother whether he saw this guy before or not...: 😌

ok no problem bro, i only will show the photo for those guys who help me before. appreaciate it. 😊

---

✉ PM    ⓘ Report ↑ Top                      ⊞ QUOTE 🔎 Quote ↩ Reply

**abubin**

NO AVATAR
SELECTED

10k Club

☐ Sep 23 2008, 10:11 AM                 Show posts by this member only | Post #180
oh yeah...please post the photo of this guy. He is proven guilty. Let the public know what this conman look like to avoid him getting more victims. No need to hide hide.

---

✉ PM    ⓘ Report ↑ Top                      ⊞ QUOTE 🔎 Quote ↩ Reply

**klifex**

☐ Sep 23 2008, 05:06 PM                 Show posts by this member only | Post #181



**Enthusiast**

⭐⭐⭐⭐⭐

Senior Member
847 posts

Joined: Nov 2004

QUOTE(abubin @ Sep 23 2008, 10:11 AM)
oh yeah...please post the photo of this guy. He is proven guilty. Let the public know what this conman look like to avoid him getting more victims. No need to hide.

not that good lar...unless TS is very angry ...
i was quite impress with the coorperation given by all the forumers, who help each other to catch conmen..
Bravo to all of you.. 😂😂 you all did a very good job.

as for the conmen, you deserve it...go to jail pls.!!!!

i now started to worry whether the harddisk i bought is a stolen item from his boss shop....OMG 😵

---

solarwing



aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐

Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"



Sep 23 2008, 05:14 PM                                                    Show posts by this member only | Post #182

QUOTE(abubin @ Sep 23 2008, 10:11 AM)
oh yeah...please post the photo of this guy. He is proven guilty. Let the public know what this conman look like to avoid him getting more victims. No need to hide.

I also wanna show the pic to u all to beware the conman, but i think is not the time yet to show out. let's wait and see.

QUOTE(klifex @ Sep 23 2008, 05:06 PM)                      Added on September 23, 2008, 5:22 pm
not that good lar...unless TS is very angry ...
i was quite impress with the coorperation given by all the forumers, who help each other to catch conmen..
Bravo to all of you.. 😂😂 you all did a very good job.

as for the conmen, you deserve it...go to jail pls.!!!!

i now started to worry whether the harddisk i bought is a stolen item from his boss shop....OMG 😵

ya thanks a lot for those who help me. 😂😂
Anyway i feel very angry with the conman, u make me waste my time,energy,and money u know.
i think most of the item he steal from the shop to sell it? i think he cooperate among the workers/frens there to steal his boss item at the shop.
wanna me say out the company name to aware it?

This post has been edited by **solarwing**: Sep 23 2008, 05:22 PM
🛡 Report ⬆Top

---

cschun86                    🗋 Sep 23 2008, 06:32 PM           Show posts by this member only | Post #183

[avatar]

Heading towards 2000~

⭐⭐⭐⭐⭐

Senior Member
1,972 posts

Joined: Oct 2006
From: Seberang Perai

Got a suggestion here,
TS, reveal us how much u spend?

Then we as part of lyn,
and see so much effort being done by TS,
then we voulounteer donate RM1 through maybank2u to TS?
and accumulate some sum to encourage and appreciate what have done by TS? 😜
RM1 is just a small amount for many of us,
just think that RM1 that can help TS,
that RM1 can encourage more ppl to stand up to fight those scammer instead of letting them to get off?
RM1 worth it 🙂

---

abubin                    🗋 Sep 23 2008, 06:38 PM           Show posts by this member only | Post #184

NO AVATAR
SELECTED

10k Club

⭐⭐⭐⭐⭐⭐⭐

good idea. I am willing to donate RM2. More like RM5 also no problem. Let's see others wanna donate how much. If more people agree then it can be pool money to catching conmen.

This post has been edited by **abubin**: Sep 23 2008, 06:38 PM

---

solarwing                    🗋 Sep 23 2008, 07:50 PM           Show posts by this member only | Post #185





**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"



QUOTE(cschun86 @ Sep 23 2008, 06:32 PM)
Got a suggestion here,
TS, reveal us how much u spend?

Then we as part of lyn,
and see so much effort being done by TS,
then we vouluonteer donate  RM1 through maybank2u to TS?
and accumulate some sum to encourage and appreciate what have done by TS? 😊
RM1 is just a small amount for many of us,
just think that RM1 that can help TS,
that RM1 can encourage more ppl to stand up to fight those scammer instead of letting them to get off?
RM1 worth it 😊

😊 how much i spend, is hard to explain everything through the beginning process until end. 
Is the conman should pay me the money i had spend! 😡
For sure i put a lot effort on it. 😊
Donate to me? appreciate it. 😊

so i would like to thank you to those who help me. 😊

😊 😊 😊 😊

This post has been edited by **solarwing**: Sep 24 2008, 02:55 AM



✉ PM                    ⓘ Report ⬆ Top       [QUOTE] 🗨 Quote ↩ Reply

---

jerseybuyer



Getting Started
⭐⭐
Junior Member
63 posts

Joined: Aug 2008

🗋 Sep 23 2008, 08:11 PM                    Show posts by this member only | Post #186
QUOTE(solarwing @ Sep 23 2008, 07:50 PM)
😊 how much i spend, is hard to explain everything through the beginning process until end.
Is the conman should pay me the money i had spend! 😡
For sure i put a lot effort on it. 😊
Donate to me? appreciate it. 😊

so i would like to thank you to those who help me. 

  

updating the thread rm950 paid on 8/20
rm500 paid on 8/23
rm62 need to paid

✉ PM       ⓘ Report ⬆ Top              [QUOTE] 🗨 Quote ↩ Reply

---

zer0hour



Unlike Any Other
⭐⭐⭐⭐⭐

🗋 Sep 24 2008, 12:18 AM                    Show posts by this member only | Post #187
QUOTE(abubin @ Sep 23 2008, 06:38 PM)
good idea. I am willing to donate RM2. More like RM5 also no problem. Let's see others wanna donate how much. If more people agree then it can be pool money to catching conmen.

Eh good idea. I've yet to get conned, but I'll donate RM10 to the 'catch conmen pool'.

✉ PM       ⓘ Report ⬆ Top              [QUOTE] 🗨 Quote ↩ Reply

---

a13solut3



Whiner FTW!
⭐⭐⭐⭐⭐
Senior Member
1,611 posts

Joined: Mar 2007
From: _|_


🗋 Sep 24 2008, 01:46 AM                    Show posts by this member only | Post #188
QUOTE(solarwing @ Sep 23 2008, 07:50 PM)
😊 how much i spend, is hard to explain everything through the beginning process until end.
Is the conman should pay me the money i had spend! 😡
For sure i put a lot effort on it. 😊
Donate to me? appreciate it. 😊

so i would like to thank you to those who help me. 



You paid the price to punish him. It's equivalent trade just like in Full Metal Alchemist 😊 . If you threaten to him to pay you the effort to bring him into lokap, later he emo again.

✉ PM       ⓘ Report ⬆ Top              [QUOTE] 🗨 Quote ↩ Reply

---

solarwing



🗋 Sep 24 2008, 02:56 AM                    Show posts by this member only | Post #189





**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

★★★★★
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

✉ PM

QUOTE(abubin @ Sep 23 2008, 06:38 PM)
good idea. I am willing to donate RM2. More like RM5 also no problem. Let's see others wanna donate how much. If more people agree then it can be pool money to catching conmen.

QUOTE(zer0hour @ Sep 24 2008, 12:18 AM)                    Added on September 24, 2008, 2:57 am
Eh good idea. I've yet to get conned, but I'll donate RM10 to the 'catch conmen pool'.

**Appreciate it from u all.** 😊

This post has been edited by **solarwing**: Sep 24 2008, 02:57 AM

ℹ Report ⬆ Top                    ⊞ QUOTE 🗨 Quote ↩ Reply

---

hudsons993

New Member
★
Newbie
0 posts

Joined: Feb 2008
From: Penang

✉ PM

Sep 24 2008, 03:40 AM    Show posts by this member only | Post #190

solarwing!

thnx man!!
really2 appreciate ur effort!!!
sory cant join u..very bz on that day...
dun forget to bank-in ya!! 😉

hehhehe
☺

n as a gift..
give u 100 bucks dude!!
hahaha
💰😄💰😄

ℹ Report ⬆ Top ⊞ QUOTE 🗨 Quote ↩ Reply

---

solarwing



**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

★★★★★
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

✉ PM

Sep 24 2008, 03:51 AM                Show posts by this member only | Post #191

QUOTE(hudsons993 @ Sep 24 2008, 03:40 AM)
solarwing!

thnx man!!
really2 appreciate ur effort!!!
sory cant join u..very bz on that day...
dun forget to bank-in ya!! 😉

hehhehe
☺

n as a gift..
give u 100 bucks dude!!
hahaha
💰😄💰😄

I thought u MIA already in lyn, anyway glad to hear that help u all get back the money $$$! 😄
thx bro. 😊😊

ℹ Report ⬆ Top                    ⊞ QUOTE 🗨 Quote ↩ Reply

---

ristikol

\~*Grand Belial's Key*~/

★★★★★

✉ PM

Sep 24 2008, 03:35 PM Show posts by this member only | Post #192

wah,very complicated this case.
i also very fvcking hate the conman.
nice job solarwing 😊😊

ℹ Report ⬆ Top ⊞ QUOTE 🗨 Quote ↩ Reply



solarwing

Sep 24 2008, 04:21 PM  Show posts by this member only | Post #193

QUOTE(ristikol @ Sep 24 2008, 03:35 PM)
wah,very complicated this case.
i also very fvcking hate the conman.
nice job solarwing 😊

thanks for supporting me bro.. 😂

IDIOT OUTSIDE
aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐

✉ PM    ❗ Report ↑ Top   ➕ QUOTE  🗨 Quote ↩ Reply

---

chchyong89

Sep 24 2008, 06:06 PM        Show posts by this member only | Post #194
wao.. at last, the dark side fall into jail.. 😊

sincerely, write down and list down all proccess and photo into one book, and let ur children see when u are old, let ur children admire u.. 😄

by the way, PM me ur cimb account number, glad to raise RM1 to u^^ to catch conman

**bravo**

shittie mittie
⭐⭐⭐⭐⭐

This post has been edited by chchyong89: Sep 24 2008, 06:08 PM

✉ PM    ❗ Report ↑ Top        ➕ QUOTE 🗨 Quote ↩ Reply

---

solarwing

Sep 24 2008, 06:38 PM        Show posts by this member only | Post #195
QUOTE(chchyong89 @ Sep 24 2008, 06:06 PM)
wao.. at last, the dark side fall into jail... 😊

sincerely, write down and list down all proccess and photo into one book, and let ur children see when u are old, let ur children admire u.. 😄

by the way, PM me ur cimb account number, glad to raise RM1 to u^^ to catch conman

**bravo**

IDIOT OUTSIDE
aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

Senior Member
1,161 posts

lol bro u should support me more la since we at same scul.. 😄
come donate more to me. 😄

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

[MALE]
[FOLDING.MY]

✉ PM        ❗ Report ↑ Top                    ➕ QUOTE 🗨 Quote ↩ Reply

---

chchyong89

Sep 24 2008, 06:46 PM    Show posts by this member only | Post #196
QUOTE(solarwing @ Sep 24 2008, 06:38 PM)
lol bro u should support me more la since we at same scul.. 😄
come donate more to me. 😄

u no post up ur bank number oso.. 😄
then these few days i will raise my RM1 to u to catch conman.. haha 😄
me transfer to cyber d la.. life so hard.. no ppl teach me study engine.. damn sui 😄

shittie mittie
⭐⭐⭐⭐⭐

✉ PM    ❗ Report ↑ Top        ➕ QUOTE 🗨 Quote ↩ Reply

---

solarwing

Sep 24 2008, 07:06 PM    Show posts by this member only | Post #197
QUOTE(chchyong89 @ Sep 24 2008, 06:46 PM)
u no post up ur bank number oso.. 😄
then these few days i will raise my RM1 to u to catch conman.. haha 😄
me transfer to cyber d la.. life so hard.. no ppl teach me study engine.. damn sui 😄

bank number is everywhere on my sales thread.. 😄
go cyber for wat, malacca is better, u will realize it soon. 😄

IDIOT OUTSIDE
aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

✉ PM    ❗ Report ↑ Top        ➕ QUOTE 🗨 Quote ↩ Reply

---

chchyong89

Sep 24 2008, 08:20 PM        Show posts by this member only | Post #198



Shit······

shittie mittie
⭐⭐⭐⭐⭐

✉ PM          ❶ Report ⬆ Top

user posted image
😂😂😂

wow, just go see ur couple Tee thread and take ur account number, wow.. nice Tee 😂😂

solarwing

IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

♂ MALE
FOLDING.MY

✉ PM          ❶ Report ⬆ Top          ➕ QUOTE 🗨 Quote ↩ Reply

🗌 Sep 24 2008, 08:31 PM          Show posts by this member only | Post #199
QUOTE(chchyong89 @ Sep 24 2008, 08:20 PM)
user posted image
😂😂😂

wow, just go see ur couple Tee thread and take ur account number, wow.. nice Tee 😂😂

Donate RM1.99 😊
Anyway thanks a lot 😊
interest to get the shirt? 😊

PrinceCC

❤

Getting Started
⭐⭐

✉ PM          ❶ Report ⬆ Top          ➕ QUOTE 🗨 Quote ↩ Reply

🗌 Sep 25 2008, 03:07 AM          Show posts by this member only | Post #200

Those Conman sucks...
They will get it 1 day....
^^

solarwing

IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

✉ PM          ❶ Report ⬆ Top          ➕ QUOTE 🗨 Quote ↩ Reply

🗌 Sep 25 2008, 03:22 AM          Show posts by this member only | Post #201
QUOTE(PrinceCC @ Sep 25 2008, 03:07 AM)
Those Conman sucks...
They will get it 1 day....
^^

o.O 😌

abubin

NO AVATAR
SELECTED

10k Club
⭐⭐⭐⭐⭐⭐

✉ PM          ❶ Report ⬆ Top          ➕ QUOTE 🗨 Quote ↩ Reply

🗌 Sep 25 2008, 10:55 AM          Show posts by this member only | Post #202
ok, RM2 transfered to support you. I know it's not much but every bit helps. Sorry no screenshot cause the transfer hang halfway. Check my balance and shows transfer completed.

LExus65

☢

Old Gezzer.....
⭐⭐⭐⭐⭐

✉ PM          ❶ Report ⬆ Top          ➕ QUOTE 🗨 Quote ↩ Reply

🗌 Sep 25 2008, 11:58 AM          Show posts by this member only | Post #203
Wah Congratulation solar wing, u caught the get in his pants down........... 😌

btw is this the first case conman get caught in lowyat net?

Mod should get this story recorded down properly...

solarwing

✉ PM          ❶ Report ⬆ Top          ➕ QUOTE 🗨 Quote ↩ Reply

🗌 Sep 25 2008, 12:46 PM          Show posts by this member only | Post #204



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

QUOTE(abubin @ Sep 25 2008, 10:55 AM)
ok, RM2 transfered to support you. I know it's not much but every bit helps. Sorry no screenshot cause the transfer hang halfway. Check my balance and shows transfer completed.

thanks bro, appreciate it! 😊

⊠ PM          ❗ Report ↑ Top                                          QUOTE 🗨 Quote ↰ Reply

**XtOtH3D**

Q DANCE

I Cue I Pitch I Scratch

Senior Member
683 posts

Joined: Sep 2007

▢ Sep 25 2008, 06:21 PM     Show posts by this member only | Post #205

k thx bai

**Attached thumbnail(s)**

| Funds Transfer | |
|---|---|
| **Funds Transfer to 3rd Party Accounts** | |
| Status: | Successful |
| From Account: | 114842056304 SA |
| New Balance: | ~~redacted~~ |
| To Open 3rd Party Account: | 104115027175 |
| Amount: | RM2.00 |
| Effective Date: | Today |
| Account Holder Name: | TEY HOCK LIN |
| Reference Number: | 1276705407 |
| Transaction Date-Time: | 25 Sep 2008 18:17:48 |

[ Make Another 3rd Party Accounts Transfer ]

[ Print Receipt ]

⊠ PM          ❗ Report ↑ Top     QUOTE 🗨 Quote ↰ Reply

**solarwing**



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

▢ Sep 25 2008, 07:15 PM     Show posts by this member only | Post #206

QUOTE(XtOtH3D @ Sep 25 2008, 06:21 PM)
k thx bai

thanks for donation.. 😊

⊠ PM          ❗ Report ↑ Top     QUOTE 🗨 Quote ↰ Reply

**tkf6771**

NO AVATAR SELECTED

New Member
⭐

▢ Sep 26 2008, 10:13 AM     Show posts by this member only | Post #207

good job ,bro 😊

⊠ PM          ❗ Report ↑ Top     QUOTE 🗨 Quote ↰ Reply

**solarwing**

IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

▢ Sep 26 2008, 01:44 PM     Show posts by this member only | Post #208

QUOTE(tkf6771 @ Sep 26 2008, 10:13 AM)
good job ,bro 😊

thanks al lot.

⊠ PM          ❗ Report ↑ Top     QUOTE 🗨 Quote ↰ Reply

**laulyg**

▢ Sep 26 2008, 04:12 PM                    Show posts by this member only | Post #209



Getting Started
⭐⭐

Junior Member
132 posts

Joined: Sep 2006
From: bintulu sarawak...



✉ PM

St0rmFury

Guys........ 
Need help here...
I done a deal in lelong.com.my...
After i make payment... the seller didn't post the thing....
I have been cheat about RM1750...
I got her home address from somewhere...then go her house to find her....
yes... i did found her... but she bring his samseng guy to deal with me.... then she also didn't pay...
I report police but police do nothing after i report... he just record it down... and say will handle it...
Till now.... a few month oredy,... still no news...
Wta should i do...

Plan to boom her house... i know where her house located... 

ⓘ Report↑ Top                                    ➕ QUOTE 🗨 Quote↩ Reply

☐ Sep 26 2008, 05:05 PM          Show posts by this member only | Post #210

Although I'm a new trader in LYN and have nothing to do with this dispute, I believe that acts of epic heroism such as this should not go unrewarded as it serves as a good reminder to cheater & scammers to beware. If you are unlucky and managed to scam someone like solarwing, then may god have mercy on your pathetic soul.

I will bank in 10 bucks this week to show my support for solarwing. 

Getting Started
⭐⭐

✉ PM

chchyong89



shittie mittie
⭐⭐⭐⭐⭐

ⓘ Report↑ Top                          ➕ QUOTE 🗨 Quote↩ Reply

☐ Sep 26 2008, 05:07 PM          Show posts by this member only | Post #211

Ya... bank little donate a bit for him, then he help us catch conman next time.. do this as ur part-time jobs solarwing!

行行出状元^^

✉ PM

Jenn77



Look Ma' Im Flyin! Gee~
⭐⭐⭐⭐⭐

ⓘ Report↑ Top                    ➕ QUOTE 🗨 Quote↩ Reply

☐ Sep 26 2008, 05:16 PM    Show posts by this member only |
Post #212

Congrats on the arrest of the conman.. keep on the good work.

solarwing

INTEL inside
IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring
your Life TO LIFE"

✉ PM

ⓘ Report↑ Top            ➕ QUOTE 🗨 Quote↩ Reply

☐ Sep 26 2008, 05:18 PM          Show posts by this member only | Post #213

QUOTE(chchyong89 @ Sep 26 2008, 05:07 PM)
Ya... bank little donate a bit for him, then he help us catch conman next time.. do this as ur part-time jobs solarwing!
行行出状元^^

lol.. i will help over if i manage to do so.. part-time job? 😆
Got income? 😜

QUOTE(Jenn77 @ Sep 26 2008, 05:16 PM)                    Added on September 26, 2008, 5:19 pm
Congrats on the arrest of the conman.. keep on the good work.

thx. i hope no 2nd time get conned by ppl. 😊

QUOTE(St0rmFury @ Sep 26 2008, 05:05 PM)                  Added on September 26, 2008, 5:20 pm
Although I'm a new trader in LYN and have nothing to do with this dispute, I believe that acts of epic heroism such as this should not go unrewarded as it serves as a good reminder to cheater & scammers to beware. If you are unlucky and managed to scam someone like solarwing, then may god have mercy on your pathetic soul.



I will bank in 10 bucks this week to show my support for solarwing. 😋

thanks ur support bro, appreciate it. 😋

QUOTE(laulyg @ Sep 26 2008, 04:12 PM)                                         Added on September 26, 2008, 5:21 pm
Guys........ 😕 😕 😕
Need help here...
I done a deal in lelong.com.my...
After i make payment... the seller didn't post the thing....
I have been cheat about RM1750...
I got her home address from somewhere...then go her house to find her....
yes... i did found her... but she bring his samseng guy to deal with me.... then she also didn't pay...
I report police but police do nothing after i report... he just record it down... and say will handle it...
Till now... a few month oredy,... still no news...
Wta should i do...

Plan to boom her house... i know where her house located... 😡

since u know her house, just pay her a visit at 1st. just go through the process slowly.. 🙂

This post has been edited by **solarwing**: Sep 26 2008, 05:21 PM

✉ PM        ⓘ Report ↑ Top
Axell

Looking for FL
⭐⭐⭐⭐⭐

□ Sep 28 2008, 05:42 PM | Show posts by this member only |
Post #214

wow, the conman is entered his new home LOLX 😋😋

Nicely Done **solarwing** 😋 😋 😋 😋

i will donate you too after Raya k?

This post has been edited by **Axell**: Sep 28 2008, 05:44 PM

✉ PM        ⓘ Report ↑ Top

solarwing

IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

□ Sep 28 2008, 08:50 PM | Show posts by this member only | Post #215

QUOTE(Axell @ Sep 28 2008, 05:42 PM)
wow, the conman is entered his new home LOLX 😋😋

Nicely Done **solarwing** 😋 😋 😋 😋

i will donate you too after Raya k?

ok thanks.
Donate how much to me? 😋 😖

✉ PM        ⓘ Report ↑ Top

abubin

NO AVATAR
SELECTED

10k Club
⭐⭐⭐⭐⭐⭐⭐

□ Sep 29 2008, 12:07 AM | Show posts by this member only | Post #216

so, what happened to this conman now? He was released after 3 days. Opened and closed his thread after got bombarded by people.
What's next?

✉ PM        ⓘ Report ↑ Top

solarwing

□ Sep 29 2008, 12:59 AM | Show posts by this member only | Post #217

QUOTE(abubin @ Sep 29 2008, 12:07 AM)
so, what happened to this conman now? He was released after 3 days. Opened and closed his thread after got bombarded by people. What's next?

he no contact me already since 5 days ago, his pic will be reveal by 30 september due to the money left no refund yet.

**aR u LoOkInG fOr mE ?""**
⭐⭐⭐⭐⭐

✉ PM        ⓘ Report ↑ Top                                                                    QUOTE  ⁋⁋ Quote ↩ Reply

**kapkaplui**

□ Sep 29 2008, 03:57 PM     Show posts by this member only | Post #218

NO AVATAR SELECTED

Is the picture of him is taken behind bars ar? hahhaha. should be fun too see that.

Getting Started
⭐⭐

✉ PM        ⓘ Report ↑ Top          QUOTE  ⁋⁋ Quote ↩ Reply

**Axell**

□ Sep 29 2008, 09:16 AM     Show posts by this member only | Post #219

Done. Btw, i wan to interview the conman's mother. haha 😆

[attachmentid=610152]

Looking for FL
⭐⭐⭐⭐⭐

✉ PM        ⓘ Report ↑ Top          QUOTE  ⁋⁋ Quote ↩ Reply

**sjz**

□ Sep 29 2008, 05:47 PM                    Show posts by this member only | Post #220

Congrats on your success... 😝
Very seldom i see online conman get caught, this is the reason causing more and more conman appear online!!

This post has been edited by **sjz**: Sep 29 2008, 05:47 PM

SjZ's here.......
⭐⭐⭐⭐⭐

✉ PM        ⓘ Report ↑ Top                          QUOTE  ⁋⁋ Quote ↩ Reply

**babysiiaozz**

□ Sep 29 2008, 07:44 PM     Show posts by this member only | Post #221

NO AVATAR SELECTED

good luck o ^^ bad people won't get away so easily!

Casual
⭐⭐⭐

✉ PM        ⓘ Report ↑ Top          QUOTE  ⁋⁋ Quote ↩ Reply

**solarwing**

□ Sep 29 2008, 11:44 PM                    Show posts by this member only | Post #222

QUOTE(Axell @ Sep 29 2008, 09:16 AM)
Done. Btw, i wan to interview the conman's mother. haha 😆

[attachmentid=610152]

thanks for ur donation.

**aR u LoOkInG fOr mE ?""**
⭐⭐⭐⭐⭐

Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

QUOTE(babysiiaozz @ Sep 29 2008, 07:44 PM)          Added on September 29, 2008, 11:47 pm
good luck o ^^ bad people won't get away so easily!

ya, i won't trust any newbie anymore.. 😑

QUOTE(sjz @ Sep 29 2008, 05:47 PM)          Added on September 29, 2008, 11:48 pm



Congrats on your success...

Very seldom i see online conman get caught, this is the reason causing more and more conman appear online!!

thanks for support bro.

QUOTE(kapkaplui @ Sep 29 2008, 03:57 AM)    Added on September 29, 2008, 11:49 pm
Is the picture of him is taken behind bars ar? hahhaha. should be fun too see that.

if i can enter the bars i sure take..

This post has been edited by **solarwing**: Sep 29 2008, 11:49 PM

PM    Report    Top    QUOTE    Quote    Reply

**takashi3145**    Oct 1 2008, 09:53 PM    Show posts by this member only | Post #223

NO AVATAR
SELECTED

New Member

Good job! others conman will start to scare already.

PM    Report    Top    QUOTE    Quote    Reply

**jerseybuyer**    Oct 2 2008, 12:09 AM    Show posts by this member only | Post #224

Getting Started

refund + rm200 extra expanses paid waiting for ts to update

PM    Report    Top    QUOTE    Quote    Reply

**solarwing**    Oct 2 2008, 12:49 AM    Show posts by this member only | Post #225

IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

Full payment already received.

PM    Report    Top    QUOTE    Quote    Reply

**St0rmFury**    Oct 2 2008, 12:49 AM    Show posts by this member only | Post #226

Getting Started

Yay, happy ending!

PM    Report    Top    QUOTE    Quote    Reply

**solarwing**    Oct 2 2008, 01:28 AM    Show posts by this member only | Post #227

IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

QUOTE(St0rmFury @ Oct 2 2008, 12:49 AM)
Yay, happy ending!

ya..



✉ PM

aspire2oo6

Banned
⭐⭐⭐⭐⭐⭐

ℹ Report ↑ Top  + QUOTE  🔗 Quote ↩ Reply
Oct 2 2008, 02:29 AM   Show posts by this member only | Post #228
congrats finally one conman got caught

✉ PM

solarwing

IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐⭐

ℹ Report ↑ Top  + QUOTE  🔗 Quote ↩ Reply
Oct 2 2008, 02:43 AM   Show posts by this member only | Post #229
QUOTE(aspire2oo6 @ Oct 2 2008, 02:29 AM)
congrats finally one conman got caught

yaya.. 😊

✉ PM

hkspower

SMD
STREET MOTIVATED DEVASTATION
STEVE MEADE DESIGNS

Casual
⭐⭐⭐

ℹ Report ↑ Top  + QUOTE  🔗 Quote ↩ Reply
Oct 2 2008, 11:08 AM   Show posts by this member only | Post #230
that d!ck already been put behind bars ?

✉ PM

solarwing

IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐⭐

ℹ Report ↑ Top  + QUOTE  🔗 Quote ↩ Reply
Oct 2 2008, 03:31 PM   Show posts by this member only | Post #231
QUOTE(hkspower @ Oct 2 2008, 11:08 AM)
that d!ck already been put behind bars ?

put only 3 days then out already..

✉ PM

kapkaplui

NO AVATAR SELECTED

Getting Started
⭐⭐

ℹ Report ↑ Top  + QUOTE  🔗 Quote ↩ Reply
Oct 2 2008, 03:38 PM           Show posts by this member only | Post #232
So the conman pay up the money alreadi? Even he had, plz still see through that the law is used to punish him. Else he just come back to lowyat with another nick to cheat. Only jail will do good!

✉ PM

St0rmFury

Getting Started
⭐⭐

ℹ Report ↑ Top  + QUOTE  🔗 Quote ↩ Reply
Oct 2 2008, 03:58 PM   Show posts by this member only | Post #233
Haha, you don't have to look very far. He's already back in LYN.

http://forum.lowyat.net/user/jerseybuyer

✉ PM

solarwing

ℹ Report ↑ Top  + QUOTE  🔗 Quote ↩ Reply
Oct 2 2008, 04:09 PM           Show posts by this member only | Post #234



**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

QUOTE(kapkaplui @ Oct 2 2008, 03:38 PM)
So the conman pay up the money alreadi? Even he had, plz still see through that the law is used to punish him. Else he just come back to lowyat with another nick to cheat. Only jail will do good!

all payment already paid. hope he won't con ppl again.

Added on October 2, 2008, 4:10 pm

QUOTE(St0rmFury @ Oct 2 2008, 03:58 PM)
Haha, you don't have to look very far. He's already back in LYN.

http://forum.lowyat.net/user/jerseybuyer

yeah.. but do cod with him.

This post has been edited by **solarwing**: Oct 2 2008, 04:10 PM

✉ PM        ① Report ⬆ Top        ➕ QUOTE  „ Quote ↩ Reply

fruitie        ☐ Oct 2 2008, 04:12 PM    Show posts by this member only | Post #235



Rise and Shine
**Staff**

He only refunded to you, **solarwing**? Or to all victims?
Thanks 🙂

✉ PM        ① Report ⬆ Top        ➕ QUOTE  „ Quote ↩ Reply

solarwing        ☐ Oct 2 2008, 04:17 PM    Show posts by this member only | Post #236

**intel inside**
**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

QUOTE(fruitie @ Oct 2 2008, 04:12 PM)
He only refunded to you, **solarwing**? Or to all victims?
Thanks 🙂

all victims he had refund. so what next? 😜

✉ PM        ① Report ⬆ Top        ➕ QUOTE  „ Quote ↩ Reply

Axell        ☐ Oct 2 2008, 04:20 PM    Show posts by this member only | Post #237



Looking for FL
⭐⭐⭐⭐⭐

The End.

Moral Value: Bad side will always lose.

✉ PM        ① Report ⬆ Top  ➕ QUOTE  „ Quote ↩ Reply

solarwing        ☐ Oct 2 2008, 04:46 PM    Show posts by this member only | Post #238

**intel inside**
**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐

QUOTE(Axell @ Oct 2 2008, 04:20 PM)
The End.

Moral Value: Bad side will always lose.

😂

✉ PM        ① Report ⬆ Top  ➕ QUOTE  „ Quote ↩ Reply

stevanistelrooy        ☐ Oct 3 2008, 12:02 AM    Show posts by this member only | Post #239

jerseybuyer, I believe you still have dispute to resolved.

How about the beginner dispute under the nick TM_Ming?



Ten seconds you won't believe what's gonna happen.

---

**superxboy**

NO AVATAR SELECTED

Getting Started
⭐⭐

✉ PM                                    ❗ Report ⬆ Top                🔲 QUOTE 💬 Quote 🔄 Reply

☐ Oct 3 2008, 03:49 PM | Show posts by this member only | Post #240

good job solarwing, i wanna donate also.
pm me your acc num pls...

---

**kicksense**



Getting Started
⭐⭐

✉ PM        ❗ Report ⬆ Top    🔲 QUOTE 💬 Quote 🔄 Reply

☐ Oct 3 2008, 05:22 PM                    Show posts by this member only | Post #241

After i read this case til its end... i want to donate to solarwing also. Pm me ur acc no too. This is a great job. A real man to fight a real cheater outside. Congrats! 😄

I hope there ll be more ppl like u n then we can get 99.99% safe trade in LYN n else oso....

---

**solarwing**


IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

✉ PM                    ❗ Report ⬆ Top                🔲 QUOTE 💬 Quote 🔄 Reply

☐ Oct 5 2008, 08:31 PM                    Show posts by this member only | Post #242

QUOTE(kicksense @ Oct 3 2008, 05:22 PM)
After i read this case til its end... i want to donate to solarwing also. Pm me ur acc no too. This is a great job. A real man to fight a real cheater outside.  Congrats! 😄

I hope there ll be more ppl like u n then we can get 99.99% safe trade in LYN n else oso....

thanks bro, my acc,

Payment Made To:
Name: Tey Hock Lin
Maybank Acc: 104115027175
CIMB Acc: 04060070986522

😄😄😄

---

QUOTE(superxboy @ Oct 3 2008, 03:49 PM)          Added on October 5, 2008, 8:32 pm
good job solarwing, i wanna donate also.
pm me your acc num pls...

thanks bro, already pm u.

😄

This post has been edited by **solarwing**: Oct 5 2008, 08:32 PM

❗ Report ⬆ Top                🔲 QUOTE 💬 Quote 🔄 Reply

---

**staff1168574**

NO AVATAR SELECTED

New Member
⭐

✉ PM

☐ Oct 7 2008, 12:34 AM        Show posts by this member only | Post #243

wow,quite an adventure u had i can say.so what happen to the conman in the end?

---

**solarwing**

✉ PM        ❗ Report ⬆ Top                🔲 QUOTE 💬 Quote 🔄 Reply

☐ Oct 7 2008, 12:48 AM        Show posts by this member only | Post #244



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

QUOTE(staff1168574 @ Oct 7 2008, 12:34 AM)
wow,quite an adventure u had i can say.so what happen to the conman in the end?

get all refund and hope he become a good man.. :D

---

✉ PM       ⓘ Report ↑ Top       ➕ QUOTE   Quote ↩ Reply

**mikelim2020**



Casual
★★★

▢ Oct 7 2008, 12:54 AM       Show posts by this member only | Post #245

solarwing , u rocks !!!!!!!!!!!!!!!!!!!!!! this kind of conman shud just die !!!!!!

---

✉ PM       ⓘ Report ↑ Top       ➕ QUOTE   Quote ↩ Reply

**solarwing**



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

▢ Oct 7 2008, 12:56 AM       Show posts by this member only | Post #246

QUOTE(mikelim2020 @ Oct 7 2008, 12:54 AM)
solarwing , u rocks !!!!!!!!!!!!!!!!!!!!!! this kind of conman shud just die !!!!!!

:) thanks bro.. i also dun wanna see him die lorr, at the moment he get caught by police, his face look so pity and i keep beg for police to release him and settle outside.. :)

This post has been edited by **solarwing**: Oct 7 2008, 12:57 AM

---

✉ PM       ⓘ Report ↑ Top       ➕ QUOTE   Quote ↩ Reply

**zeist**

Mivec 1800cc
★★★★★

▢ Oct 7 2008, 01:19 AM       Show posts by this member only | Post #247

Good effort. But if I were you, I already hantam him on the spot until his parent couldn't recognize him.

I'm not a real bad ass guy, just some punches, elbow and knee. The real bad ass people will beat him up using weapons till he can't get up or go into coma, bruises and bleeding everywhere. He should be thankful.

These people have not seen or tasted it yet, otherwise they wouldn't be a conman at first place.

---

✉ PM       ⓘ Report ↑ Top       ➕ QUOTE   Quote ↩ Reply

**solarwing**



IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

★★★★★
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"



▢ Oct 7 2008, 01:25 AM       Show posts by this member only | Post #248

QUOTE(zeist @ Oct 7 2008, 01:19 AM)
Good effort. But if I were you, I already hantam him on the spot until his parent couldn't recognize him.

I'm not a real bad ass guy, just some punches, elbow and knee. The real bad ass people will beat him up using weapons till he can't get up or go into coma, bruises and bleeding everywhere. He should be thankful.

These people have not seen or tasted it yet, otherwise they wouldn't be a conman at first place.

i wanna to show my punch to him but the things is he look bigger than me, i no dare to do it since alone.. :(

This post has been edited by **solarwing**: Oct 7 2008, 01:26 AM

---

✉ PM       ⓘ Report ↑ Top       ➕ QUOTE   Quote ↩ Reply

**kit_kit**

▢ Oct 10 2008, 04:10 AM       Show posts by this member only | Post #249



**HP price list**
mobispec.com.my

Casual

hey solarwing ..loo tze ming is mmu student ke ? looks like my batch of mmu student le..lol

This post has been edited by **kit_kit**: Oct 10 2008, 04:10 AM

✉ PM

fruitie

Rise and Shine

**Staff**

ⓘ Report ↑ Top            QUOTE 🔖 Quote ↩ Reply

🗋 Oct 10 2008, 04:23 AM            Show posts by this member only | Post #250
QUOTE(kit_kit @ Oct 10 2008, 04:10 AM)
hey solarwing ..loo tze ming is mmu student ke ? looks like my batch of mmu student le..lol

No, he is not.

✉ PM

solarwing

intel inside
IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

ⓘ Report ↑ Top            QUOTE 🔖 Quote ↩ Reply

🗋 Oct 10 2008, 08:46 AM    Show posts by this member only | Post #251
QUOTE(fruitie @ Oct 10 2008, 04:23 AM)
No, he is not.

ya he is not.

✉ PM

Dennos

NO AVATAR SELECTED

Look at all my stars!!

ⓘ Report ↑ Top    QUOTE 🔖 Quote ↩ Reply

🗋 Oct 11 2008, 01:51 PM    Show posts by this member only | Post #252

Nice. Got his picture? i wan to put it at my avatar

✉ PM

lun1986

Enthusiast

ⓘ Report ↑ Top    QUOTE 🔖 Quote ↩ Reply

🗋 Oct 11 2008, 02:10 PM    Show posts by this member only | Post #253

walau,good jobs to catch the conman ~ 😂😂

✉ PM

solarwing

intel inside
IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

ⓘ Report ↑ Top    QUOTE 🔖 Quote ↩ Reply

🗋 Oct 11 2008, 03:02 PM    Show posts by this member only | Post #254

QUOTE(Dennos @ Oct 11 2008, 01:51 PM)
Nice. Got his picture? i wan to put it at my avatar

lol.. r u sure? 😄

QUOTE(lun1986 @ Oct 11 2008, 02:10 PM)    Added on October 11, 2008, 3:03 pm

walau,good jobs to catch the conman ~ 😂😂

thanks.. 😂

This post has been edited by **solarwing**: Oct 11 2008, 03:03 PM



✉ PM                                    🚩 Report ⬆ Top                        ➕ QUOTE 🔖 Quote ↩ Reply

pureplayaz          ☐ Oct 11 2008, 09:46 PM                    Show posts by this member only | Post #255

NO AVATAR          congrat~
SELECTED
                   walaunee~ 😆😆😆
New Member
⭐                  u can be Detective CONMAN la like this..um,wahahahha!! if got 100ppl like u in this LYN arr..sure LYN safe from conman leh..
Newbie
1 posts             gemme pm ur acc number want do sum donate for u coz u soooo soooo damn hard working leh..

Joined: Oct 2008    p/s: open 1 forum for track conman leh like this..make more ppl like u umahhahh!!

                   p.p/s : sorry my english sooooo damn broken 1 =,,=''

                   MAJULAH DETECTIVE CONMAN UNTUK LYN  🐱
                   😆😆😆😆😆😆 😂 😂 😂

✉ PM          ⓘ Report ⬆ Top                                                 ➕ QUOTE 🔖 Quote ↩ Reply

solarwing          ☐ Oct 11 2008, 11:13 PM                    Show posts by this member only | Post #256

intel              QUOTE(pureplayaz @ Oct 11 2008, 09:46 PM)
inside             congrat~
IDIOT OUTSIDE
                   walaunee~ 😆😆😆
aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐⭐        u can be Detective CONMAN la like this..um,wahahahha!! if got 100ppl like u in this LYN arr..sure LYN safe from
Senior Member      conman leh..
1,161 posts
                   gemme pm ur acc number want do sum donate for u coz u soooo soooo damn hard working leh..
Joined: Jul 2007
From: Western Digital "Bring your Life TO   p/s: open 1 forum for track conman leh like this..make more ppl like u umahhahh!!
LIFE"
                   p.p/s : sorry my english sooooo damn broken 1 =,,=''

                   MAJULAH DETECTIVE CONMAN UNTUK LYN  🐱
                   😆😆😆😆😆😆 😂 😂 😂                                                      ⊞

                   thanks for ur compliment.. 🙆🙆
                   just register today? 😊

✉ PM                   ⓘ Report ⬆ Top                                      ➕ QUOTE 🔖 Quote ↩ Reply

patdidi            ☐ Oct 11 2008, 11:30 PM  Show posts by this member only | Post
                                                                                    #257

                   huh, engineering graduated pun jadi conman ka? 😡
                   https://icems.mmu.edu.my/studDir/studdir.js...et=1600&index=L

Casual
⭐⭐⭐

✉ PM          ⓘ Report ⬆ Top                        ➕ QUOTE 🔖 Quote ↩ Reply

ynneb25            ☐ Oct 12 2008, 12:04 AM  Show posts by this member only | Post
                                                                                    #258

                   QUOTE(patdidi @ Oct 11 2008, 11:30 PM)
                   huh, engineering graduated pun jadi conman ka? 😡
                   https://icems.mmu.edu.my/studDir/studdir.js...et=1600&index=L   ⊞

                   that's not him....

                   btw TS, he sold stuff stolen from Aone?
Does ur eye hurt? :P
⭐⭐⭐⭐⭐

✉ PM          ⓘ Report ⬆ Top                        ➕ QUOTE 🔖 Quote ↩ Reply

solarwing           ☐ Oct 12 2008, 12:26 AM  Show posts by this member only | Post
                                                                                    #259



**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐

Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"



✉ PM

QUOTE(patdidi @ Oct 11 2008, 11:30 PM)
huh, engineering graduated pun jadi conman ka? 😡
https://icems.mmu.edu.my/studDir/studdir.js...et=1600&index=L

is not him.

---

QUOTE(ynneb25 @ Oct 12 2008, 12:04 AM)   Added on October 12, 2008, 12:28 am

that's not him....

btw TS, he sold stuff stolen from Aone?

that one i dunno o..

we found him at digital mall 1 shop there..
Either he stolen or not that i dunno it.

This post has been edited by **solarwing**: Oct 12 2008, 12:28 AM

ⓘ Report↑ Top                ＋QUOTE ❞ Quote ↩ Reply

---

🌿 avengers88                    ☐ Oct 12 2008, 08:24 AM        Show posts by this member only | Post #260



Whatever man

⭐⭐⭐⭐⭐

✉ PM

**» Click to show Spoiler - click again to hide... «**

1.99 ? some kinda charm or something so u wont get con ? XD !
solar , acc number plz .. i assure i wont give u the .99 fortune . LOL !!

ⓘ Report↑ Top        ＋QUOTE ❞ Quote ↩ Reply

---

🌿 pureplayaz                    ☐ Oct 12 2008, 11:01 AM        Show posts by this member only | Post #261

NO AVATAR
SELECTED

New Newbie
⭐
Newbie
1 posts

Joined: Oct 2008



✉ PM

QUOTE(solarwing @ Oct 11 2008, 11:13 PM)
thanks for ur compliment.. 😆😆
just register today? 😐

since 2004 already join this forum...but lazzy to register...yesterday i register..umwahahaha~

p/s: i`ll pm u when i bank in the donation
p.p/s: need to catch 1 conman in kl..i hav the address.. his name FAHMIE (sound sumting like tat) any 1 want do catch this conman?

ⓘ Report↑ Top        ＋QUOTE ❞ Quote ↩ Reply

---

🌿 solarwing                    ☐ Oct 12 2008, 11:11 AM        Show posts by this member only | Post #262



**IDIOT OUTSIDE**

aR u LoOkInG fOr mE ?""

⭐⭐⭐⭐⭐

Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

✉ PM

QUOTE(avengers88 @ Oct 12 2008, 08:24 AM)
**» Click to show Spoiler - click again to hide... «**

1.99 ? some kinda charm or something so u wont get con ? XD !
solar , acc number plz .. i assure i wont give u the .99 fortune . LOL !!

thanks. 🤑

---

QUOTE(pureplayaz @ Oct 12 2008, 11:01 AM)   Added on October 12, 2008, 11:12 am
since 2004 already join this forum...but lazzy to register...yesterday i register..umwahahaha~

p/s: i`ll pm u when i bank in the donation
p.p/s: need to catch 1 conman in kl..i hav the address.. his name FAHMIE (sound sumting like tat) any 1 want do catch this conman?

since u got his address, just pay him a visit. 😊

This post has been edited by **solarwing**: Oct 12 2008, 11:12 AM

ⓘ Report↑ Top        ＋QUOTE ❞ Quote ↩ Reply

---

🌿 mincafe                    ☐ Oct 14 2008, 09:24 PM        Show posts by this member only | Post #263



Getting Started

⭐⭐

Junior Member
187 posts

Joined: May 2005



@jerseybuyer
QUOTE
abt my name loo tze ming in the case refund ady make and the case is solve

At my scammer List...
Name wish to DELETE...
Any Comment or protest?

http://forum.lowyat.net/index.php?showtopi...post&p=16810283

This post has been edited by **mincafe**: Oct 14 2008, 09:25 PM

✉ PM    ⓘ Report⬆Top    ➕QUOTE 🔗Quote↩Reply

wajalution33

NO AVATAR
SELECTED

New Member
⭐
Newbie
2 posts

Joined: Sep 2008

🗓 Oct 14 2008, 10:01 PM    Show posts by this member only | Post #264

QUOTE(mincafe @ Oct 14 2008, 10:24 PM)
@jerseybuyer
At my scammer List...
Name wish to DELETE...
Any Comment or protest?

http://forum.lowyat.net/index.php?showtopi...post&p=16810283

eh ppl simply complaint then u put in scammer list...no such things like tat ok...dun act like moderator...i edi pm u to remove my name from list...things are solve and it's not my fault...read the thread to understand it

✉ PM    ⓘ Report⬆Top    ➕QUOTE 🔗Quote↩Reply

mincafe



Getting Started

⭐⭐

Junior Member
187 posts

Joined: May 2005

🗓 Oct 14 2008, 10:35 PM    Show posts by this member only | Post #265

QUOTE(wajalution33 @ Oct 14 2008, 11:01 PM)
eh ppl simply complaint then u put in scammer list...no such things like tat ok...dun act like moderator...i edi pm u to remove my name from list...things are solve and it's not my fault...read the thread to understand it

I put coz wanna list down name for directory not act like moderator~
If wanna remove also need ask the TS ok bo~
if all no problem...delete lor...
simple work oh
atleast got 1 person come out n agree for deletion 😊
if today also no ppl BANTAH~ i will auto delete for next day~

no hard feeling oh~

✉ PM    ⓘ Report⬆Top    ➕QUOTE 🔗Quote↩Reply

solarwing

IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""
⭐⭐⭐⭐⭐
Senior Member
1,161 posts

Joined: Jul 2007
From: Western Digital "Bring your Life TO LIFE"

🗓 Oct 14 2008, 11:02 PM    Show posts by this member only | Post #266

QUOTE(mincafe @ Oct 14 2008, 10:35 PM)
I put coz wanna list down name for directory not act like moderator~
If wanna remove also need ask the TS ok bo~
if all no problem...delete lor...
simple work oh
atleast got 1 person come out n agree for deletion 😊
if today also no ppl BANTAH~ i will auto delete for next day~

no hard feeling oh~

😄 dispute on my thread..
anywhere, those become conman before should balcklisted their name even all their dispute is settle before. 😊

✉ PM    ⓘ Report⬆Top    ➕QUOTE 🔗Quote↩Reply

fruitie    🗓 Oct 15 2008, 12:52 AM    Show posts by this member only | Post #267



Rise and Shine
**Staff**

✉ PM    ⓘ Report ↑ Top

solarwing

IDIOT OUTSIDE

aR u LoOkInG fOr mE ?""

**solarwing**, I believe Loo Tze Ming has fully refunded you the money, please update the first post and since your dispute case with him has resolved, I'll close this thread soon after you edited your first post.

As for his case and beginner, that thread will remain opened.

⚿ QUOTE 🔊 Quote ↩ Reply

☐ Oct 15 2008, 01:14 AM                     Show posts by this member only | Post #268

QUOTE(fruitie @ Oct 15 2008, 12:52 AM)
**solarwing**, I believe Loo Tze Ming has fully refunded you the money, please update the first post and since your dispute case with him has resolved, I'll close this thread soon after you edited your first post.

As for his case and beginner, that thread will remain opened.

noted. 🙂

✉ PM    ⓘ Report ↑ Top

fruitie

Rise and Shine
**Staff**

⚿ QUOTE 🔊 Quote ↩ Reply

☐ Oct 15 2008, 01:33 AM          Show posts by this member only | Post #269

QUOTE(solarwing @ Oct 15 2008, 01:14 AM)
noted. 🙂

Alright, thread closed then. Shall you need to add in anything, feel free to contact me. 🙂

✉ PM    ⓘ Report ↑ Top          ⚿ QUOTE 🔊 Quote ↩ Reply

---

[Enter Keywords]  [Search Topic]          « Next Oldest · **Dispute Resolution Corner** · Next Newest »

Top 🔒 Topic Closed  ⚙ Options

[|---- Dispute Resolution Corner          ▾]  [Go]

**Change to:**
Mobile Version | **Lo-Fi Version**          ⏱ 0.1379sec   🖥 0.02   🗄 6 queries   GZIP Disabled
                                              Time is now: 3rd October 2023 - 04:12 AM

All Rights Reserved 2002- 2020 Vijandren Ramadass (~ unite against racism ~)
Powered by Invision Power Board © 2023  IPS, Inc.