# EXHIBIT A

## Withdrawal of Counsel

My name is Loo Tze Ming. I am the Plaintiff in the case Loo Tze Ming vs. Fitness Anywhere, LLC (Case No.CV-22-02042-PHX-SPL) in the District of Arizona.

My contact information is as follows:

Loo Tze Ming
43 Jalan 21/31 PJ
Selangor, Malaysia 46300

Email: tc3997245@gmail.com

I understand that this case has been stayed,

but that it will be dismissed without further notice on September 2, 2023 unless prior to that date, I or new counsel file a motion to continue the stay or advise
the court that the bankruptcy stay has been lifted and the parties are ready to proceed with this case.

In light of the above information, I approve of the application for the withdrawal of Schmeiser, Olsen &Watt
s as counsel of record in this case,
and ask that the court use the above email address for notice of any activity in this case.

Date: 2023.6.29

Signature: Loo Tze Ming
Loo Tze Ming