Kenneth M. Motolenich-Salas (Bar No. 027499)
MotoSalas Law, PLLC
16210 North 63rd Street
Scottsdale, AZ 85254
Tel: (202) 257-3720
ken@motosalaslaw.com

Michael B. Marion (Bar No. 035627)
**BYCER & MARION**
7220 N. 16th Street, Suite H
Phoenix, Arizona 85020
Tel: (602) 944-2277
michael@bycermarion.com

*Attorneys for Defendant*
*Loo Tze Ming*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JFXD TRX ACQ LLC, a Florida limited liability company, d/b/a TRX,<br><br>　　　　Plaintiff,<br><br>v.<br><br><trx.com>, a domain name,<br><br>　　and<br><br>Loo Tze Ming, an individual from Malaysia,<br><br>　　　　Defendants. | No. 2:23-CV-02330-PHX-ROS<br><br>**DEFENDANTS' UNOPPOSED MOTON FOR EXTENSION OF TIME TO FILE REPLY**<br><br>**(First Request)** |

　　　　Pursuant to Fed. R. Civ. P. 6(b), Defendant Loo Tze Ming and trx.com ("Defendants"), by and through counsel, moves the Court for an order extending the deadline for Defendants to file their reply brief to Defendants' Motion for Attorney Fees and Non-Taxable Expenses Pursuant to LRCiv 54.2 and 15 U.S.C. § 1117(a) (Dkt. 95) (the "Motion") by four days.

1. Before filing this Motion, Defendants' counsel conferred with Plaintiff's counsel, who confirmed that Plaintiff does not oppose the extension requested in this Motion.

2. On April 15, 2024, Plaintiff filed a Response to Defendants' Motion for Attorney's Fees (Doc. 99.)

3. Under the Court's rules, Defendants' reply to the Motion is due on April 22, 2024.

4. Defendants request a four-day extension to file a reply to the Motion to April 26, 2024, to accommodate conflicting obligations of the undersigned counsel, who has deadlines this week in matters before other courts.

5. Additionally, the Passover holiday begins the evening of April 22, 2024, and the short extension is needed to accommodate undersigned counsel's observance of the holiday.

6. This is the Defendant's first request for an extension of time to file a reply to the Motion.

7. As good cause exists for the requested extension for Defendant's reply to the Motion, Defendants request that the Court enter an order extending their deadline to reply to the Motion by four days, to April 26, 2024.

Respectfully submitted this 17th day of April 2024.

**BYCER & MARION**

By: */s/ Michael B. Marion*
    Michael B. Marion (Bar No. 035627)
    7220 N. 16th Street, Suite H
    Phoenix, Arizona 85020
    Tel: (602) 944-2277
    michael@bycermarion.com
    *Attorney for Defendant Loo Tze Ming*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) and copy of this document to all counsel of record who are deemed to have consented to electronic service.

Anjali J. Patel (SBN 028138)
Tyler Allen Law Firm, PLLC
4201 North 24th Street, Suite 200
Phoenix, AZ 85016
Telephone: (602) 456-0545
Email: Anjali@allenlawaz.com

Alain Villeneuve (pro hac vice)
1420 Fifth Avenue, Suite 2200
Seattle 98101, WA
Telephone (312) 404-1569
Email: avilleneuve@trxtraining.com

By: /s/ Nicole R. Turner
Nicole R. Turner, Paralegal
Bycer & Marion, PLC
7220 N. 16th Street, Suite H
Phoenix, Arizona 85020
(602) 944-2277
nicole@bycermarion.com