# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JFXD TRX ACQ LLC,<br><br>        Plaintiff,<br><br>v.<br><br>trx.com, et al.,<br><br>        Defendants. | No. CV-23-02330-PHX-ROS<br><br>**ORDER** |

    Defendants have filed an Unopposed Motion for Extension of Time to File Reply (Doc. 100) to their Motion for Attorney's Fees (Doc. 95). As the parties agree, and good cause appearing,

    **IT IS ORDERED** the Unopposed Motion for Extension of Time (Doc. 100) is **GRANTED**. Defendants shall have through **April 26, 2024**, to file their Reply.

    Dated this 18th day of April, 2024.

Honorable Roslyn O. Silver<br>
Senior United States District Judge