# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JFXD TRX ACQ LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>trx.com, et al.,<br><br>　　　　Defendants. | NO. CV-23-02330-PHX-ROS<br><br>**JUDGMENT ON ATTORNEY FEES** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed May 8, 2024, judgment is entered in favor of Defendant Loo Tze Ming in the amount of $41,098.77.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

May 8, 2024

　　　　　　　　　　　　　　　　s/ K. Gray
　　　　　　　　　　　By　Deputy Clerk